```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


CHRISTOPHER W. BERARDI,          )
                                 )
         Plaintiff,              )
                                 )
     v.                          )
                                 ) Civil Action No. 05-2269(JR)
UNITED STATES DEPARTMENT         )
  OF THE AIR FORCE,              )
                                 )
                                 )
         Defendant.              )
_____)
```

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the federal defendant in this action.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar #451058


        _____
        KAREN L. MELNIK D.C. BAR #436452
        Assistant United States Attorney
        U.S. Attorney's Office for the
        District of Columbia
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 307-0338 (O)
        (202) 514-8780 (Fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to counsel for plaintiff, Mr. William G. Myers, III, Holland & Hart, Suite 1400, U.S. Bank Plaza, 101 South Capitol Blvd. P.O. Box 2527, Boise, Idaho 83701, on December 21, 2005.

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)