for an enlargement. Counsel stated that plaintiff consents to this request for an enlargement.

Wherefore the defendant requests until February 6, 2005, to move, answer, or otherwise respond to Plaintiff's complaint. A proposed Order accompanies this motion.

                Respectfully submitted,

                /s/
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

                /s/
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

                /s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338