UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER BERARDI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05CV2269 (JR) |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) |
| Defendant. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to move, answer, or otherwise respond to Plaintiff's Complaint. In support of this request, the defendant states as follows:

1. The defendant's answer is due to be filed on January 6, 2006.

2. The holidays and vacation schedules have seriously impacted the undersigned's ability to obtain the necessary supporting documents to file an appropriate response to Plaintiff's FOIA complaint. The undersigned expects that agency counsel will be able to provide the information , however, an additional thirty days is needed for this to occur.

3. The defendant is requesting an additional thirty days to file an answer or dispositive motion.

4. Undersigned counsel spoke with Mr. William G. Myers III concerning this request

for an enlargement. Counsel stated that plaintiff consents to this request for an enlargement.

Wherefore the defendant requests until February 6, 2005, to move, answer, or otherwise respond to Plaintiff's complaint. A proposed Order accompanies this motion.

>Respectfully submitted,
>
>_____/s/_____
>KENNETH L. WAINSTEIN, DC Bar #451058
>United States Attorney
>
>_____/s/_____
>R. CRAIG LAWRENCE, DC Bar #171538
>Assistant United States Attorney
>
>_____/s/_____
>KAREN L. MELNIK DC BAR # 436452
>Assistant United States Attorney
>555 4TH Street, N.W. Rm. E-4112
>Washington, D.C. 20530
>(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER BERARDI )<br>  Plaintiff, )<br>  )<br>v.   )<br>  )<br>UNITED STATES DEPARTMENT )<br>  OF THE AIR FORCE, )<br>  )<br>  )<br>  Defendant. )<br>_____ ) | Civil Action No. 05-2269 (JR) |

ORDER

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time to File Answer, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until February 6, 2005, to move, answer, or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. William G. Myers III
Holland & Hart
Suite 1400, U.S. Bank Plaza
101 South Capitol Blvd.
P.O. Box 2527
Boise, Idaho 83701

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530