UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER W. BERARDI,<br>　　　　　　Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF<br>THE AIR FORCE,<br>The Pentagon<br>Washington, D.C.  20330-1000<br>　　　　　　Defendant. | Civil Action No. 1:05cv02269 JR |

RETURN OF SERVICE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CHRISTOPHER W. BERARDI,
1288 Telephone Road
New York, NY  14543

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF THE
AIR FORCE,
The Pentagon
Washington, DC  20330-1000

CASE NUMBER  1:05CV02269

JUDGE: James Robertson

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 11/23/2005

TO: (Name and address of Defendant)

United States Attorney
Attn:  Civil Process Clerk
555 4th Street N.W.
Washington, DC  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William G. Myers III
Holland & Hart LLP
101 S. Capitol Blvd., Suite 1400
P.O. Box 2527
Boise, ID  83701

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                NOV 2 3 2005
CLERK                                     DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Domestic Return Receipt left undated |
| NAME OF SERVER *(PRINT)* William G. Myers III | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): __Served on defendant agency of the United States pursuant to FRCP 4(i)(2)(A) and in a manner prescribed by Rule 4(i)(1). Domestic Return Receipt received via U.S.P.S. on December 12, 2005.__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES (U.S. Mail) $4.42 | TOTAL $4.42 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __Jan. 4, 2006__  _____[signature]_____
　　　　　　　　*Date*　　　　　　*Signature of Server*

Holland & Hart LLP
P.O. Box 2527
Boise, ID  83701

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.,W., Room E-4112
Washington, DC  20530
karen.melnik@usdoj.gov

_____
for Holland & Hart LLP