UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER BERARDI, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05CV2269 (JR) |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) | |
| Defendant. | ) | |

**MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiff's Complaint. In support of this request, the defendant states as follows:

1. The defendant's answer is due to be filed on February 6, 2006.

2. Upon conferring with agency counsel, the undersigned learned that agency counsel is in the process getting all requested documents to the Air Force appellate authority to be reviewed. Upon information and belief, the defendant expects to release all of the documents requested by plaintiff, with redactions for social security numbers and birthdays of third parties.

3. The defendant is requesting an additional thirty days to file a dispositive motion. In light of the foregoing representations, the defendant believes that permitting the defendant additional time to file its motion will significantly narrow the issues for the Court.

4.	Undersigned counsel spoke with Mr. Charles Lucy, one of plaintiff's lawyers, concerning this request for an enlargement. Counsel stated that plaintiff will not consent to this request for an enlargement.

Wherefore the defendant requests until March 6, 2006, to respond to Plaintiff's complaint. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER BERARDI ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2269 (JR) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
|  OF THE AIR FORCE, ) | |
| ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

ORDER

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time to File Answer, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until March 6, 2005, to respond to the complaint.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. William G. Myers III
Holland & Hart
Suite 1400, U.S. Bank Plaza
101 South Capitol Blvd.
P.O. Box 2527
Boise, Idaho 83701

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530