**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CHRISTOPHER W. BERARDI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05cv02269 JR |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2(d), Plaintiff Christopher Berardi hereby moves this Court for an Order granting Charles R. Lucy, Esq. the right to appear *pro hac vice* on Mr. Berardi's behalf for all purposes in the above-captioned matter. Mr. Lucy practices in the firm in which Berardi's counsel, William G. Myers III, practices. William G. Myers III is Mr. Lucy's sponsoring member of this Court.

This motion is supported by the Declaration of Charles R. Lucy, filed contemporaneously with this motion.

Counsel for Berardi has discussed this motion with Karen L. Melnik, counsel representing Defendant United States Department of the Air Force. Defendant United States Department of the Air Force does not oppose this motion.

Wherefore, Plaintiff requests that Mr. Lucy be admitted pro hac vice for all purposes in this matter. A proposed Order is attached to this motion.

Respectfully submitted this 7th day of February, 2006.

                        HOLLAND & HART LLP


                By:       //s//
                     William G. Myers III, for the firm
                     D.C. Bar #408573

                     HOLLAND & HART LLP
                     Suite 1400, U. S. Bank Plaza
                     101 South Capitol Boulevard
                     Post Office Box 2527
                     Boise, Idaho 83701
                     Telephone: (208) 342-5000
                     Facsimile:  (208) 343-8869
                     E-mail:  wmyers@hollandhart.com

                     Attorneys for Plaintiff Christopher Berardi

MOTION TO APPEAR *PRO HAC VICE* - 2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

      Karen L. Melnik
      Assistant United States Attorney
      555 4th Street, N.,W., Room E-4112
      Washington, DC  20530

      //s// William G. Myers III
      for Holland & Hart LLP

3486585_1.DOC

MOTION TO APPEAR *PRO HAC VICE* - 3