**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER W. BERARDI,           )<br>                                                     )<br>                        Plaintiff,    )<br>v.                                                 )<br>                                                     )<br>UNITED STATES DEPARTMENT OF )<br>THE AIR FORCE,                         )<br>                                                     )<br>                        Defendant.  )<br>                                                     )<br>                                                     ) | Civil Action No. 1:05cv02269 JR |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration of the Motion filed by counsel for Plaintiff Christopher Berardi to admit Charles R. Lucy, Esq. to appear in this matter *pro hac vice* and the Declaration of Charles R. Lucy, filed contemporaneously, with this Motion,

IT IS HEREBY ORDERED that Charles R. Lucy shall be admitted *pro hac vice* for all purposes related to the above-captioned matter.

Dated this ____ day of February, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING CHARLES R. LUCY
ADMISSION *PRO HAC VICE* - 1

Copies to:

William G. Myers III
Holland & Hart LLP
101 S. Capitol Blvd., Suite 1400
P.O. Box 2527
Boise, ID  83701

Charles R. Lucy
Holland & Hart LLP
90 S. Cascade Ave., Suite 1000
Colorado Springs, CO  80903

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.,W., Room E-4112
Washington, DC  20530


3486640_1.DOC