UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER W. BERARDI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:05cv02269 JR |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE AIR FORCE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DECLARATION OF CHARLES R. LUCY

Charles R. Lucy hereby declares as follows:

1. My full name is Charles Russell Lucy.

2. My office address and telephone number are Holland & Hart LLP, Suite 1000, 90 South Cascade Avenue, Colorado Springs, Colorado 80903-1645; (719) 475-7730.

3. I am admitted to the bars of the states of Colorado and New York and the United States District Court for the District of Colorado.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office location in the District of Columbia.

DECLARATION OF CHARLES R. LUCY - 1

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated this 6 day of February 2006.

By: _____
               Charles R. Lucy

DECLARATION OF CHARLES R. LUCY - 2

## CERTIFICATE OF SERVICE

  I hereby certify that on February 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

  Karen L. Melnik
  Assistant United States Attorney
  555 4th Street, N.,W., Room E-4112
  Washington, DC  20530

_____
for Holland & Hart LLP

3486625_1.DOC

DECLARATION OF CHARLES R. LUCY - 3