UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER BERARDI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05CV2269 (JR) |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) |
| Defendant. | ) |

**MOTION FOR A ONE-DAY ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiff's Complaint. In support of this request, the defendant states as follows:

1. The defendant's dispositive motion is due today, February 21, 2006.

2. The defendant intends to file a lengthy motion to dismiss or for summary judgment, with four declarations attached thereto.

3. Despite efforts into the late evening, agency counsel is unable to provide the undersigned with one of the necessary declarations. Agency counsel expects to be able to provide the declaration by mid-morning tomorrow, February 22, 2006.

4. The defendant is mindful of this Court's February 6, 2006, Minute Order stating that no further extensions will be granted. The defendant submits that it has demonstrated good cause, and respectfully requests one day to complete the necessary documentation to file its motion.

5. Undersigned counsel sent an email to plaintiff's counsel, William G. Myers, concerning this request for an enlargement. Counsel stated that plaintiff will not consent to this request for an enlargement.

Wherefore the defendant requests one additional day, until February 22, 2006, to file its motion to dismiss. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER BERARDI )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES DEPARTMENT )<br>  OF THE AIR FORCE, )<br> )<br> )<br>     Defendant. )<br>_____ ) | Civil Action No. 05-2269 (JR) |

<u>ORDER</u>

UPON CONSIDERATION of the Defendant's Motion For A One-Day Enlargement of Time to File Answer, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until February 22, 2006, to file its motion.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. William G. Myers III
Holland & Hart
Suite 1400, U.S. Bank Plaza
101 South Capitol Blvd.
P.O. Box 2527
Boise, Idaho 83701

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530