**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHRISTOPHER BERARDI,**    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | |
| v.    ) | **Civil Action No. 05-2269 (JR)** |
| ) | |
| **UNITED STATES DEPARTMENT**    ) | |
| **OF THE AIR FORCE**    ) | |
| ) | |
| **Defendant.**    ) | |
| ) | |

**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 7(h),

Defendant respectfully submits this statement of material facts as to which he contends there is

no genuine dispute.

1.    The United States Air Force ("USAF") provided plaintiff with all of the requested records

on February 19, 2006.  See Declaration of John Pellett ("Pellett Decl.") at ¶ 6.

2.    USAF personnel conducted searches in multiple files on numerous occasions--

culminating most recently in 556 pages of responsive records released to plaintiff.  See

Pellett Decl. at ¶ 6.

3.    The USAF only withheld the social security numbers and birthdays of third parties

pursuant to Exemption 6.  See Pellett Decl. at ¶ 6.

4.    The USAF released all records that it located after using its best efforts to locate

responsive records where those records would most likely exist. See Pellett Decl.,

Philipkosky Decl., Kellenbence Decl, and Maraian Decl.

5.    The Air Force Board for Correction of Military Record ("AFBCMR") found that there

may have been a sufficient basis for the [plaintiff's] disenrollment. See Exhibit 2

(AFBCMR Decision) at 10.

6.    The AFBCMR found that actions taken during plaintiff's disenrollment process may have

given the appearance of injustice. See Exhibit 2 (AFBCMR Decision) at 10.

7.    The AFBCMR afforded plaintiff the benefit of the doubt and ordered that his records be

corrected to show that:

   a.    He was not disenrolled from the United States Air Force Academy
         (USAFA) on 3 June 2003, but was placed in an excess leave status until
         his involuntary recall to extended active duty on 25 June 2003.

   b.    Any and all documentation relating to the loss of his identification card,
         his conduct probation and disenrollment from the USAFA be declared
         void and removed from his records. Documentation related to the
         remaining underlying disciplinary infractions will remain in his cadet
         records in accordance with the governing instructions.

   c.    Effective 13 July 2004, he was honorably released from active duty, and
         re-enrolled in the USAFA as a cadet on 14 July 2004.

   See id. at 11.

8.    "An [Air Force] officer is an 'Officer of the United States' in accordance with Article II.

See United Stats v. Mouat, 124 U.S. 303, 307 (1888).

9.    An officer's initial appointment is subject to a constitutional process that includes

nomination by the President, confirmation by the Senate, and appointment by the

President.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


_____
KAREN L. MELNIK, D.C. Bar # 436451
Assistant United States Attorney
555 4th Street, N.W. - Room E4112
Washington, D.C.  20530
(202) 307-0338