**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER W. BERARDI, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE AIR FORCE, )<br>)<br>Defendant. ) | Civil Action No. 1:05cv02269 JR |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff Christopher Berardi hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Defendant's motions to dismiss and for summary judgment filed February 22, 2006 (Doc. No. 13). In support of this motion, Berardi states as follows:

1. Berardi's responses to Defendant's motions are due to be filed on March 6, 2006.

2. In support of its motions, Defendant provided Berardi's counsel with 556 pages of documents that were received by counsel the day before Defendant filed its motions. Berardi and his counsel are currently reviewing these documents in the process of developing responses to the motions.

3. Berardi is requesting an additional thirty (30) days to file responses to the motions.

MOTION TO APPEAR *PRO HAC VICE* - 1

4. Undersigned counsel spoke with Ms. Karen L. Melnik, counsel for Defendant, concerning this motion. Ms. Melnik stated that Defendant consents to this request for an enlargement.

WHEREFORE Plaintiff Berardi requests until April 5, 2006 to respond to Defendant's motions. A proposed order accompanies this motion.

Respectfully submitted this 1st day of March, 2006.

HOLLAND & HART LLP

By: ____/s/_____
William G. Myers III, for the firm
D.C. Bar #408573

HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
Post Office Box 2527
Boise, Idaho  83701
Telephone: (208) 342-5000
Facsimile:  (208) 343-8869
E-mail:  wmyers@hollandhart.com

Attorneys for Plaintiff Christopher Berardi

## CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

      Karen L. Melnik
      Assistant United States Attorney
      555 4th Street, N.,W., Room E-4112
      Washington, DC  20530
      karen.melnik@usdoj.gov

        /s/ William G. Myers III
        for Holland & Hart LLP

3486585_1.DOC