UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER W. BERARDI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05cv02269 JR |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

[PROPOSED] ORDER GRANTING CONSENT MOTION
FOR AN ENLARGEMENT OF TIME

Upon consideration Plaintiff Berardi's motion for an enlargement of time to file a response to Defendant's motions, the grounds started therefor, and the record in this matter,

IT IS HEREBY ORDERED that Plaintiff Christopher W. Berardi shall file his response to Defendant's motions to dismiss and for summary judgment on or before April 5, 2006.

Dated this ____ day of March, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

William G. Myers III
Holland & Hart LLP
101 S. Capitol Blvd., Suite 1400
P.O. Box 2527
Boise, ID  83701

Charles R. Lucy
Holland & Hart LLP
90 S. Cascade Ave., Suite 1000
Colorado Springs, CO  80903

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.,W., Room E-4112
Washington, DC  20530


3522253_1.DOC

[PROPOSED] ORDER GRANTING CONSENT MOTION FOR
AN ENLARGEMENT OF TIME- 2