# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER W. BERARDI, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:05cv02269 JR |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| THE AIR FORCE, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff Christopher Berardi, by and through his attorneys, Holland & Hart LLP, respectfully moves this Court for Summary Judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and LCvR 7(h), on the claims raised in his complaint because there are no material issues of fact and Plaintiff is entitled to judgment as a matter of law.

This Motion is supported by Berardi's contemporaneously-filed Brief Opposing Defendant's Motions to Dismiss and For Summary Judgment And Supporting Plaintiff's Cross-Motion For Summary Judgment, Statement of Undisputed Material Facts Supporting Summary Judgment, Declaration of Christopher W. Berardi in Support of Plaintiff's Motion for Summary Judgment, Declaration of Linda Berardi in Support of Plaintiff's Motion for Summary Judgment, Declaration of Anthony Berardi in Support of Plaintiff's Motion for Summary Judgment and by the pleadings and all other materials on file in this case.

A proposed Order granting Plaintiff's summary judgment motion and denying Defendant's motions is attached.

Respectfully submitted this 5th day of April, 2006.

        HOLLAND & HART LLP

By: _____/s/_____
    William G. Myers III, for the firm
    D.C. Bar #408573

    HOLLAND & HART LLP
    Suite 1400, U. S. Bank Plaza
    101 South Capitol Boulevard
    Post Office Box 2527
    Boise, Idaho  83701
    Telephone: (208) 342-5000
    Facsimile:  (208) 343-8869
    E-mail:  wmyers@hollandhart.com

    Attorneys for Plaintiff Christopher Berardi

## CERTIFICATE OF SERVICE

    I hereby certify that on April 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

>Karen L. Melnik
>Assistant United States Attorney
>555 4th Street, N.,W., Room E-4112
>Washington, DC  20530
>karen.melnik@usdoj.gov

       /s/ William G. Myers III
       for Holland & Hart LLP

3533789_1.DOC