UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER W. BERARDI, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE AIR FORCE, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 1:05cv02269 JR |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

UPON CONSIDERATION of the Motions filed by Plaintiff and Defendant in this matter, including supporting declarations, exhibits, statements of undisputed material facts, and oppositions to same, and all other matters on file in this case,

THE COURT FINDS that the circumstances surrounding the withholding of documents in this case raise questions whether agency personnel acted arbitrarily or capriciously with respect to the withholding sufficient to trigger the Special Counsel review requirements contained in 5 U.S.C. § 552(a)(4)(F).

IT IS HEREBY ORDERED that Plaintiff's Motion For Summary Judgment is GRANTED, and that Defendant shall produce those documents requested by Plaintiff in his complaint and pay to Plaintiff all actual damages in the approximate amount of $38,646.55, plus attorneys' fees and costs.

IT IS FURTHER HEREBY ORDERED that Defendant's Motions to Dismiss and for Summary Judgment are DENIED.

IT IS FURTHER HEREBY ORDERED that the United States Office of Special Counsel shall promptly initiate a proceeding consistent with the requirements of 5 U.S.C. § 552(a)(4)(F).

Dated this ____ day of _____, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

William G. Myers III
Holland & Hart LLP
101 S. Capitol Blvd., Suite 1400
P.O. Box 2527
Boise, ID 83701

Charles R. Lucy
Holland & Hart LLP
90 S. Cascade Ave., Suite 1000
Colorado Springs, CO 80903

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.,W., Room E-4112
Washington, DC 20530

3538191_1.DOC