UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER W. BERARDI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:05cv02269 JR |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE AIR FORCE, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS
NOT IN GENUINE DISPUTE**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and LCvR 7(h), Plaintiff Christopher Berardi, by and through his attorneys, Holland & Hart, LLP, respectfully submits this statement of material facts as to which he contends there is no genuine dispute.

1. Plaintiff Berardi has exhausted all administrative remedies under FOIA, the Privacy Act and the Administrative Procedure Act.  *See* Plaintiff's Brief, Exhibit 1.

2. The Air Force processing of Plaintiff Berardi's FOIA and Privacy Act requests and appeals were not timely under either statute and their implementing regulations.  S*ee* Plaintiff's Brief, Exhibit 1.

3. Plaintiff Berardi was lawfully appointed as a cadet to the United States Air Force pursuant to 10 U.S.C. § 9341a.  He was disenrolled from the Academy on June 23, 2003 and ordered to active duty as an enlisted Airman First Class.  He was subsequently reappointed as a cadet following action by the Air Force Board for Correction of Military Records on June 24, 2004.  *See* Plaintiff's Brief, Exhibit 5.

4. Plaintiff Berardi has submitted 27 FOIA requests and 6 FOIA appeals in the pursuit of records pertinent to his case. *See* Plaintiff's Brief, Exhibit 1.

5. The records released by Defendant Air Force on January 20, 2006, February 10, 2006 and February 19, 2006 were as a result of Berardi's complaint filed on November 23, 2005. *See* Air Force Declarations by Pellet, Philipkosky, Kellenbence and Maraian (Doc # 13).

6. The records released by Defendant Air Force on January 20, 2006, February 10, 2006 and February 19, 2006 were not complete and were missing records. *See* Plaintiff's Brief, Exhibit 6.

7. Plaintiff Berardi's Brief, Exhibit 1, is an accurate record of the FOIA appeals submitted in this case. *See* Plaintiff's Brief, Exhibit 1.

8. The Air Force was aware of errors in Plaintiff Berardi's disenrollment file and failed to correct them after receiving proper notice under the Privacy Act from Berardi. S*ee* Plaintiff's Brief, Exhibit 5, page 5; Christopher Berardi Declaration; Linda Berardi Declaration.

Respectfully submitted this 5th day of April, 2006.

                    HOLLAND & HART LLP

By:       /s/
     William G. Myers III, for the firm
     D.C. Bar #408573

     HOLLAND & HART LLP
     Suite 1400, U. S. Bank Plaza
     101 South Capitol Boulevard
     Post Office Box 2527
     Boise, Idaho 83701
     Telephone: (208) 342-5000
     Facsimile: (208) 343-8869
     E-mail: wmyers@hollandhart.com

     Attorneys for Plaintiff Christopher Berardi

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

>Karen L. Melnik
>Assistant United States Attorney
>555 4th Street, N.,W., Room E-4112
>Washington, DC  20530
>karen.melnik@usdoj.gov

           /s/ William G. Myers III
           for Holland & Hart LLP

3533870_1.DOC