**EXHIBIT 1**

## FOIA Appeals - Lt. Christopher Berardi

| Appeal Sent to USAFA | Related FOIA's | FOIA / Appeal Response | USAFA sent Appeal to JACL | Appeal Response | Total Delay from original request | Comments |
|---|---|---|---|---|---|---|
| A. 10/3/2003 | | 3/26/2004 | 11/17/2003 | 7/20/2005 | 24 months | letter was dated wrong by one year, 3/26/03; actually received 3/2004 * below also wrong |
| | 7/21/2003 | 8/12/2003 | | | | redacted requested information |
| | 8/16/2003 | 9/4/2003 | | | | redacted requested information |
| | 9/6/2003 | 9/17/2003 | | | | |
| B. 10/23/2003 | | 3/26/2004 | 11/17/2003 | 7/20/2005 | 22 months | both responses said that a thorough search was conducted - no additional records * |
| | 9/29/2003 | 10/9/2003 | | | | asked for all information from JA office |
| C. 5/25/2004 | | 8/16/2004 | 7/22/2005 | 2/10/2006 | 23.5 months | said that previous response in error |
| | 2/27/2004 | 3/22/2004 | | | | did not answer request for infromation from Superintendent's office |
| | 4/8/2004 | 5/12/2004 | | | | USAFA reported that request was totally being denied |
| D. 5/26/2004 | | 8/16/2004 | 7/22/2005 | 2/10/2006 | 25 months | only partially answered; neither response answered all issues outlined in appeal |
| | 1/18/2004 | 2/10/2004 | | | | response incomplete; did not list documentaion withheld |
| | 3/1/2004 | 5/17/2004 | | | | Response date 3/26; giving perception that is was answered on time - postmarked 5/17 |
| | 4/2/2004 | 5/17/2004 | | | | Response date 4/14 - postmarked 5/17 withheld requested information |
| | 4/12/2004 | never answered | | | | never received a response to this FOIA request; renewed in 10/17/05 |
| E. 7/22/2005 | | 8/?/2005 | 8/22/2005 | 2/10/2006 | 12 months | 8/05 cannot read date; totally denied appeal request |
| | 1/25/2005 | 6/13/2005 | | | | Redacted or withheld hundreds of pages of documetation - FOIA response 2.5 months late |
| F. 2/13/2006 | | not answered | | | 5 months | appealed what was withheld or redacted as well as inaccurate responses |
| | 10/17/2005 | 1/20/2006 | | | | received hundreds of pages of documentation that was previously told did not exist |

indicates that responses were late according to DOD Regulation 5400.7/ Air Force Supplement
Documents in addition to those noted above have been attached for clarification