**EXHIBIT 4**

*BY ORDER OF THE*
*SUPERINTENDENT*

*HQ UNITED STATES AIR FORCE ACADEMY*
*INSTRUCTION 36-164*

*10 MAY 2004*

*Personnel*

*REVIEW AND DISPOSITION OF DEFICIENT*
*CADETS*



## COMPLIANCE WITH THIS PUBLICATION IS MANDATORY

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

OPR: HQ USAFA/DFR (Ms. Paula D. Britton)

Certified by: HQ USAFA/DFR
(Dr. Dean H. Wilson)

Supersedes USAFAI36-164, dated
26 November 2000

Pages: 41
Distribution: F

This instruction implements AFPD36-20, *Accession of Air Force Military Personnel,* and provides procedures on the administrative processing of deficient cadets. It applies to all Academy agencies involved with deficient cadets. See **Attachment 1** for a glossary f references and supporting information. This instruction requires the collection and maintenance of information protected by the Privacy Act of 1974. 10 U.S.C. 9331 and 9349 authorize the maintenance and collection of data prescribed in this regulation. F035 AFA B, Master Cadet Personnel Record (Active/Historical) applies.

## *SUMMARY OF REVISIONS*

**This document is substantially revised and must be completely reviewed.**

Revisions were made to **Chapter 2**: Deletes reference to USAFA Form 37, **Cadet Performance Evaluation and Recommendation**. Form no longer exists. Revised **Chapter 3**: Military Review Committee; **Chapter 4**: Physical Education Review Committee; **Chapter 6**: Summer Training Review Committee. Updated office symbols for the Athletic Dept. Revisions were made to **Attachment 2**. This publication has been substantially changed and must be completely reviewed.

**Chapter 1—RECOGNITION LISTS AND PROBATION, AND HONOR CODE VIOLATION SANCTIONS** 4

    1.1.    Recognition Lists and Probation: ............................................................................ 4

    1.2.    Honor Code Violation Sanctions: ............................................................................ 4

**Chapter 2—ACADEMIC REVIEW COMMITTEE (ARC)** 5

    2.1.    Deficiency in Academics. ......................................................................................... 5

    2.2.    Composition of the Academic Review Committee: ................................................. 6

2.3.    Academic Review Committee Responsibilities:  ...................................................    7

2.4.    Academic Review Committee Preparation:  ......................................................    8

2.5.    Academic Review Committee Procedures:  .......................................................    9

**Chapter 3—MILITARY REVIEW COMMITTEE**                                                      **12**

3.1.    Deficient in Conduct:  ........................................................................................    12

3.2.    Deficient in Aptitude:  .......................................................................................    12

3.3.    Referring Cases to the MRC.  ...........................................................................    12

3.4.    Final Decision on MRC.  ...................................................................................    12

3.5.    When a Cadet is Recommended for Consideration by the MRC.  ...................    12

3.6.    Composition of the Military Review Committee:  ...........................................    13

3.7.    Specific Duties of MRC members:  ..................................................................    14

**Chapter 4—PHYSICAL EDUCATION REVIEW COMMITTEE (PERC)**                                     **16**

4.1.    Deficiency in Physical Education  .....................................................................    16

4.2.    The Physical Education Review Committee (PERC)  ........................................    16

4.3.    Composition of the Physical Education Review Committee:  ...........................    17

4.4.    Physical Education Review Committee Procedures:  ........................................    17

4.5.    PERC Preparations.  ..........................................................................................    18

4.6.    PERC Scheduling.  ............................................................................................    18

**Chapter 5—INTERCOLLEGIATE ELIGIBILITY COMMITTEE**                                          **19**

5.1.    Deficient Cadets in Intercollegiate Athletics:  ................................................    19

Table 5.1.    Intercollegiate Eligibility GPA Requirements  ..........................................    20

5.2.    Procedures for Other Extracurricular Activities.  ............................................    20

**Chapter 6—SUMMER TRAINING REVIEW COMMITTEE (STRC)**                                        **21**

6.1.    Deficiency in Summer Training:  ......................................................................    21

6.2.    Types of STRCs  ...............................................................................................    21

6.3.    Basic Cadet Review STRC and Responsibilities  .............................................    21

6.4.    Soft-look STRC and Responsibilities  ..............................................................    22

6.5.    Hard-look STRC Procedures, Responsibilities and Composition  ...................    23

6.6.    STRC Specific Duties:  .....................................................................................    24

**Chapter 7—TURNBACK AND CONDITIONAL TURNBACK STATUS POLICY**    **26**

    7.1.    General. .................................................................................................    26

    7.2.    Turnback. ..............................................................................................    26

    7.3.    Conditional Turnback Status. .................................................................    26

    7.4.    Monitoring Conditional Turnbacks. .......................................................    26

    7.5.    Summer Training. ..................................................................................    27

**Chapter 8—DISENROLLMENT PROCEDURES**    **28**

    8.1.    Disenrollment of Cadets. .......................................................................    28

    8.2.    Notification Procedures. ........................................................................    28

    8.3.    Legal Reexamination (Title 10, United States Code U.S.C. 9351, .............    28

    8.4.    Participation in Final Examinations: ........................................................    29

**Chapter 9—REPORTS**    **30**

    9.1.    Disenrollment Case File. ........................................................................    30

    9.2.    DD Form 785, Record of Disenrollment from Officer Candidate-Type Training ....    30

    9.3.    DD Form 214, Certificate of Release or Discharge from Active Duty. ...................    30

**Chapter 10—INFORMATION COLLECTIONS, RECORDS, AND FORMS.**    **31**

    10.1.    Information Collections. .........................................................................    31

    10.2.    Records. .................................................................................................    31

    10.3.    Forms. ...................................................................................................    31

**Attachment 1—GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION**    **32**

**Attachment 2—PROCESSING CADETS DEFICIENT IN CONDUCT AND (OR) APTITUDE AND REPORTS OF COMPLETED ACTION**    **39**

**Attachment 3—PROCESSING CADETS DEFICIENT IN COMPLETION OF SUMMER TRAINING PROGRAMS**    **40**

**Attachment 4—PROCESSING CADETS DEFICIENT IN APTITUDE FOR COMMISSIONED SERVICE AND REPORTS OF COMPLETED ACTION**    **41**

## Chapter 1

## RECOGNITION LISTS AND PROBATION, AND HONOR CODE VIOLATION SANCTIONS

**1.1. Recognition Lists and Probation:**

1.1.1. Cadets on any probation (academic, honor, conduct, aptitude, or athletic) will neither be placed on nor remain on any merit lists (Dean's, Commandant's, Athletic Director's or Superintendent's).

1.1.2. Restrictive sanctions and duty restrictions accompanying academic, honor, conduct, aptitude, and athletic probation can be found in Cadet Training Group Instruction, 51-201, Cadet Counseling Discipline and Rehabilitation. Applicability, clarification, and or modification of restrictions should initially be addressed to the cadet's air commanding officer (AOC).

**1.2. Honor Code Violation Sanctions:**

1.2.1. Violations of the Cadet Wing Honor Code will be handled as set forth in the, *Cadet Wing Honor Code Reference Handbook.*

## Chapter 2

## ACADEMIC REVIEW COMMITTEE (ARC)

**2.1. Deficiency in Academics.**

2.1.1. Academic Progress Reports. Published at each midsemester, end of semester, and end of third summer term.

2.1.2. Deficiency in Academics. Deficiency in academics on any progress report results in placement on academic probation.

