## Chapter 8

## DISENROLLMENT PROCEDURES

**8.1. Disenrollment of Cadets.** Cadets with deficiencies will be processed for disenrollment in accordance with the provisions of AFI36-2020, *Disenrollment of United States Air Force Academy Cadets*.

**8.2. Notification Procedures.** Disenrolled cadets will be notified, in writing, by HQ USAFA/JACD. HQ USAFA/JACD counsels all disenrollees on their rights and options.

**8.3. Legal Reexamination (Title 10, United States Code U.S.C. 9351,** *Cadets: deficiencies in conduct or studies; effect of failure on successor*). Any disenrolled cadet who is deficient only because of failure to pass a required examination in any one subject is entitled to a reexamination of equal scope and difficulty in that subject, provided both his or her semester and cumulative GPAs are more than or equal to 2.00 for all courses exclusive of the one failed. The cadet must apply in writing to Headquarter USAFA Registrar's Office (HQ USAFA/DFRC).

8.3.1. The Secretary of the Academy Board or the Registrar will notify cadets of their entitlement to reexamination, in writing.

8.3.2. An ARC coordinator must counsel cadets entitled to a reexamination concerning their Title 10 rights. Cadets will designate, in writing, whether they wish to take the reexamination within 10 days of their receipt of the official written notification of disenrollment. Cadets who apply will not be out-processed until the results of the reexamination are known. The reexamination will be prepared, administered, and graded by the department offering the failed course within five duty days of the department's notification of the cadet's request. The five duty days do not include weekend days, federal holidays, periods of authorized emergency leave, or days where the cadet is admitted as an inpatient in a hospital. Cadets awaiting reexamination will not be sent Temporary Duty (TDY). The reexamination will be of comparable scope and difficulty to the final examination in the failed course. Departments will notify HQ USAFA/DFRC, in writing, of the cadet's final examination grade for placement in the cadet's official records.

8.3.3. The department concerned will notify HQ USAFA/DFRC by telephone of the date, time, and location of the reexamination.

8.3.4. Cadets will prepare for their reexamination primarily through individual study. They will not be allowed to attend regularly scheduled classes in the course they failed.

8.3.5. If disenrollment occurs at the end of the fall semester or at the end of the third summer term, the cadet will attend all academic and military formations while awaiting reexamination.

8.3.6. If disenrollment occurs at the end of the spring semester, the cadet will take the reexamination in lieu of leave.

8.3.7. Cadets who successfully pass a reexamination will be formally readmitted to the Cadet Wing. The original "F" grade will remain on the transcript, and the cadet will be placed on academic probation until successful completion of the failed course if the course is a core course or major's requirement. If the course is an elective course or the cadet changes major, the duration of the academic probation is until the next progress report.

8.3.8. Cadets who fail a reexamination are not authorized to take another reexamination.

## 8.4. Participation in Final Examinations:

8.4.1.  Cadets who plan to resign at the end of a semester and elect to take final examinations will receive letter grades and may be disenrolled for academic deficiency in lieu of voluntary resignation if they are deficient in studies at the final grade report. To avoid the possibility of academic disenrollment, a cadet must resign and be officially removed from all classes prior to the start of final examinations.

8.4.2.  Cadets notified of the Superintendent's approval of or recommendation for disenrollment before the end of the last day of classes in a semester or term will not be allowed to take finals and will receive no credit for that semester or term. Grades of "WP" or "WF" will be awarded. If, however, all course work is completed and no final examination is required nor any project remains ungraded the grade earned will be awarded.

8.4.3.  Cadets notified of the Superintendent's approval of or recommendation for disenrollment after the start of final examinations for a semester or term may complete all final examinations and will receive all credit earned.

## Chapter 9

## REPORTS

**9.1. Disenrollment Case File.** HQ USAFA/JACD will forward the disenrollment case file to the Secretary of the Air Force for approval in appropriate cases. The case file will include a recommendation from the Superintendent. The Superintendent will recommend the type of separation and whether any active duty commitment should be waived.

