**EXHIBIT 9**

```
X-MimeOLE: Produced By Microsoft Exchange V6.5.7226.0
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----_=_NextPart_004_01C50322.5E8D0A00"
Subject: FOIA
Date: Tue, 25 Jan 2005 14:11:04 -0700
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: FOIA
Thread-Index: AcUDImEbq1HNrtY0ShqYcA/7Wvf0Aw==
From: "Berardi Christopher W C1C USAFA/CS28" <C05Chris.Berardi@USAFA.af.mil>
To: "Mcdanel Laurence L Civ 10 CS/SCSF" <Laurence.Mcdanel@USAFA.af.mil>
```

Mr. McDanel

Sir

I am writing to make a request under the Freedom of Information Act.

The requester is I, Christopher Berardi. I am currently a C1C at the United States Air Force Academy. I would like any information from this request sent to my home address which is:
1288 Telephone Road
Rush, NY 14543

You can reach me by contacting Squadron 28 and leaving a message. I will return your call as soon as I receive the message.

I agree to pay the cost of all processing fees. Please inform me if the cost will exceed $50.00.

My request is as follows:
In a FOIA reply from Brig Gen Weida, dated March 22, 2004, I received a copy of a Tracking Table that was imbedded into an e-mail written by Major John Durnford. The heading on this tracking table says, "C2C Christopher Berardi – (Con/Apt) TRACKING TABLE – 17 Jul – 5 Feb 03." In the second paragraph of this document, in the twelfth line, it states, "25 Feb 03, USAFA/JA has Form 10 for missed counseling". I am requesting from the TRW (or the originator of this document) and from the JA office that you send me a copy of the Form 10 that was received in the JA office by 25 Feb 03.

Thank you.

Respectfully,
C1C Christopher Berardi