**EXHIBIT 11**



# DEPARTMENT OF THE AIR FORCE
### WASHINGTON DC

Office of the Assistant Secretary

MAR 1 2 2004

AFBCMR
1535 Command Drive
EE Wing, 3rd Floor
Andrews AFB, MD 20762-7002

A1C Christopher Berardi, USAF
Suite #156
1130 Wright Brothers Ave
Seymour Johnson AFB, NC 27531

Dear Airman Berardi

    Reference your application for correction of military records, AFBCMR Docket# BC-2003-02807.

    This is to advise you that your application for correction of your military records has been temporarily closed until such time that you advise us in writing that your application is complete and you are ready to proceed. We note that since your initial application, dated 30 Jul 03, was submitted, there have been a total of 6 additional submissions of information, not including the response by your counsel on 17 Dec 03 to the Air Force advisory. Unfortunately, a piecemeal approach to the submission of evidence hampers our efforts to insure that all evidence you deem important is presented to the Board for their consideration. Additionally, normally, when an applicant is represented by counsel, all communication on a case is conducted through the appointed counsel.

    As soon as we are notified, in writing, that you are ready to proceed, your case will be processed in its turn as quickly as our personnel resources and other factors will permit. Because of a fluctuating workload and other variables, we cannot predict when the Correction Board will decide your case.

                                           Sincerely

                                           ROSE M. KIRKPATRICK
                                           Chief Examiner
                                           Air Force Board for Correction
                                           of Military Records

cc:

Charles R. Lucy

AFBCMR
1535 Command Drive EE Wing, 3rd Floor
Andrews AFB, MD 20762-7002

March 15, 2004

A1C Christopher Berardi
Suite #156
1130 Wright Brothers Ave
SJAFB NC 27531
**Docket # BC-2003-02807**

Dear Ms. Kirkpatrick,

Reference your letter dated March 12, 2004 advising me of the temporary closure of Docket # BC-2003-02807, I would like to notify the AFBCMR of my desire to proceed with the processing of my case. My application is complete and I will not submit any additional information unless requested to do so by the Board.

In making this request, I would like to apologize for burdening the Board with all of the additional documentation I have provided. However, I felt the need to substantiate claims that I made and rebut inaccuracies in the Air Force Academy's position. On more than one occasion after I had thoroughly addressed all issues and was content with the status of my case the Academy provided additional information that was either unreliable or exaggerated. Unfortunately, this information required further explanation and extended the processing of my case.

In addition, as I stated in my last letter to the Board, there is outstanding information that I have requested under the Freedom of Information Act that the Air Force has not provided. Since the Air Force has not followed their own regulations in answering some of these requests in a timely manner, I see no point in further delaying the Board's process since I do not know what, if any, information might be provided. Given this uncertainty, it would be best if the Board proceeds with the processing of my case.

Finally, while I realize that typically all correspondence in regard to my case would be conducted through my appointed counsel, my income is limited as an A1C and I can not afford to involve him in the administrative processing of my case. My counsel has been advising me, but I have been doing the writing and communicating. I apologize for any inconvenience that this may have caused the Board.

For all of the above reasons, I would like the Board to continue processing my case. In light of that request I will submit no additional information from now until the time a decision is made.

Thank you for your letter and your concern, but I feel it is time to move forward.

Very Respectfully,


Christopher Berardi, A1C, USAF