**EXHIBIT 12**

**Subject:**   FW:
**Date:**      4/21/2004 7:27:05 AM Eastern Standard Time
**From:**      christopher.berardi@seymourjohnson.af.mil
**To:**        lindacberardi@aol.com

**From:** Mcdanel Laurence L Civ 10 CS/SCSF [mailto:Laurence.Mcdanel@USAFA.af.mil]
**Sent:** Tuesday, April 20, 2004 6:17 PM
**To:** Berardi Christopher W A1C 4 CS/SCX
**Subject:** RE:

yep, i got it and it's been sent to the proper office. larry's on emergency leave right now so i'm fielding foias. if you have questions, just let me know.
lt wright


LAURENCE L. MCDANEL
Academy FOIA Office
10 CS/SCSF
COMM: 719-333-6231 DSN: 333-6231
laurence.mcdanel@usafa.af.mil

-----Original Message-----
**From:** Berardi Christopher W A1C 4 CS/SCX [mailto:christopher.berardi@seymourjohnson.af.mil]
**Sent:** Thursday, April 15, 2004 5:37 AM
**To:** Mcdanel Laurence L Civ 10 CS/SCSF
**Subject:**

Mr. McDanel,

I would like to confirm whether or not you received the letter that I sent you dated April 4, 2004, regarding my FOIA appeal. In the letter I received from you dated March 26, 2004, you requested that I notify you in regard to whether or not I wanted to withdraw all or part of my pending appeal. My letter to you of April 4, 2004, covers this request.

Very Respectfully,

CHRISTOPHER BERARDI, A1C, USAF
C4 Systems Project Manager
4 CS/SCXC
DSN 722-7305
Commercial (919)-722-7305