**EXHIBIT 14**

Very Respectfully

HENRI C. "KIT" LAMBERT, Major, USAF
Commander, 10th Security Forces Squadron
USAF Academy, CO 80840
DSN 333-2007 COMM 719-333-2007 Cell 719-338-5523 FAX 333-3677

*Missions:  Defend the Base*
*           Prepare to Deploy*

*One Team...One Fight...HUA!*

-----Original Message-----
**From:** King Robyn M LtCol 34TRG/CD
**Sent:** Tuesday, November 05, 2002 5:54 PM
**To:** Lambert Kit Maj 10SFS\CC
**Subject:** Corrected Police Reports

Kit,
Need your help........still awaiting some corrected police reports on cadets arrested at the Notre Dame game......no field sobriety tests were conducted on these cadets, which are crucial to us if we're trying to punish them for underage drinking and they're claiming they weren't drinking. I talked to your folks early last week but haven't seen anything. It would be the Cadets Trujillo, Berardi, etc. crowd from that night. Thanks.
rmk