**EXHIBIT 15**

| | |
|---|---|
| Subj: | **Supt's Review** |
| Date: | 5/31/2003 2:39:52 PM Eastern Daylight Time |
| From: | David.Zeh@usafa.af.mil |
| To: | LindaCBerardi@aol.com |
| CC: | Sandie.Miles@usafa.af.mil, IG_ALL@usafa.af.mil |
| Sent from the Internet | |

Chris,
I received word last night that Lt Gen Dallager reviewed the additional matters in your package being forwarded to the SECAF and has decided to uphold his original decision to recommend disenrollment to the SECAF.

I am TDY until Thursday, but wanted you to know the latest. I can tell you that he met with Col Moody and myself and then called me later to ask a few more questions. He stated that while there were some administrative errors and some areas that could have been handled differently, they did not distract from the fact that you failed probation.

I will be in the office on Thursday, 5 June if you care to discuss further. I am sorry I do not have different news for you.

Lt Col Zeh