**EXHIBIT 6**

Capt Holmquist: ~~DM~~

Col McAntee: _____ MC

Berardi's file has been redacted and all the information regarding his MRC, conduct probation, alcohol incidents, and disenrollment has been removed.

The blue pocket folder contains what was removed. We'll file his disenrollment away in the double secret file drawer.

Sandie

AB page #'s
going forward records
See Potter SF reports

MPA - how to calculate?
DF BLC
referrals
AH?

