**EXHIBIT 7**



**DEPARTMENT OF THE AIR FORCE**

HEADQUARTERS UNITED STATES AIR FORCE ACADEMY
USAF ACADEMY, COLORADO

09 OCT 2003

Colonel Wayne H. Kellenbence
Director of Staff
2304 Cadet Drive, Suite 342
USAF Academy CO 80840-5001

Mr. Christopher Berardi
1288 Telephone Road
Rush NY 14543

Dear Mr. Berardi

    This responds to your Freedom of Information Act request of 29 September 2003 for notes, memorandums, e-mails, correspondence, etc., generated from HQ USAFA/JA regarding your disenrollment case.

    You have previously been provided copies of all documents generated from the USAFA legal office regarding your disenrollment case.

    If you decide to appeal this decision, you should write to the Secretary of the Air Force within 60 days from the date of this letter. Include in your appeal your reasons for reconsideration, and attach a copy of this letter. Address any appeals as follows:

        Office of the Secretary of the Air Force
        Thru: 10 CS/SCSF
        4199 Academy Drive
        USAF Academy CO 80840-4200

                          Sincerely

                          WAYNE H. KELLENBENCE, Col, USAF

**Commitment To Excellence**