**EXHIBIT 8**



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS UNITED STATES AIR FORCE ACADEMY
USAF ACADEMY, COLORADO

22 March 2004

Brig Gen Johnny A. Weida
Commandant of Cadets
2354 Fairchild Drive Suite 5A10
USAF Academy CO 80840-6264

A1C Christopher W. Berardi
1288 Telephone Road
Rush, NY 14543

Dear Airman Berardi

    This is response to your Freedom of Information Act request of 27 February 2004. Attached are the records you request. You have already received copies of the complete Military Review Committee package with Executive Summary, disenrollment paperwork including documents submitted on your behalf, and all legal reviews provided to you by USAFA Judge Advocates Office.

                                                Sincerely

                                                JOHNNY A. WEIDA
                                                Brigadier General, USAF
                                                Commandant of Cadets

Attachment
Releasable Records

Commitment To Excellence