**EXHIBIT 10**



# DEPARTMENT OF THE AIR FORCE
HEADQUARTERS UNITED STATES AIR FORCE ACADEMY
USAF ACADEMY, COLORADO

FEB 15 2005

Laurence L. McDanel
FOIA/PA Office
4199 Academy Drive
USAF Academy CO 80840-4200

C1C Christopher Berardi
1288 Telephone Road
Rush, NY 14543

Dear C1C Berardi

    This is in response to your Freedom of Information Act request of January 25, 2005, concerning a copy of a Form 10 for missed counseling.

    Attached is a copy of a Form 10 dated 18 Feb 03 which indicates it is for failure to complete monthly counseling in January. I believe this is the Form 10 referred to in the email referenced in your 25 Jan 05 FOIA request. I retrieved it from the FOIA office case file relating to your 27 February 2004 FOIA request. It was page 13 of the 36 pages sent to you on 22 March 2004.

Sincerely,

LAURENCE L. MCDANEL

Attachment:
Form 10 dtd 18 Feb 03

Commitment To Excellence

# REPORT OF CONDUCT

**DATE:** 18 Feb 03

**CADET NAME (Last, First, MI):** BERARDI, CHRISTOPHER W.
**CLASS YEAR:** 2004
**SQUADRON:** 18

**CONDUCT NARRATIVE** (Include all pertinent facts - date(s), time(s), other cadet(s) involved, etc.)

Cadet Berardi did not complete required monthly counseling in January for being on Conduct Probation.

Recommend Class A: Failure to perform duty, 10D/10T/Y

**REPORTING OFFICIAL (RO) (Typed or Printed):** William C. Pleasants
**GRADE:** Maj
**ORGANIZATION:** AOC
**DUTY PHONE:** 4768
**USAFA FORM 30 ATTACHED:**

## INITIAL PROCESSING

| "LOG-IN" DATE | INITIAL COMPUTER CODE | CLASS (A, B, C, D) | SQUADRON AOC INITIALS | SQUADRON OPS OFFICER INITIALS | SQUADRON OPS NCO INITIALS |
|---|---|---|---|---|---|
| 18 Feb 03 | 200 | A | WP | | DDH |

**DATE CADET RECEIVED AFCW FORM 10:** 19 Feb 03

### CHAIN-OF-COMMAND RECOMMENDATIONS
(Place your recommendation(s) and initials in the appropriate box below)

| CADET OPTIONS | ELEMENT LEADER | FLIGHT/CC | COMMANDER (SQ/GP/Wing) | SQUADRON AOC |
|---|---|---|---|---|
| NO EXCUSE | Non-concur 0/010 | Do Not concur w/ Form-10 0/0/0 | Nonconcur w/ Flt/CC 10D/10T | |
| HELP REPORT | | | | |

| USAFA FORM 30 ATTACHED | GROUP AOC | 34TRG/CC | MRC | 34TRW/CC |
|---|---|---|---|---|
| CWB | | | | |

**CADET'S INITIALS:** CWB

## FINAL PROCESSING

### AWARD

| COUNSELING | DEMERIT(S) | TOUR(S) | CONFINEMENT(S) | RESTRICTION(S) | IMPOUNDMENT | OTHER |
|---|---|---|---|---|---|---|
| | 10 | 10 | 0 | | | |

**AWARDING OFFICIAL'S SIGNATURE / DATE:** 2 Mar 03
**ORGANIZATION / CADET'S SIGNATURE / DATE:** 03/02/03

| FINAL COMPUTER CODE | SQUADRON OPS NCO INITIALS | SQUADRON OPS OFFICER INITIALS | SQUADRON AOC INITIALS | DATE COPIES DISTRIBUTED |
|---|---|---|---|---|
| 200 | DDH | AGC | WP | 11 Mar 03 |

AFCW FORM 10, NOV 95 (EF) (PerFORM PRO)   PREVIOUS EDITIONS ARE OBSOLETE
DISTRIBUTION: ORIG - SQ OPS FILES
COPY - CADET
COPY - REPORTING OFFICIAL

Page 13 of 36 pages