**EXHIBIT 13**



**DEPARTMENT OF THE AIR FORCE**

HEADQURTERS UNITED STATES AIR FORCE ACADEMY
USAF ACADEMY COLORADO

20 Sep 2005

USAFA/IG
329 Cadet Drive, Ste 329
USAFA Colorado Springs, CO 80840

Cadet Christopher Berardi
1288 Telephone Road
Rush, NY, 14543

Dear Cadet Berardi,

    This is in response to your Freedom Of Information Act (FOIA) request (your email dated 27 Jun 05, 2008 hrs). As a point of clarification the documents in my possession that relate to you from the United States Air Force Academy Policy and Evaluation Office were in disarray. I cannot attest to the completeness of this file. In my FOIA response to you dated 13 Jun 2005, I provided you any and all information from the Policy & Evaluation file which related to alcohol incidents.

THOMAS PHILIPKOSKY, Col, USAF
Inspector General, USAFA

This is a privileged document.
It will not be released (in whole or in part), reproduced, or given additional dissemination (in whole or in part) outside of Inspector General channels without prior approval of The Inspector General (SAF/IG) or designee.
FOR OFFICIAL USE ONLY

(150)