UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER W. BERARDI, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE AIR FORCE, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05cv02269 JR |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S STATEMENT OF
MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and LCvR 7(h), Plaintiff submits the following genuine issues of disputed fact corresponding to the numbered paragraphs in Defendant's Statement of Material Facts Not In Genuine Dispute (Doc. #13):

1. Defendant Air Force did not provide Plaintiff with all requested documents on February 19, 2006. *See* Plaintiff's Brief Opposing Defendant's Motions to Dismiss and for Summary Judgment ("Plaintiff's Brief") at Exhibit 1.

2. Air Force personnel conducted an incomplete search of agency files for records requested by Plaintiff. *See* Plaintiff's Brief at Exhibit 1.

3. The Air Force did not identify the documents from which it withheld the social security numbers and birthdays of third parties. *See* Pellett Declaration (Doc #13).

4.      The Air Force did not use best efforts to locate records responsive to Plaintiff's requests, and did not identify the records produced to specific requests and appeals submitted by Plaintiff.  *See* Plaintiff's Brief at Exhibit 1, and Defendant's Declarations by Pellett, Philipkosky, Kellenbence and Maraian (Doc # 13).

5.      The Air Force Board for Correction of Military Records found, according to its statutory responsibilities, that "Sufficient relevant evidence has been presented to demonstrate the existence of error or injustice." in Plaintiff's case.  *See* Plaintiff's Brief at Exhibit 5, page 10.

6.      See response to paragraph 5 above.

7.      No dispute as to subparagraphs a., b., and c.  See response to paragraph 5 above with respect to remainder of paragraph.

8.      No dispute.

9.      No dispute.

Respectfully submitted this 5th day of April, 2006.

                        HOLLAND & HART LLP


                        By:     /s/
                            William G. Myers III, for the firm
                            D.C. Bar #408573

                            HOLLAND & HART LLP
                            Suite 1400, U. S. Bank Plaza
                            101 South Capitol Boulevard
                            Post Office Box 2527
                            Boise, Idaho  83701
                            Telephone: (208) 342-5000
                            Facsimile:  (208) 343-8869
                            E-mail:  wmyers@hollandhart.com

                            Attorneys for Plaintiff Christopher Berardi

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

>Karen L. Melnik
>Assistant United States Attorney
>555 4th Street, N.,W., Room E-4112
>Washington, DC  20530
>karen.melnik@usdoj.gov

>         /s/ William G. Myers III
>         for Holland & Hart LLP

3538721_1.DOC