UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER W. BERARDI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05cv02269 JR |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF LINDA BERARDI

Pursuant to 28 U.S.C. § 1746, I, Linda Berardi, hereby declare under penalty of perjury that the following is true and correct.

1. I am the mother of Second Lieutenant Christopher W. Berardi, the Plaintiff herein. I am personally familiar with and have reviewed all the documents related to my son's FOIA and Privacy Act claims. I prepared Exhibit 1 that is attached to Plaintiff's Brief Opposing Defendant's Motions to Dismiss and For Summary Judgment and Supporting Plaintiff's Cross Motion for Summary Judgment. This Exhibit and its attachments accurately portray the FOIA requests and appeals that form the basis of my son's complaint.

2. I am also familiar with the facts and circumstances surrounding the inaccurate contents of my son's disenrollment file. In fact, I wrote a letter to the Superintendent of the Air Force Academy on March 18, 2003 (Attachment 1) and another letter to the Secretary of the Air Force on May 9, 2003 (Attachment 2), and an e-mail to the Air Force Board for the Correction of Military Records (Attachment 3) concerning these

1

errors.  In each case, the mistakes remained uncorrected, including serious misrepresentations in a police report concerning my son.

      3.  In April 2004, I became aware of an additional police report that had not previously been disclosed to my son.  I had several conversations with the Air Force Academy Inspector General, Lieutenant Colonel Zeh, and he told me that he had previously been told that an additional report did not exist.  He also told me that the Air Force Academy told the Air Force Board for the Correction of Military Records that there were no additional reports.  Lieutenant Colonel Zeh located the missing report and sent it to the Air Force Board for the Correction of Military Records (Attachment 4).  I was also told that the missing report had a significant impact on the Board's decision to restore my son to the Air Force Academy as a cadet in good standing.

    Executed this 5th day of April, 2006.

                                                  /s/
                                             Linda Berardi

3533874_1.DOC