# ATTACHMENT 4

-----Original Message-----
**From:** Zeh David E LtCol USAFA/IG [mailto:David.Zeh@USAFA.af.mil]
**Sent:** Friday, April 16, 2004 1:04 PM
**To:** Berardi Christopher W A1C 4 CS/SCX
**Subject:** RE:

Chris
I got a copy of the SF report...only one, but I need to compare it with the original one because it seems to read different..in your favor as it does not list you as defiant etc. More as soon as I have a chance to review.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."


**Subject:**   **RE:**
**Date:**      4/16/2004 3:08:11 PM Eastern Standard Time
**From:**      christopher.berardi@seymourjohnson.af.mil
**To:**        David.Zeh@USAFA.af.mil

Lt. Col. Zeh

Thank you for checking, could you please scan a copy of the new document and send a copy to Mr. Lucy, my parents, and myself? I have included their email addresses below. As always I greatly appreciate all your help.

lindacberardi@aol.com
clucy@hollandhart.com

Very Respectfully,

CHRISTOPHER BERARDI, A1C, USAF
C4 Systems Project Manager
4 CS/SCXC
DSN 722-7305
Commercial (919)-722-7305


-----Original Message-----
**From:** LindaCBerardi@aol.com [mailto:LindaCBerardi@aol.com]
**Sent:** Tuesday, April 20, 2004 9:01 PM
**To:** david.zeh@usafa.af.mil
**Subject:** Second Police Report

Lt Col Zeh,

Have you notified the General Counsel and the BCMR of the second police report?

Linda Berardi

2

**Subject:** **RE: Second Police Report**
**Date:** 4/21/2004 6:48:02 PM Eastern Standard Time
**From:** David.Zeh@USAFA.af.mil
**To:** LindaCBerardi@aol.com
**CC:** christopher.berardi@seymourjohnson.af.mil

Ma'am,
No, not yet. I am trying to figure out their sequence of events and what happened to the first one...and who got what.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."


**Subject:** **FOIA**
**Date:** 4/27/2004 7:43:26 AM Eastern Standard Time
**From:** christopher.berardi@seymourjohnson.af.mil
**To:** Laurence.Mcdanel@USAFA.af.mil

Mr. McDanel

Sir

I am writing to make a request under the Freedom of Information Act.

The requester is I, Christopher Berardi. I am currently stationed at Seymour Johnson AFB. I would like any information from this request sent to my home address which is:
1288 Telephone Road
Rush, NY 14543

I can be reached at 919-722-7305.

I agree to pay the cost of all processing fees. Please inform me if the cost will exceed $50.00.

I am requesting any and all information from the 10th SFS-SFA that applies to me. I am especially interested in receiving all documentation from the office that pertains to the Notre Dame incident of October 19, 2002, to include copies of all police reports generated.

Very Respectfully,

CHRISTOPHER BERARDI, A1C, USAF
C4 Systems Project Manager
4 CS/SCXC
DSN 722-7305
Commercial (919)-722-7305

| | |
|---|---|
| Subject: | **RE: Second Police Report** |
| Date: | 4/28/2004 3:08:13 PM Eastern Standard Time |
| From: | David.Zeh@USAFA.af.mil |
| To: | LindaCBerardi@aol.com |

I talked to them today and will be faxing them information.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*

| | |
|---|---|
| Subject: | Report |
| Date: | 5/4/2004 2:06:52 PM Eastern Standard Time |
| From: | Mike.Meyer@USAFA.af.mil |
| To: | LindaCBerardi@aol.com |

Ms. Berardi,

I contacted our FOIA office directly and they informed me that Chris has FOIA'd USAFA and the 10th Security Forces for the requested information.  The package to be sent to Chris is currently being reviewed by our Legal team.  Lt Col Zeh is continuing to work with the Personnel Counsel and USAFA even though he is TDY in VA this week.  As of today, he is still awaiting information from security forces and relays that the Corrections Board is aware of that.

V/R,
Michael C. Meyer, Maj, USAF
USAFA Deputy Inspector General
(719) 333-3490   DSN 333-3490/4452
email: mike.meyer@usafa.af.mil

| | |
|---|---|
| Subject: | SF Report |
| Date: | 5/14/2004 10:10:56 AM Eastern Standard Time |
| From: | David.Zeh@USAFA.af.mil |
| To: | christopher.berardi@seymourjohnson.af.mil |

Chris
I promised your mother an update today on the status of your FOIA request for the copy of the Security Forces report. The legal office did review this latest FOIA request for your new "updated" SF report copy and is recommending release to you. It seems that the recent "non-release" response from Col Kellenbence was based on your request for reports involving other people. I am following up on who has the FOIA package today so we can get it signed out to you ASAP. I will keep you updated as well the BCMR office.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*

4

**Subject:** **RE: SF Report**
**Date:** 5/14/2004 5:54:27 PM Eastern Standard Time
**From:** David.Zeh@USAFA.af.mil
**To:** christopher.berardi@seymourjohnson.af.mil
**CC:** lindacberardi@aol.com, David.Zeh@USAFA.af

Chris,
I just spoke with your mother and I wanted to relay the same information. I did confirm that the TRG received the updated copy of the SF Report on 6 Nov 03. I have notified Mr Weller at the BCMR office to that info. I am contineing to pursue who in the TRG or TRW had access to this new report and why it was not made available to the Supt ( & others) as part of your disenrollment package. I will continue to update you.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*


**Subject:** **Status of FOIA**
**Date:** 5/21/2004 9:52:27 AM Eastern Standard Time
**From:** Mike.Meyer@USAFA.af.mil
**To:** LindaCBerardi@aol.com
**CC:** Wendy.Everson@USAFA.af.mil

Mrs. Berardi,
MSgt Everson informed me she contacted our FOIA office and the requested document was sent out on Wednesday, 19 May. You/Chris should be receiving it soon.

V/R,
Michael C. Meyer, Maj, USAF
USAFA Deputy Inspector General
(719) 333-3490   DSN 333-3490/4452
email: mike.meyer@usafa.af.mil