UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER W. BERARDI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05cv02269 JR |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF ANTHONY BERARDI

Pursuant to 28 U.S.C. § 1746, I, Anthony Berardi, hereby declare under penalty of perjury that the following is true and correct.

1. I am the father of Second Lieutenant Christopher W. Berardi, the Plaintiff herein, and am familiar with the facts and circumstances of his case. On March 18, 2003 I spoke to Lieutenant Colonel John Hammes, who was in my son's direct chain of command and had recommended his disenrollment as a member of one of the Academy committees that considered his case. At that time, I was told by Lieutenant Colonel Hammes that the Academy Superintendent had decided to disenroll my son and that there was no appeal from that decision. In fact, I subsequently discovered that Air Force regulations provided for a direct appeal to the Secretary of the Air Force, who was the disenrollment review authority in Christopher's case.

2. When I spoke to Lieutenant Colonel Hammes he implied that there was nothing that I could do about the situation. I subsequently received a copy of an e-mail, pursuant to a FOIA request submitted by my son, from Lieutenant Colonel Hammes to

2

Lieutenant Colonel King regarding our phone conversation on March 18, 2003 (Attachment 1).  That e-mail confirms the misinformation that he gave to me that day to the effect that, "…there wasn't an appeal process to the Supt's [disenrollment] decision."  The e-mail also repeated one of the serious errors in the police report regarding Christopher that, "…the kid was drunk."  The e-mail stated that my concerns were not valid.

      Executed this 5th day of April, 2006.

                                /s/
                           Anthony Berardi

3537574_1.DOC