**ATTACHMENT 1**

## Sandgren Marie J Civ 34 TRG/CWD2

**From:** King Robyn M LtCol 34TRG/CD
**Sent:** Wednesday, March 19, 2003 5:50 PM
**To:** Hammes James J LtCol 34TRG\CG02
**Cc:** Keeports Timothy L Maj 34TRG/CCE; Rose Scott A LtCol 34 TRG/CG2D
**Subject:** RE: C2C Chris Berardi

A-MEN!

> -----Original Message-----
> **From:** Hammes James J LtCol 34TRG\CG02
> **Sent:** Tuesday, March 18, 2003 4:45 PM
> **To:** King Robyn M LtCol 34TRG/CD
> **Cc:** Keeports Timothy L Maj 34TRG/CCE; Hammes James J LtCol 34TRG\CG02; Rose Scott A LtCol 34 TRG/CG2D
> **Subject:** FW: C2C Chris Berardi
>
> Lt Col King,
>   FYI - I also talked to Mr Tony Berardi today about his concerns. Told him that there wasn't an appeal process to the Supt's decision. I don't believe that any of these concerns are valid. Don't know what the inappropriate conversation with Col Slavec was, I stated that the kid was drunk. I asked Maj Peasant's to have the cadet chain of command to keep an eye on him. Of course, I would expect an IG complaint. Never a dull moment.
> JJH
>
> -----Original Message-----
> **From:** Pleasants William C Maj 34 TRG/CS 18
> **Sent:** Tuesday, March 18, 2003 3:25 PM
> **To:** Gates Ryan MSgt 34 TRG/CG-2; Gullickson Dee SSgt 34 TRG/CS18; Hammes James J LtCol 34TRG\CG02; Rose Scott A LtCol 34 TRG/CG2D; Sandgren Marie Civ 34 TRG/CWD2
> **Cc:** Jensen William Maj 34 TRW/CCE
> **Subject:** C2C Chris Berardi
>
> Sir,
>   I spoke with Mrs. Berardi this afternoon and she conveyed some concerns to me that I think we'll have to answer in the future. I don't think they have any merit but I wanted to make sure you had a heads up.
>
> Basically the Berardi's are concerned that the proper procedures were followed. Specifically they had issues with the following:
> -40 demerits for loss of ID card when other cadets got less
> -Form 10 from me for missing counseling
> -Alcohol being an issue in the December incident when he was of age
> -Journal entries about Lt Col Rose and his rebuttal at the Softlook MRC
> -Inappropriate conversation with Col Slavec at the football game
>
> They have been in contact with a Lt Garvin in the Superintendent's office who is taking their questions. Chris has spoken to his parents and he has his cell phone to call them. He declined calling them from my office or SSgt Gullickson's. He went to see his sponsor, Lt Col Sartori at the hospital and see his academic advisor this afternoon. I've notified Cadet High of the Superintendent's decision and to keep an eye on Chris until he departs.
>
> Please let me know if you have any questions.
>
> **Maj Clarke Pleasants**
> AOC/CS-18 "Nightriders"

Page _____ of _____ pages