UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER W. BERARDI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05cv02269 JR |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF CHRISTOPHER W. BERARDI

Pursuant to 28 U.S.C. § 1746, I, Christopher W. Berardi, hereby declare under penalty of perjury that the following is true and correct.

1.  I am Second Lieutenant Christopher W. Berardi, the Plaintiff herein, and am familiar with the facts and circumstances of my case. I am specifically familiar with and have reviewed all of the documents related to my FOIA and Privacy Act claims and reviewed Exhibit 1 that is attached to my Brief Opposing Defendant's Motions to Dismiss and For Summary Judgment. This Exhibit and its attachments accurately portray the FOIA requests and appeals that form the basis of my complaint. In each case that I submitted a FOIA appeal, the Air Force delayed its response beyond the time frame allowed. I most recently submitted a FOIA appeal on February 13, 2006. That appeal was not answered by the discretionary release of information by the Air Force on February 19, 2006. As of the date of this declaration, I have not received a reply to my appeal, and it is late.

1

2.  When I was notified about my proposed disenrollment by the Air Force Academy I was provided with an information file to be considered by the Academy's Military Review Committee ("MRC") that considered my case.  This Committee was convened to make recommendations to the Superintendent of the Air Force Academy about my retention or disenrollment, and forwarded the information file to him with its recommendations.  The MRC file was then forwarded to the Secretary of the Air Force when the Superintendent recommended my disenrollment.  This MRC file was the official record of my case and was relied upon by all decision-makers in my chain of command.

3.  When I first received the disenrollment package on January 3, 2004, I noticed numerous discrepancies and errors that required correction.  I brought these errors to the attention of my immediate commander on January 6, 2004, and asked that they be corrected (Attachment 1) but was told by my commanding officer that, "There is no way to change anything that is currently in your package;…" (Attachment 2).  On March 21, 2003, I also sent a letter to the Air Force Academy Superintendent outlining the problems with my case and the errors in my file (Attachment 3).  Finally, on April 5, 2003, I furnished a comprehensive list of errors to the Air Force Academy Inspector General (Attachment 4), which he subsequently provided to the Superintendent (Attachment 5).

4.  Subsequent to my disenrollment, my attorney received a copy of my disenrollment package from the Academy legal office and forwarded a copy to me.  I immediately noticed that there were 60 additional pages in the package that I had not previously seen and that there were additional errors in these pages.  I notified my

attorney of these errors and he provided notice to both the Superintendent and the Secretary of the Air Force of these and all previous mistakes (Attachments 6 and 7).

    5. The errors in my disenrollment file were material and repetitive. For example, the staff summary sheets that were sent to the Superintendent about my case continued to advise him that I was on athletic, conduct and aptitude probation (Attachments 8, 9 and 10), even though my Air Force Academy record clearly indicated that I had never been on athletic probation (Attachment 11). In addition, the Air Force Academy never updated my disenrollment file with a corrected police report that was favorable to my case (Attachment 12), even though they had possession of the corrected report well before my disenrollment (Attachment 13), and knew the importance and materiality of getting the right information into the file (Attachments 14 and 15). To my knowledge, no one ever corrected these mistakes in the disenrollment file or notified me that they had done so.

    6. As a result of the Air Force Academy's failure to produce timely responses to my FOIA requests and appeals, as well as the inaccurate information that was allowed to remain in my disenrollment file, I was disenrolled from the Air Force Academy and required to serve a year of active duty as an Airman First Class in the United States Air Force, until my reinstatement as a cadet at the Air Force Academy on August 4, 2004. As a result of these actions, I have been damaged in the amount of $37,320.94 in lost pay because I was not allowed to graduate on time with my class. I have also suffered $1325.61 in unreimbursed travel expenses that were not paid when I was transferred back to the Air Force academy as a result of the actions of the Air Force Board for the Correction of Military Records.

4

Executed this 5th day of April, 2006.

                        /s/
                Christopher W. Berardi

3533872_1.DOC