# ATTACHMENT 1

## Berardi Christopher C2C CS18

**From:** Berardi Christopher C2C CS18
**Sent:** Monday, January 06, 2003 6:23 PM
**To:** Pleasants William C Maj 34 TRG/CS 18
**Subject:** Berardi CPR II Stuff

Major Pleasants

Sir

Upon review of my CPR II I have found the following discrepancies:

1. Recent merits never recorded on form 37 (page 27)
2. Even though there is an attachment correcting the police report, many references are still made to my belligerent state at the game (pages 44, 72), references which will only serve to harm the MRC's opinion of myself. Page 72 also states that I was acting belligerent to people in surrounding area this also holds not truth and is also harmful to my cause.
3. Average LAS score is referred to as 22.4 many times (pages 116, 74) when my average score is in fact 20.8.
4. On pages 115 & 116 my LAS comments are referred to as being negative and implicating Lacrosse as a distraction from my duties. The record should state that if all the comments that were reasonable, were tallied, that my positive comments outranked my negative 6-5, also the mention of Lacrosse was purely speculative and brings with it no actual weight.
5. No emphasis anywhere on numerous positive comments outlined on forms 0-299 and 101 (pages 83, 88, 90, 91)
6. Pages 74, 115, 116 all refer to me missing an M-5, which was zeroed out due to a legitimate absence.
7. The brief incident description of page 115 does not match that which I attested to in my MFR explaining the events of that night.
8. Penciled in comments on page 78 are incorrect my number of career demerits at the time was 166, also the comment that was underlined was in reference to the comment made by Capt Harris (former AOC) on page 83.
9. On page 98 only one comment was commented on as being unfounded where both were found to be so. There is also a missing MFR from Capt Harris detailing his investigation into this incident and his findings.
10. The email on page 113 refers to speculative insubordination which was not true, I would ask that this email be removed because of the negative connotation that speculation carries.

I would like to know the easiest was to go about getting them reviewed and rectified if deemed necessary. Thank you for your time and consideration.

Very Respectfully
C2C Berardi

1/7/2003