**ATTACHMENT 2**

*CALL ME IF YOU HAVE QUESTIONS. MAJ PLEASANTS*
*651-1856*

Major Pleasants
Sir
Upon review of my CFR-II I have found the following discrepancies:
1. Recent merits never recorded on form 37 (page 27)
   have not received pos. Form 10

2. Even though there is an attachment correcting the police report, many references are still made to my belligerent state at the game (pages 44, 72); references which will only serve to harm the MRC's opinion of myself. Page 72 also states that I was acting belligerent to people in surrounding area this also holds not truth and is also harmful to my cause.
   pg.32 - MFR stating police report is incorrect & that behavior was "very cooperative"

3. Average LAS score is referred to as 22.4 many times (pages 116, 74) when my average score is in fact 20.8.
   pg.74 - "22.4 avg for 1st two years" (should indeed be 20.8) pg.115 & 116 have been reversed. 115 is the most current and does show avg as 20.8, 116 should as well

4. On pages 115 & 116 my LAS comments are referred to as being negative and implicating Lacrosse as a distraction from my duties. The record should state that if all the comments that were reasonable, were tallied, that my positive comments outranked my negative 6-5, also the mention of Lacrosse was purely speculative and brings with it no actual weight.
   pg.115 - Agreed- Lacrosse comment came from outside sources (conversations w/coach and father).
   pg.116 - does state that most comments are neg; however, it also states "that there is no consistent pattern as a few others praise him" the # of pos vs. neg comments equals 6-6

5. No emphasis anywhere on numerous positive comments outlined on forms 0-299 and 101 (pages 83, 88, 90, 91)
   pg.27 - CADET CONDUCT SUMMARY 5 merits / 291 demerits ; where is the justification for placing any emphasis on positive comments based on your actions? pg.83 - Capt Harris thought enough of you to recommend no probation because he felt that you had learned from your mistakes and had great potential. What have you done to prove him right?

6. Pages 74, 115, 116 all refer to me missing an M-5, which was zeroed out due to a legitimate absence.
   pg.74 - "late/missing classes/mandatory formations" -a class holds the same weight as a formation and being late to or missing either results in the same class hit. pg115 & 116 - "missing class/mandatory formation/late x5" = again class and formations are equal and if you review the Form37 you will see that you did indeed miss class 5 times, plus you were late to CST.

7. The brief incident description of page 115 does not match that which I attested to in my MFR explaining the events of that night.
   How? First of all, It is a BRIEF description- you were charged with underage drinking and being under the influence of alcohol while on duty at the football game. You admit to having consumed alcohol in your MFR! If you dispute that you were under the influence, any consumption regardless of the amount results in being under its influence.

8. Penciled in comments on page 78 are incorrect my number of career demerits at the time was 166, also the comment that was underlined was in reference to the comment made by Capt Harris (former AOC) on page 83.
   You are correct- you only had 166 career demerits at the time of this SCRUB. Although Capt. Harris and your chain of command may have viewed it as a "minor event", others (anyone reviewing your package) may not see it as such. The fact is you broke the rules and this is what put you on probation.

9. On page 98 only one comment was commented on as being unfounded where both were found to be so. There is also a missing MFR from Capt Harris detailing his investigation into this incident and his findings. wrong - look under the word "poor" in the hand written statement and you will notice "...this signifies that the statement is being repeated for the next comment on the LAS, there was not enough room to re-write it and it was unnecessary since both comments were referring to the same AFOMI's.

10. The email on page 113 refers to speculative insubordination which was not true, I would ask that this email be removed because of the negative connotation that speculation carries. although there is no proof that you purposely ignored Maj Rose, he does state that when he got your attention you "immediately ran" to see him. This is not the main point of the email. The fact is you were not wearing your uniform properly and that you were escorting civilians down an unauthorized area. Although you have no control over fellow cadets and there is no proof that you did not do as he asked, the incident is not hearsay- it is an event that directly involved the Deputy Group Commander of 2nd Group and therefore cannot be removed from your package.

I would like to know the easiest was to go about getting them reviewed and rectified if deemed necessary. Thank you for your time and consideration.
There is no way to change anything that is currently in your package; however, we will address them if need be during Thursday's meeting

Very Respectfully
C2C Berardi