# ATTACHMENT 3



**DEPARTMENT OF THE AIR FORCE**
Headquarters 34th Training Wing
USAF ACADEMY COLORADO

21 Mar 03

MEMORANDUM FOR RECORD

TO:     LT GEN DALLAGER

FROM:   C2C CHRISTOPHER W. BERARDI

SUBJECT: Responsibility in Reporting Incidents

In a conversation that my mother had with Lt. Col. Garvin, there may be a question in regard to my responsibility in reporting any of the outlined incidents of the 18 Mar 03 FAX that you received from them. I have a copy of the FAX and would like to share with you the process I used for reporting these matters in the same checklist format. I have asked my father to FAX this for me so that it arrives in the same manner as the rest of the information.

1. I reported my concern for the number of demerits I received for the lost ID to my AOC, Major Pleasants. As reported in the memo from my parents, Major Pleasants final words on this matter were, "I have good news and bad news ... the bad news is that I cannot find any reg that states you should have received such a large hit... the good news is that it won't happen to anyone else." I followed up on this matter by sending a Memorandum For Record on 26 Feb 03. I never received any feedback from this memo. A copy of this memorandum was attached to what my parents sent.
2. There was really nothing to report in regard to this incident. I did what I did because I thought it was the correct thing to do. I was told that I should have abandoned the cadet in Denver when he ignored my verbal discouragement to drink. I still to believe that I acted responsibly by not leaving the cadet in his condition. I can remember a bronze star that my grandfather showed me that was awarded to my uncle. He received this bronze star for coming to the aid of another soldier in the field – he did not receive it for abandoning him.
3. No further reporting than I did in # 1.
4. I followed the format for these journals. I did email Major Pleasants regarding a couple of journal entries. In a follow up conversation, he approved what I had written and appreciated my honesty and openness. These same journal entries would come back to haunt me at my Soft Look MRC.
5. During a meeting the night of the Notre Dame incident, Col. Slavec, while addressing me, said that I would, "be gone in ten days" and that I was, "disgusting". My chain of command: C1C Rob Whiteside (SQ/CC), C1C Phillip Sheridan (Flt/CC), C1C Randall Gibbs (Elmt Leader), and Major Pleasants were present when I was addressed. This was clearly a situation regarding Col Slavec's use of inappropriate Command Influence. I did not immediately report this because I did not want it to appear that I was trying to soften the severity of what I had done. Would it not have been the responsibility of all those that were present to report this? There is a reference made that was noted on record at my SCRB with a quote saying, "Col. Slavec is just going to kick him out. Why don't we vote to disenroll?" This being documented proof that Col Slavec's inappropriate use of Command Influence had swayed the decision making process. I did write a Memorandum For Record on 28 Feb 03, but when I took it to Colonel Mueh, Colonel Baker, and Capt Maue to seek guidance, it was suggested that I not send it because it

more or less sounded like "whining". I have attached a copy of the memorandum that I wrote, but was advised not to send.
6. No reporting.
7. The situation of my approved journal being addressed at my Soft Look MRC was something that I feel was entirely inappropriate. The tone and length of time that I received reprimand for this certainly started my MRC on a negative and biased note. A journal is referenced in Webster's as being a brief account of daily events or a diary. A diary is described as being a **personal** reference of experience and thoughts. I understood the format of my journal was to include my thoughts in regard to the actions that put me on probation. Never having to do a journal of this nature and being honest is what prompted me to email Major Pleasants for approval. As noted in # 4, there seemed to be no problems. I am not certain if Major Rose removed himself from my Soft Look MRC or if he was asked not to be there because of bias. Nonetheless, if someone steps aside because of bias and is then allowed to address issues for at least half of the allotted time, then bias still exists and everything he said was taken into account. Major Pleasants sat right there and never said that he had approved and commended me on these journal entries. Major Rose was granted the time to discuss and alleviate my concerns, however, there was no discussion – it was a pure 30 minutes of him alleviating his frustrations with me. I did not report this to anyone. It was obvious that Major Rose did not use this time to discuss or alleviate concerns, but Major Pleasants, Lt Col Hammes, and my entire cadet chain of command (as stated above) were all present. The contents of this journal should not have been discussed at the MRC for all to hear. Major Rose could have discussed and alleviated my concerns in a private meeting, since the journal was private. I did not report this incident to anyone because my AOC was present and never said anything, Major Rose was present but certainly not the person to report to, and Lt Col. Hammes allowed Major Rose the time to speak. Everyone there was aware of what was happening.
8. No reporting
9. When questioning the Form 10 I received for missed counseling, I was told by Major Pleasants that I should have been informed of the method of monthly counseling accountability prior to any report of failure to perform a duty. When I told Major Pleasants that I was going to contest this form 10, he was told me that if I did report this, he would give me two additional form 10's for missed counseling. I did report this in a Memorandum For Record dated 26 Feb 03, but heard no reply or response from anyone. This memo was also attached to my parent's memo.
10. No reporting.

I do not feel that I failed to report any of the above-mentioned incidents. I addressed the lost ID incident many times with Major Pleasants and followed with a memorandum that I received no response to. I followed up my journal concerns with Major Pleasants and he said they were fine. I tried to report the incident with Lt Col Slavec, but was advised by someone not to do so. When questioning the Form 10, I was advised by Major Pleasants not to send it or I would receive 2 more. I sent the memorandum anyway, but again got no response. The only incident that I did not report was the situation with the journal entries and Major Rose, however, my AOC who had approved the entries sat there and never said one word in my defense.

I hope that this clears any uncertainty about whether or not I reported incidents appropriately.