2.1.3. Placement on Academic Probation. Cadets deficient in academics at any of the progress reports (midsemester or end of semester) are automatically placed on academic probation. The cadet will remain on academic probation until the deficiency is corrected; at a minimum, until the next progress report. Cadets may be removed from academic probation at midsemester, end of a semester, or end of a summer term. Returning cadets who at the time of their departure from United States Air Force Academy (USAFA) were on academic probation will be on academic probation upon their return, unless they successfully appeal that status to the Chairman of the ARC. Academic probation status begins with publication of any progress report. At the end of each semester, the ARC will publish assigned actions and recommendations on reviewed cadets. These recommendations will be sent to AOCs, Associate AOCs for Academics (AAOCA), academic advisors, and any other appropriate activity directors. The committee will notify Headquarters USAFA Dean of Faculty Office of the Registrar (HQ USAFA/DFR) and Headquarters USAFA Dean of Faculty Examinations and Records (HQ USAFA/DFRR), at the end of the semester or term of Superintendent exceptions to the academic probation list. HQ USAFA/DFRR will publish and distribute an academic probation list and will enter the probation status on the cadet's Academic Program Summary (APS) at the end of each semester and at the end of the third summer term. Instructors will evaluate and complete Comment Cards on academically deficient cadets at midsemester, end of semester, and the end of the third summer term.

2.1.4. Counseling of Deficient Cadets:

2.1.4.1. Academic Advisor Interviews. The academic advisor will counsel all cadets on academic probation, evaluate their academic programs, and make recommendations for improving grades. Cadets will complete a USAFA Form 68, **Cadet Academic Deficiency Evaluation and Probation Action Plan.**

2.1.4.1.1. Advisor interviews will be conducted each midsemester within 10 duty days of publication of each progress report.

2.1.4.1.2. Advisor interviews will be conducted for end of spring and fall semesters within 10 duty days after the beginning of the next semester.

2.1.4.1.3. Advisor interviews will be conducted for end of summer terms, no later than two days after the last day of summer term classes.

2.1.4.1.4. Advisors will annotate interviews on USAFA Form 68, give the cadet a copy, keep a copy in their folder and forward one copy to the AOC.

2.1.4.1.5. Academic advisors, AAOCAs, instructors, and AOCs may counsel academically deficient cadets at any time.

2.1.4.2. AOC Interviews. Upon receipt of progress reports, AOCs assign weekend academic call to quarters (WACQ) and monitor cadets in their squadron on academic probation by overseeing the cadet academic officer (CADO), who maintains a log of WACQs assigned and served. Cadets placed on academic probation (first class cadets exempt) will be assigned one automatic WACQ for being on academic probation plus one WACQ for each "C-," two WACQs for each "D," and three WACQs for each "F" grade. The CADO will notify the AOC of assigned WACQs.

2.1.5. ARC Records Reviews. The ARC meets at the end of each semester and at the end of the summer term. The reviews will occur after the progress reports are issued. For end-of-fall semester and end-of-summer term reports, reviews will be held within the first two weeks of the new semester. Reviews for end-of-spring semester progress reports will be held before the USAFA graduation date.

2.1.6. Removal from Academic Probation. Cadets will be removed from all conditions of academic probation when their semester and cumulative performance meet the minimum numeric average achieved by cadets in graded courses (GPA) of 2.00 with no "F"s or controllable "I"s (major's GPA for first class cadets) at mid and (or) end-of-semester or end-of-summer term report. Cadets remain on academic probation through the summer and fall midsemester progress report unless conditions for probation are corrected by summer term academic performance. Upon completion of summer course work, summer grades will be combined (for determining academic probation status only) with spring semester course work to determine the combined spring-summer "semester" GPAs. If both cumulative and spring-summer combined "semester" GPAs are 2.00 or greater, and all courses with "F" grades have been successfully repeated, the cadet will be removed from academic probation. If a course in which an "F" or controllable "I" has been received is not required to be repeated for graduation or commissioning, and the cadet's semester and cumulative GPAs are 2.00 or greater, the cadet will be removed from academic probation at the midsemester and (or) end-of-semester progress report of the next semester following placement on academic probation. If a cadet remains on academic probation longer than one semester, e.g., because the repeat course for a single "F" grade is not offered in the succeeding semester, the cadet may petition the appropriate ARC chairperson (through the ARC coordinator) to be removed from academic probation. Although a cadet may become academically proficient through ARC action (e.g., dropping course and (or) changing major), the cadet will remain on academic probation until the next progress report. Cadets will not be removed from academic probation at any other time unless they were placed on academic probation through administrative error.

**2.2. Composition of the Academic Review Committee:**

2.2.1. There are four ARCs, one for each class. Each ARC is composed of the following members:

2.2.1.1. Representatives of the Headquarters USAFA Dean of the Faculty (HQ USAFA/DF):

2.2.1.1.1. Permanent Professor (chairperson) - voting member.

2.2.1.1.2. Two professors or associate professors or any other military and (or) civilian member of the Faculty Forum - voting members.

2.2.1.1.3. HQ USAFA/DFR Academic Affairs Staff Officer (coordinator) - nonvoting member.

2.2.1.2. Representatives of the 34th Training Wing (34 TRW):

2.2.1.2.1. Group or Deputy Group AOC - voting member.

2.2.1.2.2. 34th Education Group (34 EDG) representative (need not be present but will submit written information from instructors within the division to the coordinator) - nonvoting member.

2.2.1.2.3. Representative of the Department of Athletics (34 TRW/AH) - voting member.

2.2.1.3. Representative of the 10th Medical Group (10 MDG) (need not be present but will submit written inputs (including negative reply) to the coordinator) - nonvoting.

2.2.1.4. The cadet's academic advisor or AAOCA and AOC are to attend interviews of cadets selected for disenrollment (not records review) as nonvoting members of the ARC. Whenever there is a conflict of ARC interviews, the advisor or AAOCA and AOC should attend the most senior cadet's interview.

2.2.2. Failure of any nonvoting member to attend an ARC will not invalidate otherwise valid committee proceedings.

## 2.3. Academic Review Committee Responsibilities:

2.3.1. End-of-Semester and (or) Summer ARC. Full voting membership ARC meetings are held at the end of each semester and at the end of the third summer term (fall semester transition week). Reviews may include any academically deficient cadet.

2.3.1.1. With the approval of the Dean, the ARC recommends cadets for disenrollment, conditional turnback status, and late graduation. The committee will recommend to the Superintendent that cadets deficient in studies be disenrolled unless it determines that both their overall performance and the probability of successful completion of the academic program justify a recommendation for retention.

2.3.1.2. Decisions by the ARC or the Dean to retain cadets are final without Superintendent review. Should the committee decide that overall performance and probability of successfully completing the academic program justify retention, other actions may be deemed necessary. Cadets may be directed to:

2.3.1.2.1. Be counseled by the appropriate agency.

2.3.1.2.2. Be underloaded, or take a normal load during the current or next semester. (See definition of underload and normal load in the USAFA Curriculum Handbook.)

2.3.1.2.3. Repeat a course; remove an incomplete grade.

2.3.1.2.4. Replace honors course with nonhonors course.

2.3.1.2.5. Be removed from advanced placement course to lower level course with the course's sponsoring department head's approval.

2.3.1.2.6. Change their academic major.

2.3.1.2.7. Be removed from or limit participation in extracurricular activities.

2.3.1.2.8. Be removed from or limited participation in military duties.

2.3.1.2.9. Be automatically reviewed at a future progress report.

2.3.1.2.10. Graduate on time with a deficiency or with an Academy Board waiver of a graduation requirement.

2.3.1.2.11.  Be assigned an academic minus.

*NOTE:*  A recommendation of academic minus indicates that disenrollment is not warranted solely on academic grounds. This recommendation will be forwarded to the other Academy Board standing committees (Military Review Committee (MRC) and Physical Education Review Committee (PERC) for consideration. If an academic minus is present, a committee should consider for disenrollment a cadet whose deficiency in military or athletic matters might normally result in a vote for retention. If the other committee recommends disenrollment, the appropriate ARC chairperson will appear before the Academy Board if necessary with the other committee chairperson to explain the reasons for the ARC recommendation. An ARC will evaluate continued assignment of academic minus at each review.

2.3.2.  Midsemester ARC. Each ARC will review the records of deficient cadets. No retention and (or) disenrollment voting occurs at midsemester.