**9.2. DD Form 785, Record of Disenrollment from Officer Candidate-Type Training** . HQ USAFA/JACD will prepare a DD Form 785 on any cadet pending disenrollment.

**9.3. DD Form 214, Certificate of Release or Discharge from Active Duty.** When a cadet is discharged from the Air Force or transferred to another component, HQ USAFA/DPY will issue a DD Form 214 under the general criteria of AFI36-3202, *Separation Documents*.

USAFAI36-164   10 MAY 2004                                                                 31

## Chapter 10

## INFORMATION COLLECTIONS, RECORDS, AND FORMS.

**10.1.  Information Collections.** No information collections are created by this publication.

**10.2.  Records.** Maintain and dispose of records created as a result of prescribed processes in accordance with AFMAN 37-139, *Records Disposition Schedule*.

**10.3.  Forms.**

   10.3.1.  Forms or IMTs Adopted. USAFA Office Form, **AOC Evaluation of Cadet, DD Form 785, Record of Disenrollment from Officer Candidate-Type Training, and DD Form 214, Certificate of Release or Discharge from Active Duty**

   10.3.2.  Forms or IMTs Prescribed. USAFA Form 68, **Cadet Academic Deficiency Evaluation and Probation Action Plan.**



                              DAVID A. WAGIE,  Brigadeier General, USAF
                              Dean of the Faculty

**Attachment 1**

**GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION**

*References*

AFI 36-3202, *Separation Document*

AFI36-2020, *Disenrollment of United States Air Force Academy Cadets*

USAFAI36-*155, Cadet Extracurricular Activities Program*

USAFAI36-169, *Apply For And Administering Cadet Turnback Programs*

*Abbreviations and Acronyms*

**AAOCA**—Associate AOCs for Academics

**AFCW**—Air Force Cadet Wing

**AFT**—Aerobic Fitness Test

**AHPT**—The Fitness Testing and Evaluation Division

**AH**—Department of Athletics

**AOC**—Air Officer Commanding

**APS**—Academic Program Summary

**ARC** —Academic Review Committee - See terms for definition

**BCR**—Basic Cadet Review

**BCT**—Basic Cadet Training

**CADO**—Cadet Academic Officer

**CAMIS**—Cadet Administrative Management Information System

**CIC**—Cadet In Charge

**CPRII**—Cadet Personnel Record II

**DF**—Dean of Faculty

**GPA**—The numeric average achieved by cadets in graded courses - See terms for definition

**MHE**—Mental Health Evaluation

**MPA**—Military Performance Rating - See terms for definition

**MRC**—Military Review Committee - See terms for definition

**MTL**—Military Training Leader

**MWC**—Mountain West Conference

**NCAA**—National Collegiate Athletic Association

**OIC**—Officer in Charge

**OPR**—Office of Primary Responsibility

**OR**—Office Representative

**PE**—Physical Education

**PEA**—Physical Education Average

**PERC**—Physical Education Review Committee -See terms for definition

**PFT**—Physical Fitness Test

**RECONDO**—Athletic reconditioning program

**STRC**—See terms

**USAFA**—United States Air Force Academy

**WACQ**—See terms

**IC**—Controllable Incomplete

**IU**—Uncontrollable Incomplete

**F**—Failure

**W**—Withdraw

**WP**—Withdraw Passing

**WF**—Withdraw Failing

*Terms*

**Academic:—**

**Academic Probation**—The status of a cadet who is deficient in established academic performance standards.

**Academic Review Committee (ARC)**—A standing committee of the Academy Board responsible for making disenrollment recommendations to the Superintendent on cadets deficient in studies. At the end of each semester/term, the ARC reviews the cases of cadets with deficient grade point averages (GPAs), recommends rehabilitative actions for those voted for retention, interviews cadets initially recommended for disenrollment, and, with the approval of the Dean, takes disenrollment recommendations to the Superintendent for final approval. The office of primary responsibility (OPR) for records of ARC meetings and actions is the HQ USAFA/DFR.