2.3.3.  End-of-Summer Term ARC. The third class ARC will review records of deficient cadets who attended any of the summer academic terms.

**2.4.  Academic Review Committee Preparation:**

2.4.1.  Committee Coordinator Responsibilities:

2.4.1.1.  Ensure committee members are trained in responsibilities and procedures.

2.4.1.2.  Distribute cadet deficiency reports at each progress report.

2.4.1.3.  Prepare and distribute record review and (or) interview schedules, agendas, and APSs as soon as possible to members and academic departments prior to the ARC meetings.

2.4.1.4.  Assemble deficient cadet records and brief during committee review.

2.4.2.  Group and Squadron AOC Responsibility. AOCs will forward evaluations to an ARC Chairperson through group AOC members. These evaluations will include any data the AOC believes to be significant for ARC decision-making, i.e., suitability for commissioning, WACQs assigned and (or) served, multiple probation, and personal and medical information.

2.4.3.  Academic Advisor or AAOCA Responsibility:

2.4.3.1.  Midsemester. The ARC requires advisors to oversee cadets in all categories of academic probation in completing the USAFA Form 68. Overloaded cadets on academic probation will be required to drop the overload. If recommendations require an APS change, it must be submitted with the USAFA Form 68. All cadets on academic probation must be counseled within 10 duty days after the publication of the progress report.

2.4.3.2.  End of Semester. The ARC requires advisors to oversee cadets in all categories of academic probation in completing the USAFA Form 68 and submitting it to the ARC coordinator. If recommendations require an APS change, it must be submitted with the USAFA Form 68. All cadets on academic probation must be counseled within 10 duty days after the beginning of the following semester.

2.4.4.  Academically Deficient Cadet Responsibilities. Cadets on academic probation will complete a USAFA Form 68 according to instructions on the form and submit to the academic advisor or AAOCA. The USAFA Form 68 will be completed within 10 duty days after the publication of the midsemester progress report, and within 10 duty days after the start of each new semester for

end-of-semester progress reports. **EXCEPTION:** Cadets listed on an ARC interview roster must complete a USAFA Form 68 with their appeal package. If cadets fail to complete a USAFA Form 68 and deliver it to their academic advisor or AAOCA by the established deadline date, the academic advisor or AAOCA will forward the cadet's name to the AOC, who will take appropriate disciplinary action.

2.4.5. Instructor Responsibility:

   2.4.5.1. Midsemester. The ARC requires instructors to complete Comment Cards for all "C-," "D," and "F" grades in their courses. Comment Cards are optional for other cadets.

   2.4.5.2. End of Semester. The ARC requires instructors to complete Comment Cards for all their cadets listed on the ARC records review roster regardless of final grade, in addition to cadets with "C-," "D," and "F" grades in their courses. Comment Cards are optional for other cadets.

   2.4.5.3. End-of-Semester ARC Interviews. Instructors may complete letters of recommendation for cadets who elect to be interviewed by the ARC in appealing a disenrollment recommendation. A cadet's request for a letter is not an institutional requirement but, instead, an instructor prerogative.

   2.4.5.4. End-of-Summer Term. The ARC requires all summer academic instructors to complete a Comment Card for all "C-," "D," and "F" grades in their courses. The Comment Card and will be submitted no later than two days after the last day of the summer term classes.

2.4.6. Medical Staff Responsibilities. The medical representative will review the medical records of cadets being considered. A medical representative need not be present at committee meetings, but if there is significant medical information either written or verbal comments need to be prepared for the committee. A negative reply to the coordinator prior to committee meetings is required.

2.4.7. Athletic Representative Responsibilities. The athletic representative will review the athletic and physical education records of all cadets reviewed.

**2.5. Academic Review Committee Procedures:**

2.5.1. Committee Process:

   2.5.1.1. The ARC reviews records of academically deficient cadets at the end-of-semester and (or) summer term progress reports. The committee votes and makes recommendations for retention or disenrollment of cadets. If the cadet is a relative of any voting member of the ARC that he or she would normally meet, the cadet must report to an unbiased ARC determined by the Vice Dean of the Faculty.

   2.5.1.2. During the review, all pertinent information is considered. A profile or character sketch of the cadet is compiled using information from the instructor Comment Cards, formal records of counseling, military performance appraisals, athletic ratings, medical history, and any written statements submitted by the cadet.

   2.5.1.3. Cadets recommended for disenrollment after a records review (unless previously resigned) will be presented with a letter of notification from the ARC chairperson (electronically through the AOC) within two duty days of completion of the records review process. The appropriate ARC coordinator will present this notification. Each coordinator will brief cadets on their rights to present evidence as to why they should not be disenrolled and on the type of evidence

considered pertinent by the ARC. Cadets receiving such a notification have 72 hours to choose one of two options. The two options are:

2.5.1.3.1. Personal Interview Before the ARC. Written statements may be submitted for consideration at the personal interview if presented to the ARC coordinator on or before the fifth day after receipt of the letter of notification. This is the only time cadets will be permitted to present their case verbally and in writing. To exercise this right, cadets must appear in person before the ARC on the date, time, and location specified for the interview. Cadets will not be allowed to call witnesses to testify in person before the ARC. The cadet's academic advisor or AAOCA and AOC must attend the interview. As the situation dictates, informed alternates may stand-in.

2.5.1.3.2. Waiver of Personal Interview and Written Statements.

2.5.1.4. The ARC will interview cadets who elected to appeal no earlier than the sixth day after sending the letter of notification for academic disenrollment. After the interview, the ARC will vote again on whether to recommend disenrollment to the Dean and then to the Superintendent.

2.5.1.4.1. For any ARC interview (those proceedings described in paragraph **2.5.1.3.1.**) the cadet meeting the ARC shall be permitted to challenge committee members for cause. A reasonable likelihood that the member cannot be impartial will constitute cause. The committee chairperson will rule on any such challenge, including those made against the chairperson. Should the challenge for cause be against the chairperson, that chairperson must consult an attorney from the Headquarters USAFA Staff Judge Advocate (HQ USAFA/JA) office prior to ruling on the challenge.

2.5.1.4.2. Cadets retained after an interview will be presented a letter of notification (electronically through the AOC) from HQ USAFA/DFR listing ARC actions.

2.5.1.4.3. Records of cadets recommended for disenrollment after a personal interview will be presented to the Dean for approval or disapproval of the ARC's recommendation. If the Dean concurs with a recommendation for disenrollment, the ARC casefile with the accompanying recommendations shall be reviewed by HQ USAFA/JA and then forwarded to the Superintendent.

2.5.1.4.4. Any cadet who fails a course (core and (or) core substitute, major, or elective) for the second time (repeat failure) must appear in person to be interviewed by the ARC. Regardless of the vote, records of cadets in the repeat failure category will be presented to the Dean and the Superintendent for approval or disapproval of the ARC's recommendation.

2.5.1.5. Cadets disenrolled by the Superintendent will be presented a letter of notification from Headquarters USAFA Staff Judge Advocate Cadet Disenrollments (HQ USAFA/JACD).

2.5.2. Voting. A quorum composed of at least four qualified voting ARC members must be present for voting on any proposed action. A majority vote by the quorum is required for all proposed actions before the ARC, except as otherwise provided in this paragraph. Each member of the committee has one vote on all recommendations brought before the committee. Recommendations for disenrollment or retention in each case are proposed as a formal motion. An open vote is taken on the motion and the details of the committee's deliberations and votes for disenrollment will be given to the Dean and then the Superintendent, including full identification and explanation of minority and abstention votes on all cases required to be forwarded to them for consideration. For cadets recommended to the Superin-

tendent for disenrollment, the committee will include in its findings whether the active duty commitment for a first or second class cadet should be waived. The results of the committee meeting are confidential and will be revealed only to the Superintendent or Academy Board as needed.