**Automatic Review**—An automatic review will be conducted on a select number of cadets who were previously considered for disenrollment.

**Cadet Information Card (Electronic Comment Card)**—Information provided by the instructor on a cadet taking his or her course to provide a written picture of the cadet's classroom performance both academically and militarily. The ARC and Superintendent use this information to determine the cadet's potential to graduate from USAFA and be commissioned into the US Air Force. When ARCs are in session, this information may be obtained by contacting the Registrar Office (HQ USAFA/DFR); otherwise, this information may be obtained by contacting the appropriate academic department.

**Conditional Turnback Status**—The status of cadets who have experienced academic difficulties and

will probably not graduate on time with their class. Cadets will remain in conditional turnback status until they graduate. If they fail to meet graduation requirements by the end of the calendar year in which their original class has graduated, the Academy Board may transfer them to the next succeeding class; they will then be designated as turnbacks.

**Deficient in Academics (Academic Probation)**—A cadet is deficient in studies at midsemester report or the end of a semester/summer term when the cadet has one or more of the following:

—A grade of "F" or a controllable "I" in any course, whether graded or pass/fail, required for graduation or commissioning. This includes majors or elective courses, military art and science courses, physical education, and Aviation courses.

—Cumulative or semester GPA less than 2.00.

—Major GPA less than 2.00 in the first class year.

**GPA**—The numeric average achieved by cadets in graded courses. The semester GPA is determined by dividing all quality points earned during a semester/term by the semester hours attempted. The cumulative GPA is determined by dividing all quality points earned during all semesters/terms by the total of all the semester/term hours attempted. A maximum of 12 semester hours of repeat courses may be used to replace original "F" grades in the computation of the cumulative GPA. Quality points are earned per semester hour based on the following:

**Table A1.1.  GPA/Quality Points**

| Grade | Quality Points |
|-------|----------------|
| A     | 4.0            |
| A-    | 3.7            |
| B+    | 3.3            |
| B     | 3.0            |
| B-    | 2.7            |
| C+    | 2.3            |
| C     | 2.0            |
| C-    | 1.7            |
| D     | 1.0            |
| F     | 0.0            |

**Hard-look GPA**—A GPA considered being seriously deficient and warranting special consideration by the ARC. Hard-look GPAs may be either semester or cumulative, and vary by semester as follows:

Table A1.2. Hard-look GPA Standards

| Semester | Semester GPA Less Than | Cumulative GPA Less Than |
|----------|------------------------|--------------------------|
| 1 | 1.50 | 1.50 |
| 2 | 1.50 | 1.70 |
| 3 | 1.50 | 1.80 |
| 4 | 1.50 | 1.90 |
| 5 | 1.50 | 1.95 |
| 6 | 1.60 | 2.00 |
| 7 | 1.70 | 2.00 |
| 8 or later | 1.80 | 2.00 |

**Hard-look Review**—Any cadet whose academic record meets any one of the following criteria is considered to be seriously deficient in academics and is automatically placed on academic probation (First-class cadets are not automatically placed on academic probation. They are placed on academic probation at the discretion of the Dean.). The ARC at a record review will determine whether the cadet should be recommended for disenrollment to the Superintendent, or for any other appropriate action.

**Incomplete**—An interim grade of "I" signifies that course requirements have not been completed for the particular course.

**Multiple Failures**—More than one "F" grade in majors, core, and (or) elective courses.

**Multiple Probation**—Deficient in academics and aptitude, conduct, and/or athletic performance.

**Repeated Cum Deficiency**—Failure to achieve a 2.00 semester GPA in 3 sequential semesters.

**Repeat Failure**—Second failure ("F" grade) in the same course, whether core/core substitute, major, or elective course regardless of the number of semester hours. Regardless of the outcome of the ARC vote, the records of cadets in the repeat failure category will be presented to the Superintendent for final decision.