2.5.2.1.  Retention Votes:

2.5.2.1.1.  All 5-0, 4-1, 4-0, or 3-1 ARC votes for retention are final without Superintendent review.

2.5.2.1.2.  The ARC chairperson will present all other votes to the Superintendent for final decision.

2.5.2.2.  Disenrollment:

2.5.2.2.1.  The ARC chairperson presents all ARC votes for disenrollment to the Superintendent for final decision.

2.5.2.2.2.  The Superintendent will make the final decision on cadets recommended for disenrollment by the ARC.

2.5.2.3.  Abstention Votes:

2.5.2.3.1.  Any voting member who is either an instructor, coach, otherwise required to submit a Comment Card, or who was disqualified from voting, and his or her vote will be recorded as an abstention. Alternate voting members will vote in place of the abstaining member. If more than two voting members abstain, the ARC coordinator will serve as a voting member.

2.5.2.3.2.  Abstention votes are included for purposes of satisfying the majority vote requirement. For example, a vote of two for retention, two for disenrollment, and one abstention would result in a recommendation for the cadet's retention since the required three-vote majority was not met. Such a retention recommendation would be presented to the Superintendent for final decision.

2.5.2.3.3.  Other than as required in paragraph above, abstention votes are not permitted.

2.5.3.  Observers. Members of the Academy Board, representatives from the Headquarters USAFA Office of Admissions (HQ USAFA/RR) and HQ USAFA/DFR, and faculty members are encouraged to attend ARC meetings as observers. Any other person must obtain permission from the coordinator.

## Chapter 3

### MILITARY REVIEW COMMITTEE

**3.1. Deficient in Conduct:**

3.1.1.  A cadet who is considered deficient in conduct (as defined in **Attachment 1**) will be inter-viewed by his or her Deputy or Group AOC at the end of a rating cycle, or as required. The Deputy or Group AOC may:

3.1.1.1.  Find the cadet proficient in conduct.

3.1.1.2.  Recommend the cadet be placed or continued on Conduct Probation.

3.1.1.3.  Refer the case to the 34th Training Group Commander 34 TRG/CC with a recommenda-tion for a MRC and potential disenrollment.

**3.2. Deficient in Aptitude:**

3.2.1.  A cadet who is considered deficient in aptitude (as defined in **Attachment 1**) will be inter-viewed by his or her Deputy or Group AOC at the end of a rating cycle, or as required. The Deputy or Group AOC may:

3.2.1.1.  Find the cadet proficient in aptitude.

3.2.1.2.  Place or continue the cadet on Aptitude Probation.

3.2.1.3.  Refer the case to the 34 TRG/CC with a recommendation for a MRC and potential disen-rollment.

**3.3. Referring Cases to the MRC.** Generally, the MRC will be invoked for misconduct that does not warrant the use of a Hearing Officer or Board of Officers. (**Attachment 2** describes how cadets deficient in conduct and (or) aptitude are processed and the necessary reports to be completed.) Cases of deficient cadets may be referred for consideration by the MRC in the following ways:

3.3.1.  The Deputy or Group AOC, after the interview described in paragraphs **3.1.1.** and **3.2.1.**, may recommend the cadet case be considered for disenrollment by the MRC. The Deputy or Group AOC will forward a recommendation for MRC consideration to the 34 TRG/CC on USAFA Office Form, **AOC Evaluation of Cadet.** 34 TRG/CC will, in turn, make a recommendation for convening an MRC to 34th Training Wing Vice-Commander for Operations (34 TRW/CVO).

**3.4. Final Decision on MRC.** The 34 TRW/CVO will make the final decision on whether or not a case of a deficient cadet will be considered by the MRC. USAFA Form, **AOC Evaluation of Cadet,** must be completed before the case is to meet the MRC.

**3.5. When a Cadet is Recommended for Consideration by the MRC.** The MRC recorder, the 34th Training Group Plans and Evaluations (34 TRG/PE) will contact the MRC chairperson to determine a meeting time and place and will notify all members of the MRC.

3.5.1.  Cadets will be notified of the reasons they are meeting the MRC, their rights, and their options, in writing, at least 3 calendar days before the scheduled MRC meeting. 34 TRG/PE will also provide a copy of the Cadet Personnel Record II (CPRII) to be used in the MRC to the cadet. The cadet will

reply, in writing, acknowledging receipt and understanding of the letter. Cadets have the following three options:

   3.5.1.1.  Waive their right to appear before the MRC. If the cadet chooses this option, the cadet may submit written matters to the MRC. The MRC committee will make a recommendation to the Superintendent through the Commandant based upon a review of the cadet's record.

   3.5.1.2.  Resign.

   3.5.1.3.  Appear before the MRC. The cadet appears before the MRC with witnesses and evidence.

   3.5.1.4.  In all of these cases, the Superintendent may opt to convene an Academy Board as an additional forum for discussion.

3.5.2.  The MRC will interview those cadets who elect to appear before the committee. Although cadets may not appear with legal counsel, they will be permitted to make statements on their own behalf, submit written matters, and present up to 10 written and two in person character witnesses. The information must be deemed relevant to the case by the chair and the witness is reasonably available. Cadets may also be present when AOC and (or) Military Training Leader (MTL) testimony is given if the cadet desires.

   3.5.2.1.  For any MRC proceeding described in paragraph **3.5.1.1.** or **3.5.1.3.**, the cadet meeting the MRC shall be permitted to challenge committee members for cause. A reasonable likelihood that the member cannot be impartial will constitute cause. The committee chairperson will rule on any such challenge, including those made against the chairperson. Should the challenge for cause be against the chairperson, that chairperson must consult an attorney from the HQ USAFA/JA office prior to ruling on the challenge.

3.5.3.  Following the interviews and (or) discussion, the MRC will vote on a recommendation to the Commandant for Superintendent consideration. Normally, the MRC will make one of the following recommendations:

   3.5.3.1.  Disenroll.

   3.5.3.2.  Retain with or without continued probation. A recommendation for retention may specify administrative, remedial actions and (or) terms of probation.

   3.5.3.3.  Military Minus. This recommendation will be forwarded to the other standing committees (ARC and PERC) for consideration. Cadets whose deficiency in the ARC or PERC committee's area might normally result in a vote for retention should, instead, be considered for disenrollment by that committee in the presence of a military minus. If the ARC or PERC committee recommends disenrollment, the MRC chairperson may be required to appear before the Superintendent or with the other committee chairperson to explain the reasons for the MRC recommendation.

**3.6.  Composition of the Military Review Committee:**

3.6.1.  Voting members will be approved by the MRC chairperson and normally serve for the duration of their Academy tour. These members will be selected based on their familiarity with cadet life and active involvement in rating cadets. MRC duties take precedence over other duties or scheduled activities. For this reason, voting members will attend all meetings unless excused by the chairperson. The five members of the MRC are:

3.6.1.1. 34th Training Wing Vice Commandant of Operations (34 TRW/CVO) - voting member. (Alternate is any 34 TRW officer in the rank of Colonel).

3.6.1.2. One representative from 34 EDG or HQ USAFA/DF - voting member.

3.6.1.3. One representative from 34 TRW/AH - voting member.

3.6.1.4. Recorder: 34 TRG/PE - non-voting member.

3.6.1.5. Legal Advisor: HQ USAFA/JA – non-voting member.

**NOTE:** All voting members will be Lt Colonels or above. However, experienced 0-4s may be approved by the MRC chair on a case-by-case basis.

3.6.2. Each voting member of the MRC has one vote on all formal motions brought before the MRC. Decisions of the MRC are by majority vote. Any member may call for a vote by making a motion for disenrollment. If seconded, discussion will be terminated and a vote recorded. The chairperson may postpone a vote pending the presentation of additional information before the committee. Each member must vote his or her conscience and not be influenced by the votes of other representatives on the committee. The chairperson will verbally notify the respondent cadet of the results of the MRC.

3.6.3. HQ USAFA/JA will designate an attorney to act as legal advisor to the MRC. The legal advisor will be present at all MRC meetings.