**Repeated Soft-look/Hard-look**—Two sequential semesters of either Soft-look or Hard-look semester and (or) cumulative GPA.

**Soft-look Review**—Any cadet whose academic record meets any of the following criteria is deficient in academics and automatically placed on academic probation. The ARC or the academic advisor as the ARC's representative will review the records of any such cadet. The ARC (not the academic advisor) will determine whether the cadet should be recommended for disenrollment to the Superintendent, or for any other appropriate action.

—**Soft-look GPA**-A semester or cumulative GPA less than 2.00 but greater than the Hard-look GPAs.

—**Single "F"**-An "F" grade in core, major, or elective course.

—**Controllable "I" Grade**-Willful failure to complete required course assignment.

**Uncontrollable I**—Given when course requirements have not been met due to incapacity, sickness, or emergency beyond the control of the cadet.

**Underloaded Third Class Cadets**—Academically deficient third class cadets who have not carried six

course units in either the third class fall or spring semesters.

**Weekend Academic Call to Quarters (WACQ)**—WACQs are weekend study periods of 60 minutes duration assigned to cadets (first class cadets exempt) to improve their academic performance. WACQs are assigned by the AOC with the assistance of the CADO for the remainder of the semester as follows: one automatic WACQ for being on academic probation plus one for each "C-", two for each "D," and three for each "F" grade. Additional WACQs may be assigned by the academic advisor, up to a maximum of 15 per weekend. Cadets may select the specific period on the weekend to serve their WACQs. Logging of WACQs in the squadron is the responsibility of the cadet. WACQs may be served at the same time as confinements, but in that case will be served in the cadet's room unless the cadet's AOC authorizes otherwise. Cadets in good standing may serve WACQs anywhere. Cadets on academic probation will serve according to the following limitations:

—Third and fourth class cadets will serve in their rooms or at the library.

—Second class cadets may serve at their sponsor's, academic advisor's, AOC's, or instructor's house as well as in their rooms or the library.

—Any cadets away on athletic trips may serve WACQs wherever they can as time allows.

**Athletic:**—

**Deficient in Athletics**—A cadet is deficient in athletics by failing the PFT, the AFT, or if the cadet's semester or cumulative PEA is below 2.0 grade in a physical education course, intramural activity.

**Athletic Probation**—The status of a cadet who is deficient in any physical education program as determined by the Athletic Director or the PERC. Athletic probation involves closer monitoring of the cadet's performance in physical education programs and directed remedial efforts.

**Eligibility Committees**—A group of officers and civilians who meet at least twice each semester to review the proficiency of intercollegiate cadet athletes. Every 34 TRW/AH sponsored intercollegiate athletic team is required to have an eligibility committee. 34 TRW/AH or its designee serves as the OPR for records of eligibility committee actions. See **Chapter 5**.

**Physical Education Review Committee (PERC)**—A standing committee of the Academy Board. The committee evaluates cadets deficient in the physical education program and makes recommendations to the Athletic Director and the Superintendent. 34 TRW/AHP or its designee serves as the OPR for records of PERC meetings and actions.

**General:**—

**Academic, Athletic, or Military Minus**—A determination by the appropriate Academy Board subcommittee that a cadet's performance in a particular area is marginal but not so inadequate as to warrant disenrollment. Another subcommittee may if it finds that the cadet's performance in a second area of performance is also marginal, but not so inadequate as to warrant disenrollment, recommend the cadet for disenrollment based upon marginal performance in two or more areas. Minus recommendations must be forwarded to the other standing committees of the Academy Board (ARC, PERC, and MRC) and considered under their deliberations.

**Deficient Cadet**—A cadet who fails to meet the required standards in conduct, integrity, training, athletic or academic proficiency, or aptitude for commissioned service.

**Disenrollment**—Termination of cadet status. Disenrollment does not in itself end other military

obligations (AFI36-2020).