3.6.4. Alternate MRC members are encouraged to attend meetings as observers. Academic advisors, coaches, and any other person interested in the MRC agenda may attend with permission of the chairperson. Observers, except bona fide committee members (primary or alternate) and Academy Board members, may not be present while deliberations are in progress. AOCs/MTLs will attend when their cadets are scheduled to appear before the committee. The chairperson can call additional members to testify if the member can present relevant information.

**3.7. Specific Duties of MRC members:**

3.7.1. Chairperson:

3.7.1.1. Presides over all meetings of the MRC.

3.7.1.2. Submits recommendations to the Commandant for Superintendent action.

3.7.1.3. Presents recommendations to the Superintendent and (or) the Academy Board, if requested.

3.7.2. Recorder:

3.7.2.1. Prepares and distributes the MRC agenda and CPRII packages to members and cadet.

3.7.2.2. Sets up a time and place for each MRC meeting.

3.7.2.3. Notifies, in writing, cadets who are to meet a MRC and explains the MRC process (to include options).

3.7.2.4. Pre-briefs cadet record to the board.

3.7.2.5. Records all actions and votes taken at MRC meetings.

3.7.2.6. Accomplishes written notification of MRC decisions.

3.7.2.7. Prepares final executive summaries.

3.7.2.8. Prepares final MRC recommendation packages on cadets whose cases are to be considered by the Superintendent.

3.7.2.9. Prepares military minus letters for submission to the appropriate ARC or PERC.

3.7.3. Group AOC responsibilities:

3.7.3.1. Ensure all necessary documents are completed and made available to the MRC recorder on all cadets from the AOC's group listed on the MRC agenda. Documents should be delivered to the MRC recorder no later than 5 duty days before the MRC.

3.7.3.2. Ensure Cadet Counseling Center interviews are offered to cadets who are scheduled to meet the MRC. The Counseling Center will determine if a Mental Health Evaluation (MHE) is necessary. If deemed appropriate, notifies cadet's AOC to direct MHE. (Counseling documentation with recommendations should be delivered to the MRC recorder no later than the day before the cadet's scheduled MRC.)

3.7.3.3. Advise squadron AOCs when they will be required to appear before the MRC for those cadets appearing before the MRC.

3.7.3.4. Preview and present the overall AOC and (or) MTL evaluation of cadets considered for disenrollment in the absence of the cadet's AOC and (or) MTL or unless otherwise directed by the chairperson.

3.7.4. Dean of Faculty (DF) Representative:

3.7.4.1. Provides academic instructor comments regarding cadet's performance.

3.7.4.2. Briefs the MRC on any ARC action taken or pending on cadets being considered.

3.7.4.3. Present overall faculty evaluation of a cadet in appropriate cases.

3.7.5. Headquarters USAFA 34th Training Wing Athletic Representative (34 TRW/AH).

3.7.5.1. Consolidates Physical Education Performance and (or) Counseling Reports

3.7.5.2. Provides physical fitness test (PFT) and aerobic fitness test (AFT) histories.

3.7.5.3. Briefs the MRC on any PERC action taken or pending on cadets being considered.

3.7.5.4. Present overall Athletic Department evaluation of cadets in appropriate cases.

3.7.6. Legal Advisor:

3.7.6.1. Reviews each case prior to the meeting of the MRC and advises the MRC chairperson of any discrepancies which should be considered or corrected by the MRC.

3.7.6.2. Serves as a nonvoting advisor to the MRC during MRC proceedings.

## Chapter 4

## PHYSICAL EDUCATION REVIEW COMMITTEE (PERC)

**4.1. Deficiency in Physical Education**

4.1.1. Cadets are deficient in physical education if they receive a failing grade in a physical education class, physical fitness test, aerobic fitness test, intramural activity, or have a semester or cumulative Physical Education Average (PEA) below 2.00.

4.1.2. Athletic Probation.

4.1.2.1. Cadets will go on athletic probation and be placed in the athletic reconditioning program (RECONDO) if their cumulative PEA is below 2.00.

4.1.2.2. Cadets who fail a physical education (PE) class will be placed on academic probation.

4.1.2.3. Intramural deficiencies will be directed to the PERC Chairman for appropriate action.

4.1.2.4. The Fitness Testing and Evaluation Division (AHPT) will notify AOCs and cadets when cadets are placed on or removed from athletic probation. A complete listing of cadets on athletic probation will be maintained by AHPT.

**4.2. The Physical Education Review Committee (PERC)**

4.2.1. The PERC may review cadets deficient in the PFT, AFT, intramural programs, physical education courses, or PEA. The committee may recommend what it deems necessary for each individual case. The most common recommendations follow, but are limited to:

4.2.1.1. Assign counseling by the appropriate agency (AH, DF, 34 TRW).

4.2.1.2. Require the cadet repeat a PE course to better his or her PEA or to remove an incomplete grade.

4.2.1.3. Evaluate and recommend the cadet for medical turn-back.

4.2.1.4. Require the cadet attend a summer-term physical education program in place of leave.

4.2.1.5. Remove or limit the cadet's extracurricular activities.

4.2.1.6. Remove or limit the cadet's participation in military duties.

4.2.1.7. Assign an athletic minus.

4.2.1.8. Recommend late graduation with summer reconditioning.

4.2.1.9. Disenrollment for physical aptitude deficiency.

*NOTE:* A recommendation for an athletic minus indicates athletic deficiencies, which do not solely warrant disenrollment themselves. This recommendation will be forwarded to the other Academy Board standing committees (MRC and ARC) for consideration. If the MRC or ARC recommends disenrollment based partially on the athletic minus recommendation, a PERC representative will appear before the Academy Board, if necessary with the other committee chairperson, to explain the reasons for the PERC recommendation. Recommendations for disenrollment or late graduation will be forwarded to the Superintendent through the Director of Athletics (34 TRW/AH) and the appropriate chain of command. Medi-

cal turn-back recommendations will be forwarded to the 34th Training Wing Commandant of Cadets (34 TRW/CC) through the 10th Aerospace Medicine Squadron Cadet Clinic (10 AMDS/SGP).

**4.3. Composition of the Physical Education Review Committee:** The Director of Athletic Programs or Deputy (34 TRW/AHP or 34 TRW/AHPV) can decide, based on the number of cases being reviewed to convene more than one PERC board during a review cycle.

4.3.1. Chairperson directed by 34 TRW/AH – voting member.

4.3.2. Two Athletic Department representatives (chosen by the Director of Athletic Programs or Deputy) – voting members.

4.3.3. A 34 TRG representative – voting member.

4.3.4. A representative from the Dean of Faculty – voting member.

4.3.5. A representative of the 10th Medical Group (need not be present) – non-voting member.

4.3.6. A reconditioning program Officer in Charge (OIC) (need not be present) – non-voting member.

4.3.7. The recorder – non-voting member.

4.3.8. The AOC or MTL of any cadet interviewed by the committee will attend to offer any pertinent testimonies. The Academic Advisor is also advised to attend.

4.3.9. Observers: Observers may attend PERC meetings with permission from the Chairperson. Observers attending the meeting will not be allowed to speak during the proceedings unless the Chairperson specifically requests it. No observer will be allowed to stay in the room during the final discussions and voting.

**4.4. Physical Education Review Committee Procedures:**

4.4.1. The PERC will be convened as directed by the Director of Athletic Programs to consider cadets who are deficient in any aspect of the Physical Education program. The PERC will make appropriate recommendations to the Superintendent through the Director of Athletics and the appropriate chain of command. The PERC will normally meet after each scheduled PFT and AFT cycle. There are two types of PERCs – Soft-look and Hard-look.

4.4.1.1. Soft-look PERC: Members review the athletic histories of athletically deficient cadets. The five voting members vote to decide what course of action needs to be followed based on the cadet's individual history and inputs from the RECONDO OIC and 10 MDG. While the PERC can recommend a number of different actions, some of the more common outcomes are athletic probation, counseling, athletic minus, and disenrollment.