**Honor Probation**—The status of a cadet who has violated the USAFA Honor Code by lying, stealing, cheating, or tolerating the same and, therefore, has caused his or her commissionability to be severely questioned, but who has been retained at the Academy by having the disenrollment recommendation suspended for six months. Honor probation allows a cadet an opportunity to learn and again prove him or herself and be reinstated into the Cadet Wing in good standing.

**Progress Reports**—Academic, athletic, and military grades and performance averages published each midsemester, end of semester, and end of third summer term.

**Turnback Status**—The status of cadets who have been assigned to the next succeeding class, due to administrative, medical, or academic reasons.

**Military:**—

**Aptitude for Commissioned Service**—The personality, capacity, and inclination (either natural or acquired) to adapt to military relationships, customs, and responsibilities traditional and necessary in the military service; and the strength of character and willingness to accept limits on freedom of individual action the traditional structure and legal status of military service impose upon its members.

**Aptitude Probation**—The status of a cadet whose pattern of performance and (or) consistent inability to meet Cadet Wing standards raises doubt concerning his or her aptitude for commissioned service as determined by the 34 TRW/CC, his or her designee, or the MRC. Failure to successfully complete this process will normally result in the convening of the MRC. The minimum period of Aptitude Probation is three months.

**Conduct**—A cadet's adherence to or departure from civilian laws, as well as Air Force and Academy directives and standards. The cadet disciplinary system identifies, corrects, and where appropriate, attempts to rehabilitate cadets whose conduct fails to meet standards.

**Conduct Probation**—The status of a cadet whose conduct raises doubt concerning his or her qualification to remain a cadet as determined by the 34 TRW/CC, his or her designee, or the MRC. This type of probation is conduct-specific and is normally tied to behavior documented on the AFCW Form 10, **Report of Conduct**. Failure to successfully complete the process will normally result in the convening of the MRC. The minimum period of conduct probation is three months.

**Deficient in Aptitude**—Cadets are deficient in aptitude when they have a BCT, cumulative, semester, or special (out-of-cycle, not included in Cumulative MPA) MPA of less than 2.00, or if they receive a deficient AOC rating. A deficient AOC rating is an AOC rating of 1.5 or lower.

**Deficient in Conduct**—Cadets are deficient in conduct if they:

—Accumulate 75 demerits or more in a six-month period.

—Receive Article 15 punishment or are convicted by a court-martial.

—Commit two or more Class C or above offenses, as defined in AFCW Instructions.

—Are found by a hearing officer or board under AFI36-2020 to have engaged in conduct authorizing disenrollment under that instruction.

**Discharge**—A complete severance from military status, active or otherwise (AFI36-2020).

**Military Performance Rating (MPA)**—The rating received by a cadet from an end of semester or

Summer Leadership Program military performance evaluations. The cumulative MPA is the average of previous semester and summer MPAs. Summer Leadership Program MPAs are a chain of command evaluation of military performance. Semester MPAs are awarded by the Squadron AOC, Group AOC, 34 TRG/CC or 34 TRW/AH after consideration of information from instructors, coaches, OIC, the primary rater, additional rater, Leadership Attribute Survey (LAS), and Professional Development Program (PDP) scores. All cadets will be evaluated by their direct supervisor and an additional rater with the AOC, Group AOC, or 34 TRG/CC determining the final MPA rating. The MPA is based on a 4.0 rating scale, with a 4.0 being the best and 0.0 being the worst. A 2.0 represents the minimum standard of acceptable performance. An MPA rating below 2.0 is a deficient evaluation and is subject to review as required by this or other USAFA directives.

**Military Review Committee (MRC)**—A standing committee of the Academy Board that makes recommendations for commissioned service on cadets deficient in conduct or aptitude. The MRC reviews the cases of cadets with a deficient MPA interviews selected cadets, recommends rehabilitative actions to the Commandant of Cadets, and with the approval of the Commandant of Cadets makes recommendations to the Superintendent concerning aptitude for commissioning. 34 TRG/PE or its designee serves as the OPR for records of MRC actions.