4.4.1.2. Hard-look PERC: Cadets who elect to appeal a Soft-look PERC disenrollment decision have a minimum of five working days to prepare a retention package for a Hard-Look PERC. The cadet will be given written notice of his or her deficiency and rights. The Hard-Look PERC will convene to hear the cadet's appeal. The AOC or MTL will be present for the Hard-Look PERC. The Academic Advisor is advised to attend. If the Academic Advisor cannot attend, then the advisor must submit a letter to the PERC with their impressions of the cadet, including a recommendation for retention or disenrollment. The PERC votes on a course of action following the cadet's appeal. If the disenrollment decision stands, the PERC chairman will present the case to the Director of Athletics. If the Director of Athletics concurs, the recommendation is forwarded to the

Superintendent through the appropriate chain of command. The Superintendent will make the final decision on cadets recommended for disenrollment by the PERC.

4.4.1.3.  The Hard-look PERC is the cadet's last opportunity to appeal. However, the chain of command from the Athletic Director through the Superintendent may request the cadet appear before them.

4.4.2.  Voting: A quorum composed of at least four qualified voting PERC members must be present for voting on any proposed action. A majority vote by the quorum (a 2-2 vote is not considered a majority vote) is required for all proposed actions before the PERC, except as otherwise provided in this paragraph. Each voting member of the committee has one vote on all recommendations brought before the committee. Recommendations for disenrollment or retention in each case are proposed as a formal motion. An open vote is taken on the motion and the details of the committee's deliberations and votes for disenrollment will be included in the PERC minutes. For cadets recommended to the Superintendent for disenrollment, the committee will include in its findings whether the active duty commitment for a first or second-class cadet should be waived. The results of the committee meeting are confidential and will be revealed only to the Superintendent or Academy Board as needed. PERC retention votes are final and forwarded only to the Director of Athletics.

4.4.2.1.  Abstention Votes:

4.4.2.2.  Any voting member with a predisposition of the PERC case is disqualified from voting, and their vote will be recorded as an abstention.

4.4.2.3.  Abstention votes are included for purposes of satisfying the majority vote requirement. For example, a vote of two for retention, two for disenrollment, and one abstention would result in a recommendation for the cadet's retention since the required three-vote majority was not met.

4.4.3.  After the introduction of the Hard-Look PERC panel, the Chairperson will ask the appealing cadet if they have a reason to believe any voting member on the board cannot render a fair and objective decision. If the cadet states that a panel member may have a bias, then the chairperson and the cadet will discuss the alleged bias in private. After the discussion, the Chairperson will decide if the committee member will vote or not.

**4.5.  PERC Preparations.** Prior to convening the Hard-Look PERC, the recorder will prepare a list of all athletically deficient cadets arranged by deficient categories. The following information will be provided:

4.5.1.  Athletic History Form.

4.5.2.  Minutes from the last PERC the cadet met.

4.5.3.  AOC remarks and recommendation on USAFA Form, **AOC Evaluation of Cadet**.

4.5.4.  A written "get well plan" from the appealing cadet.

4.5.5.  A Memo for Record from the appealing cadet's RECONDO Cadet In Charge (CIC).

**4.6.  PERC Scheduling.** PERC members will be notified of the scheduled meeting approximately one week prior to the meeting.

4.6.1.  The PERC recorder will prepare and distribute an agenda to each PERC member prior to the meeting.

## Chapter 5

## INTERCOLLEGIATE ELIGIBILITY COMMITTEE

**5.1. Deficient Cadets in Intercollegiate Athletics:**

5.1.1. Procedures for Intercollegiate Athletes:

5.1.1.1. When, at midsemester progress report or end-of-semester final grades, cadet athletes are placed on academic probation, their status as members of an intercollegiate team will be determined by an eligibility committee for the appropriate sport. In addition to the cases required to be reviewed under paragraph **5.1.2.2.**, cadet athletes placed on athletic, conduct, and (or) aptitude probation may be reviewed by the eligibility committee at the request of 34 TRW or the Athletic Director. See paragraph **5.1.2.4.** for those cases requiring Superintendent waivers.

5.1.1.1.1. The eligibility committees will be composed of a HQ USAFA/DF representative, who will be the committee chairperson, the coach, the officer representative (OR), and a 34 TRG representative. The OR will serve as nonvoting recorder of the committee and will monitor the grades of all the cadets on the team roster.

5.1.1.1.2. The Athletic Director will provide a list of members of each eligibility committee to HQ USAFA/DFR and 34 TRG/PE.

5.1.1.2. The eligibility committee will meet within three weeks after start of classes each semester and within one week following the publication of the progress report at each midsemester.

5.1.1.3. Actions taken by the eligibility committee are completely separate from those actions taken by the ARCs; however, the eligibility committees will keep the ARC chairpersons informed of their actions.

5.1.2. Procedures for Eligibility Committees:

5.1.2.1. The eligibility committee for intercollegiate sports will determine a proper course of action for cadets who are deficient in any way. The committee may merely warn the cadets, restrict attendance at practices, advise them to attend extra instruction, or declare them temporarily ineligible to participate in trips or contests. When the committee finds that a cadet is not making progress so as to complete the semester with a minimum cumulative GPA and with passing grades in all subjects, or not making progress toward removing his or her military or athletic probation, the committee may declare the cadet ineligible to participate in intercollegiate activities for the remainder of the semester. Cadets declared ineligible may be retained on the team and allowed to practice only (not compete in contests).

5.1.2.2. Eligibility committees meet at the beginning of each semester to make decisions in academic, athletic, conduct, and aptitude probation cases resulting from:

5.1.2.2.1. Single "F."

5.1.2.2.2. Incomplete grades involving extenuating circumstances.

5.1.2.2.3. Hard-look or Soft-look semester GPAs, PEAs and (or) Military Performance Rating (MPA).

5.1.2.3. Eligibility committees may approve all waivers at midsemester.

5.1.2.4. Only the Superintendent can approve waivers for end-of-semester academic grades that are less than those listed in paragraph **5.1.3.2.**, multiple "F" grades, an "F" grade in a repeat course, or cumulative MPAs or PEAs below 1.5.

5.1.2.5. Each eligibility committee will record minutes of its proceedings and send copies to:

5.1.2.5.1. HQ USAFA/DF, HQ USAFA/DFR.

5.1.2.5.2. Athletic Director, Athletic Liasion Division (34 TRW/AHPL).

5.1.2.5.3. 34 TRW, 34 TRG, 34 TRG/PE, squadron AOC.

**NOTE:** If no team members are deficient, a negative report must be sent to HQ USAFA/DFR and 34 TRW/AHPL.

5.1.3. Intercollegiate Sports Eligibility Requirements:

5.1.3.1. Eligibility for participation in intercollegiate athletics will be, as a minimum, always in accordance with the Constitution and by-laws of the National Collegiate Athletic Association (NCAA), and rules of Mountain West Conference (MWC) for sports designated as a MWC sport. NCAA and MWC eligibility standards include both minimum cumulative GPA criteria and satisfactory progress toward graduation.

5.1.3.2. Members of intercollegiate squads whose midsemester or end-of-semester cumulative GPA falls below the following standards become ineligible for further competition without an eligibility waiver:

**Table 5.1. Intercollegiate Eligibility GPA Requirements**

| Cumulative GPA Semester | Less Than |
|---|---|
| 1 | 1.75 |
| 2 | 1.85 |
| 3 | 1.90 |
| 4 | 1.95 |
| 5 and subsequent semesters | 2.00 |
| **NOTE:** For **Table 5.1.** (Major GPA less than 2.00 - first class year only) | |

5.1.3.2.1. The period of ineligibility will be at least until the next end-of-semester grade report unless waived by the applicable eligibility committee or the Superintendent.

5.1.3.2.2. A waiver of eligibility below NCAA (MWC for MWC sports) standards will not be granted.

**5.2. Procedures for Other Extracurricular Activities.** Cadet members of all other organized extracurricular activities who are placed on probation will be prohibited from participating in the extracurricular activity, except as provided in USAFAI36-*155, Cadet Extracurricular Activities Program*, paragraph 11.