**Summer Training Review Committee (STRC)**—A standing committee of the Academy Board. At the end of each summer training period, the STRC will review fourth, third, second, and first class cadets deficient in the completion of pass or fail summer training programs. The committee will take final action on cadets deficient in summer training whose graduation date is not affected, or make recommendations to the Superintendent on cases where the graduation date could be delayed, or make recommendations to the Superintendent, with the approval of the Commandant of Cadets, for disenrollment. 34 TRG, its designee serves as the OPR for records of STRC meetings and actions.

**Attachment 2**

**PROCESSING CADETS DEFICIENT IN CONDUCT AND (OR) APTITUDE AND REPORTS OF COMPLETED ACTION**

**A2.1.** Listed are the required records and reports, which are to be initiated on each cadet who is deficient in conduct and (or) aptitude. Reports will be prepared and distributed as quickly as possible

**A2.2.** Sequence of actions:

**Table A2.1. Processing of Cadets Record for Conduct and Aptitude Probation**

| | ACTION | BY | FORM | DISTRIBUTION |
|---|---|---|---|---|
| **MRC Process** | | | | |
| | Cadets identified as deficient in conduct and/or aptitude with recommendation for probation and/ or review by MRC | AOC/MTL | USAFA 0-299 AOC Evaluation of Cadet | Group AOC, 34 TRG/PE And 34 TRG/CC IN TURN |
| A | Notification cadet has been placed on probation and (or) | TRW/CV, TRG/CC or GRP/CC | USAFA 0-299 Letter | Cadet, CPR-II (others as required) |
| B | Notification cadet has been recommended to meet a MRC | MRC – TRG/CC | USAFA 0-299 | Cadet, CPR-II (others as required) |
| | If applicable, notification cadet has successfully completed probationary period | TRW/CV, TRG/CC or GRP/CC | USAFA 0-299 Letter | Cadet, CPR-II (others as required) |
| | Notification cadet has been recommended by the MRC for disenrollment | TRG/PE | Letter | Cadet, CPR-II (others as required) |
| | Preparation of Final Executive Summary with disenrollment recommendation | TRG/PE | Memo for Record | TRW/CC |
| **Hearing Officer/Board Process** | | | | |
| | Request to USAFA/CC to Investigate | TRW | Letter | USAFA/CC |
| | Appoint Hearing Officer/Board | Staff Judge Advocate | Letter | Appoint Hearing Officer/Board |
| | Report of findings of fact | Hearing Officer/ Board of Officers | Report | TRW/CC |
| **Hearing Officer/Board and MRC Process (continued)** | | | | |
| | Refer to USAFA/CC for determination of qualifications to remain a candidate for graduation | USAFA/CC | Memo for Record or Final MRC package | JA |
| | Review of findings of factby USAFA/CC | USAFA/CC with Board (optional) | | |
| | USAFA/CC's decision | JA | Letter | SUPT, AH, AHP, PL, XP, DP, JA (2), LG, DFFSP (24), AC, HO (3) RG/CCEA (25) HCD (2), HQ USAF/DPPA |
| | If applicable, recommendation for disenrollment | USAFA/CC and JA | Letter, SSS, And Support Documents | SAFFPC |

USAFAI36-164   10 MAY 2004

**Attachment 3**

**PROCESSING CADETS DEFICIENT IN COMPLETION OF SUMMER TRAINING PROGRAMS**

**A3.1.** Listed are the required records and reports, which are to be initiated on each cadet who fails to satisfactorily complete a summer training program. Action will be accomplished and distributed as quickly as possible.