## Chapter 6

## SUMMER TRAINING REVIEW COMMITTEE (STRC)

**6.1. Deficiency in Summer Training:**

6.1.1.  The STRC meets to examine cadet summer training deficiencies. Cadets are deficient in summer training when they have a grade of Controllable Incomplete(IC), Uncontrollable Incomplete (IU), Failed (F), Withdraw (W), Withdraw Passing (WP), or Withdraw Failure (WF) in one or more summer training programs.

**6.2. Types of STRCs**

6.2.1.  There are two basic types of STRCs. They are a **Soft-look** (paper records review) and a **Hard-look** (full board type). The Soft-look STRC is convened when the training deficiency does not affect the cadet's graduation date. If the training deficiency affects the graduation date, because it cannot be made up, then a Hard-look STRC **must** be convened.

6.2.2.  A Soft-look STRC is conducted by the 34th Training Squadron Commander (34 TRS/CC).

6.2.3.  A Hard-look STRC is chaired by the 34 TRG/CC. Board composition is detailed in paragraph **6.5.3.** of this publication.

**6.3. Basic Cadet Review STRC and Responsibilities**

6.3.1.  This STRC is held independently from the normal Soft-look STRC in August. Following the basic cadets return from Jacks Valley and prior to the Acceptance Parade, any basic cadet who did not meet the pass/fail criteria for Basic Cadet Training (BCT) will meet this STRC. The 34 TRS/CC will determine if this will be a Hard-look or Soft-look. Soft-look procedures are spelled out in paragraph **6.4.** of this publication. Hard-look procedures are the same for the Basic Cadet Review (BCR) STRC as for any other STRC that is convened. The only difference is that BCR STRCs happen so quickly that there is not time to provide pre-briefs for board members. Hard-look procedures are spelled out in paragraph **6.5.** of this publication.

6.3.1.1.  The recorder will: Obtain records and memoranda concerning the case for presentation at the STRC meeting. Contact the chairperson to determine a meeting time and place and notify all members of the STRC with this information. Ensure the AOC and training cadre are available during the meeting to provide information.

6.3.1.2.  The STRC will make one of the following recommendations:

6.3.1.2.1.  Retain.

6.3.1.2.2.  Disenroll.

6.3.1.3.  Basic cadets will be notified of the decision of the STRC by the chairperson at the conclusion of the meeting. Cadets recommended for disenrollment have the following options:

6.3.1.3.1.  Accept the recommendation. A disenrollment recommendation will be forwarded to the Superintendent by the chairperson.

6.3.1.3.2.  Resign.

6.3.1.3.3. Appeal to a reconvened STRC. The basic cadet appears before the STRC with character references and evidence as prescribed in paragraphs **6.3.1.4.** and **6.3.1.5.** of this publication.

6.3.1.4. Basic cadets who appeal to the STRC will be provided with a pre-brief letter. Notification will be prepared by the recorder and delivered immediately following the STRC. The pre-brief letter will specify the time and place of the reconvened STRC meeting and the reasons the basic cadet is being recommended for disenrollment. The basic cadet will acknowledge receipt and understanding of the letter, in writing, to the Superintendent, USAFA Summer Programs.

6.3.1.5. The STRC will interview those cadets who elect to appeal. Although cadets may not appear with legal counsel, they will be permitted to make statements on their own behalf, submit written matters, and present character references at the discretion of the chairperson. The information presented by the cadet must be relevant to the case at hand. STRC proceedings will not be delayed due to nonavailability of character references.

6.3.1.6. Following the interviews and (or) discussion, the STRC will vote to retain or disenroll. A disenrollment recommendation will be forwarded to the Superintendent.

6.3.1.7. As before, the basic cadet will be notified of the recommendation by the recorder, in writing, approximately three duty days after the conclusion of the STRC.

## 6.4. Soft-look STRC and Responsibilities

6.4.1. The Soft-look STRC, which meets in August, will take final action on cadets deficient in summer training whose graduation dates are not affected.

6.4.2. Approximately three weeks after the completion of the summer training, the Soft-look STRC will be conducted by 34 TRS/CC. This STRC will conduct a records review of those first, second, and third-class cadets who are deficient in summer military training.

6.4.2.1. Using the criteria in paragraph **6.1.1.**, the recorder the 34th Training Squadron Superintendent will identify those cadets who are deficient in summer military training.

6.4.2.2. The recorder will contact the chairperson to determine a meeting time and place and notify all members of the STRC, including the legal and medical advisors.

6.4.2.3. The 34 TRS/CC will conduct a records review of those cases meeting the training deficiency criteria.

6.4.2.4. The STRC may:

6.4.2.4.1. Waive the training requirement.

6.4.2.4.2. Require the cadet to complete the training the following summer.

6.4.2.4.3. Recommend to the Group AOC that the cadet be placed on Conduct and (or) Aptitude Probation during which the cadet will undergo a specified period of evaluation. If the cadet violates the probation before its expiration, the STRC may re-consider the case for referral to the Superintendent or Academy Board.

6.4.2.4.4. Refer a case directly to a Hard-look STRC. *NOTE:* Any cases which impact the graduation date of a cadet **must** be referred to a Hard-look STRC.

6.4.2.5. Cadets will be notified, in writing, of the results of the Soft-look STRC and their options by the Summer Programs Scheduling Office (34 TRS/DOS). Cadets have the following options:

6.4.2.5.1. Accept the decision.

6.4.2.5.2. Resign.

6.4.2.5.3. Appeal. The cadet will appear before a Hard-look STRC with character references and evidence as prescribed in paragraphs **6.5.1.** of this publication.

## 6.5. Hard-look STRC Procedures, Responsibilities and Composition

6.5.1. Cadets who appeal to the STRC will be provided with a pre-brief letter. Notification will be prepared by the recorder and (or) scheduling flight and delivered through the AOC at least three work-days prior to the reconvened STRC. The pre-brief letter will specify the time and place of the Hard-look STRC meeting and the reasons for the STRC's decision. The cadet will reply, in writing, acknowledging receipt and understanding of the letter. The Hard-look STRC will interview those cadets who elect to appeal. Although cadets may not appear with legal counsel, they will be permitted to make statements on their own behalf, submit written matters, and present character references at the discretion of the chairperson. The information presented by the cadet must be relevant to the case at hand. STRC proceedings will not be delayed due to non-availability of character references.

6.5.2. Hard-look STRC (board interview) is normally convened in September:

6.5.2.1. Approximately three weeks after the Soft-look STRC, the Hard-look STRC will convene. The Hard-look STRC will interview cadets who appealed the decision of the Soft-look STRC.

6.5.3. Board Composition: The seven members of the Hard-look STRC are as follows:

6.5.3.1. Chairperson: 34 TRG/CC - Voting member. (Alternate: 34th Training Group Deputy Commander, 34 TRG/CD)

6.5.3.2. Members:

6.5.3.2.1. One representative from 34th Training Squadron - voting member.

6.5.3.2.2. One representative from 34th Operations Group 34 OG - voting member.

6.5.3.2.3. One representative from Dean of Faculty - voting member.

6.5.3.2.4. One representative from Athletic Department - voting member.

6.5.3.2.5. One representative from the Medical Group (MDG) – non-voting member.

6.5.3.2.6. One representative from Staff Judge Advocates Office – non-voting member.

The seven "permanent" members of the Hard-look STRC will be identified by an appointment letter signed by the Commandant of Cadets and will be in the rank of Major and (or) civilian equivalent or above. *NOTE*: Summer Program directors may be called as nonvoting advisors.

6.5.4. The recorder will secure any supporting documentation the cadets wish to provide in their appeal. Copies of this documentation will be provided to the Hard-look STRC members in advance for their review.