**A3.2.** Sequence of actions.

**Table A3.1.  Processing of Cadets Record for Deficiencies in Summer Training**

| | Processing of Cadets Record for Deficiencies in Summer Training | | |
|---|---|---|---|
| | ACTION | BY | FORM | DISTRIBUTION |
| 1 | Report IC, IU, F, WF and and WP grades on cadets deficient in summer training programs | Summer Program Managers | Certified Program Listing | 34TRS/DOS |
| 2 | Review cadets who are deficient in summer training programs | STRC | Minutes | STRC, DFRR |
| 3 | Decision of final disposition of cadets whose graduation date is not impacted | STRC | STRC | DFSC, individual cadet/AOC concerned, TRS/DOS |
| 4 | Award final grade for all cadets | STRC | Final Course | DFRR, 34TRS/DOS |
| 5 | Recommend final disposition of cadets whose graduation is impacted | STRC | Letter from Chairperson of STRC | Academy Board Committee |
| 6 | STRC recommendations as concerned w/ specific action | Supt | Letter | Individual cadet, JACD, Group AOC, BCT Group AOC, DFRR action office, 34 TRS/DOS |
| 7 | Supt's action | RR | Letter | 34 TRS/DOS, DFRR and office concerned with specific action. In summer, letter goes to Composite Group, AOC, BCT Group AOC, as appropriate. |
| *NOTE:*  At the discretion of the Committee Chairperson, cadets may be requested to personally appear before the STRC. | | | |

USAFAI36-164  10 MAY 2004                                                                41

## Attachment 4

## PROCESSING CADETS DEFICIENT IN APTITUDE FOR COMMISSIONED SERVICE AND REPORTS OF COMPLETED ACTION

**A4.1.** Listed are the required records and reports, which are to be initiated on each cadet who is deficient in aptitude for commissioned service. Reports will be prepared and distributed as quickly as possible.

**A4.2.** Sequence of actions:

**Table A4.1. Processing of Cadets Record for Deficient in Aptitude for Commissioned Service**

| Processing of Cadets Record for Deficient in Aptitude for Commissioned Service | | | |
|---|---|---|---|
| | ACTION | BY | FORM | DISTRIBUTION |
| 1 | Identify cadets deficient in aptitude through the MPA Rating System | MRC Recorder | Semester MPA List | Group and Squadron AOCs; MRC members |
| 2 | Identify cadets deficient in aptitude out-of-cycle (that is, not at end of each MPA period | Sq. AOC | Evaluation of Cadet | Group AOC |
| 3 | Approve placement of out-of cycle second, third, and fourth class cadets on aptitude probation. TRW approval is required for out-of-cycle placement of first class cadets | TRG | AOC Evaluation of cadet USAFA Form 0-299 | Group AOC, 34 TRG/PE, 34 TRG/CC, or 34 TRW/CC IN TURN |
| 4 | Notification that cadets have been placed on aptitude probation | TRG/ PE | Letter | Cadet, CPRII CPR-2, parent (subject to Privacy Act) |
| 5 | Place, continue, or remove cadets on or from aptitude probation, approve or disapprove MRC minutes, recommend disenrollment actions to Supt | MRC Chair person | Letter | SUPT, DF, JACD, RR, SG, members, ARC Sec"y, Eligibility Committees, each cadet |
| 6 | Prepare Aptitude Probation List | TRG/ PE | Letter | SUPT, DF, 34 TRW, RR, AH, SG, JACD, AFCW/CC, 557/CC (others, as required) |
| 7 | Recommendation for disenrollment | MRC | Letter and case file | RR (11 copies for use by the Academy Board |
| 8 | Review of findings | Supt | Individual | Cadet concerned, JACDQ. Info DFRR and offices concerned w/specific action. In summer, letter goes to composite Group AOC |
| 9 | RR Supt's action on deficient cadets | Letter | | SUPT, AH, AHP, PL, XP, DP, JACD(2), LG, DFSSP (24), AC, HO (3), 34 TRWEA (25), HCS(2) HQ USAF/DPPA |
| 10 | Disenroll | SUPT/JACD | Letter, SSS and support Documents | SAF/MIPC |

*NOTE:* **If the possibility exists that a first class cadet (spring semester) may not graduate with his or her class due to military deficiency, the Squadron AOC will notify the parents at the earliest opportunity.**