6.5.5. Following the interviews and discussion, the STRC will vote on a decision or, if the decision will impact the graduation date, a recommendation to the Academy Board. Normally, the STRC will make one of the following recommendations:

6.5.5.1. Uphold the original Soft-look STRC decision and (or) recommendation.

6.5.5.2. Grant credit for the training requirement.

6.5.5.3. Waive the training requirement.

6.5.6. For any STRC described in paragraph **6.5.** of this publication, the cadet meeting the STRC shall be permitted to challenge committee members for cause. A reasonable likelihood that the member cannot be impartial will constitute cause. The committee chairperson will rule on challenges, including those made against the chairperson. Should the challenge for cause be against the chairperson, that chairperson must consult an attorney from the HQ USAFA/JA office prior to ruling.

6.5.7. Documentation: All STRC actions and recommendations will be documented as follows:

6.5.7.1. Minutes will be prepared by the recorder, approved by the chairperson, and distributed to each agency shown in **Attachment 3**. Documentation to support any case will be included as an attachment to the minutes.

6.5.7.2. Recommendation packages will be forwarded on all cadets recommended for disenrollment or late graduation by the STRC. These packages will include:

6.5.7.3. A cover letter signed by the chairperson which summarizes the reasons the case was considered by the STRC, the recommendation to the Superintendent or Academy Board, and a summary justifying the recommendation forwarded.

6.5.7.4. A copy of the cadet's Personnel Data Summary.

6.5.7.5. Any additional information requested by the Superintendent or Academy Board or desired by the chairperson.

6.5.7.6. A summary of testimony provided by or on behalf of the cadet respondent, prepared by the STRC recorder.

6.5.7.7. Copies of any written matters submitted by the cadet to the STRC.

## 6.6. STRC Specific Duties:

6.6.1. Chairperson: Presides over all meetings of the Hard-look STRC. Approves STRC meeting minutes. Submits recommendations for Superintendent or Academy Board action. Presents recommendations to the Academy Board, if requested.

6.6.2. 34 TRS Representative: Provides any summer training comments. Presents overall 34 TRS criteria for graduation and for military training.

6.6.3. 34 OG Representative Provides background information as necessary on any Airmanship programs or deficiencies of cadets who participated in the programs.

6.6.4. HQ USAFA/DF Representative: Presents overall faculty evaluation of cadets considered by the STRC.

6.6.5. 34 TRW/AH Representative: Consolidates Physical Education Performance and (or) Counseling Reports from physical education instructors, coaches, as required. Provides PFT and AFT histo-

ries as required. Briefs the STRC on any PERC action taken or pending on cadets being considered. Presents overall 34 TRW/AH evaluation of cadets considered by STRC.

6.6.6.  Medical Group Advisor: Reviews medical records for cadets on the agenda for any illness or hospitalization that may have affected cadet performance. Reviews Mental Health records for any significant findings and provides a summary of counseling received. When necessary, brings medical records on cases to meeting. Provides medical expertise during cadet interviews and committee deliberations. Serves as a nonvoting advisor to the Hard-look STRC during all proceedings.

6.6.7.  Legal Advisor If possible, reviews each Hard-look case prior to the STRC interview and advises the STRC chairperson of any discrepancies which should be considered or corrected by the Hard-look STRC. Serves as a nonvoting advisor to the Hard-look STRC during all proceedings.

6.6.8.  Recorder Sets up a time and place for the Soft and Hard-look STRC meetings and notifies committee members. Prepares and distributes the STRC agenda to members prior to the meeting. Schedules basic cadet meeting, Soft-look STRC, and Hard-look STRC. Notifies, in writing, all cadets of the results of all STRCs and provides them with their options. Pre-briefs the chairperson on agenda items, is knowledgeable of governing regulations, is prepared to answer any STRC procedural questions, and provide training and education to all new committee members on their duties. The recorder will also be knowledgeable of the graduation and military training requirements for cadets. Has cadet Personnel Data Summaries available for the STRC. Records all actions and votes taken at the STRCs. Prepares, publishes, and distributes minutes of STRCs. Accomplishes letters of notification of STRC action. Works with the Scheduling Flight to update Cadet Administrative Management Information System (CAMIS) for cadets whose summer military training courses or grades have changed. Prepares recommendation packages on cadets whose cases are to be considered by the Superintendent or Academy Board. Advise Squadron AOCs and Program Directors when they will be required to appear before the STRC for those cadets electing to appeal the Soft-look STRC. Assists the chairperson at Academy Board meetings as needed.

## Chapter 7

## TURNBACK AND CONDITIONAL TURNBACK STATUS POLICY

**7.1.  General.** At any time, the Academy Board may direct cadets with weak academic records be turned back immediately as an alternative to disenrollment. They are not expected to graduate on time with their class unless they significantly improve their academic performance. An ARC may recommend a cadet to be a conditional turnback. Cadets in turnback or conditional turn-back status will graduate and be commissioned as soon as administratively possible upon meeting all graduation requirements. Establishment of turnback or conditional turnback status is effective upon approval by the Academy Board. The ARC recorder will notify cadets of their placement on turnback status for academic reasons.

**7.2.  Turnback.** Cadets turned back to the next succeeding class rather than placed in conditional turnback status are generally turned back for medical or administrative reasons because they have missed a large amount of instruction and have virtually no chance to graduate with their class (See USAFAI36-169, *Apply For And Administering Cadet Turnback Programs*.) At the end of the calendar year in which a conditional turn back's class has graduated, cadets who still have not met graduation requirements may be turned back to the next succeeding class. At that time, the Academy Board may designate any one or two semesters to be deleted in future computations of the cadet's cumulative quality points and GPA.

**7.3.  Conditional Turnback Status.** Cadets in conditional turnback status will be scheduled for a divisional major, carry only five courses each semester, and remain at the Academy for at least nine semesters. They may be permitted to take six courses when their cumulative or semester GPA at the end of the preceding semester with five or more courses is greater than or equal to 2.40. They may be permitted to take seven courses if at the end of a preceding semester with at least six courses, they're cumulative or semester GPA is greater than or equal to 2.60. However, a cadet must download to five courses if he or she is deficient on a midsemester progress report. Cadets who are able to meet the requirements of a disciplinary academic major while following the above guidelines may petition the ARC chairperson to declare and graduate with that major within the nine semesters. The chairperson will then present the cadet's petition to the Academy Board for approval. Cadets may petition the ARC chairperson to be removed from conditional turnback status when they are no longer academically deficient and they can meet graduation requirements by the end of a summer academic term through normal loads and reasonable summer course work. These petitions should be prepared with the assistance of the cadet's advisor and contain a specific detailed recommendation for an academic program that will lead to fulfilling graduation requirements. The ARC chairperson or the Dean may deny a cadet's request for removal from conditional turnback status. However, if the request is approved it is forwarded to the Academy Board for a final decision. All decisions on petitions for removal from conditional turnback status will be forwarded to HQ USAFA/ DFRR for inclusion in the cadet's file.

**7.4.  Monitoring Conditional Turnbacks.** The academic advisor will monitor the progress of all cadets in conditional turnback status to ensure compliance with the provisions of this instruction. At each progress report, the academic advisor will make necessary changes to the academic load of all turnbacks and cadets in conditional turnback status. At the end of the fall semester, the ARC will make an appropriate recommendation to the Academy Board in the case of any cadet in conditional turnback status that has completed nine semesters of academics and has not yet met graduation requirements.

**7.5. Summer Training.** The summer training schedule for cadets in academic difficulty, especially those in conditional turnback status, will be formulated by 34 TRS in coordination with HQ USAFA/DF. Cadets in academic difficulty may volunteer to give up their leave and take a summer academic course in an effort to improve their academic status. Cadets returning from medical or administrative turnback status or prior cadets being readmitted will be reviewed by 34 TRS in coordination with HQ USAFA/DFR, Headquarters USAFA Cadet Personnel (HQ USAFA/DPY), and HQ USAFA/DFRR to determine summer training requirements and projected return dates. HQ USAFA/DPY will send letters notifying cadets of their return date.