**ATTACHMENT 4**

To:         Lt Col Zeh
From:       Christopher Berardi
Date:       April 5, 2003
Subject:    Errors in my CPR-II
Via:        FAX  719-333-4004
Copy:       Charles Lucy @ FAX 719-634-2461

Lt Col Zeh, I want to reiterate that I acknowledge and take full responsibility for all the mistakes I have made. The following I submit to you in order to give you a better understanding of the full nature of the ill manner in which my case was handled.

On January 6, 2003 I received a copy of my CPR-II. In reviewing the information in this packet, I noted errors that I thought should have been corrected. On the same day, I emailed Major Pleasants with a list of discrepancies (attached email). He left a list of responses to my questions at my door (also attached a copy of his answers).

Please note that I am missing copies from the end of my CPR-II from approximately January 9, 2003 on. I know of at least one error at the end, which is the blank form 10 that was turned in by Major Pleasants. I would like the additional copies to complete my packet.

I would like to review the errors with you in order of page numbers. I have included copies (**bold page numbers**) of the significant pages to make it easier for you to reference as opposed to flipping back and forth in the packet. On those pages I have indicated the area of concern with a <u>bold black marker</u>.

    A. Page 5 – my MPA is referred to as deficient. In reality my MPA is restrained by the guidelines of my probation.

    B. Page 14 – shows me to be on probation for the summer of 02, when I was not put on probation until the final period of summer.

    C. **Page 15** – Memorandum of Record from Capt Harris stating that Forms 13 and 20 are missing and in the process of being recreated. I do not know what these forms are and it appears they were not created because there is nothing in my packet indicating these numbers.

    D. Page 16 – referred to in Table of Contents as Athletic History is missing. This page probably contained many positive comments. If an entire page is missing from my packet, I question how well it was reviewed.

    E. **Page 27** – Form 37 is a Cadet Conduct Summary. I reported to Major Pleasants that the merits I received were never recorded. His response said that he had not received a positive form 10, however, in reviewing my packet he did see and sign a positive form 10 just two days prior to my inquiry (**Page 48**). I do not understand why this form 10 was not accounted for on my form 37 with a numerical representation. The number of merits should have been recorded simultaneously with the form-10. It appears to me that someone did not want anything positive noted.

    F. **Page 32** - This is an attachment correcting the police report (**Pg 44**) dated 28 Oct 02 stating that I was not belligerent, but rather very cooperative. I was also not stumbling in a drunken manor and SFCC was already there when I was brought to them. Even though this correction was made there is still a reference to me being belligerent made on my Softlook interview sheet, Form 0-903, from Major Rose (**Pg 72**) where he cites to see the attached police report, but never makes reference to the correction. This interview sheet

1

only served to harm the MRC's opinion of me. Since this Form was obviously written before my hard look (9 Jan 03), there is a huge discrepancy with the statement he made, "I have tried to address each of his comments w/n the journal and explain my reasoning behind all actions." Major Rose **never** had any conversation, written or verbal, with me about my journal entries prior to my softlook. Therefore I can only assume that he added this statement to make himself look better. (If Major Rose had read my entire journal, he could have commented on the positive growth that it showed over the period of 17 entries instead of only focusing on one.) He also states that, "For this reason I will suggest that Lt Col Hammes conduct the interview to give Cadet Berardi the fairest, most unbias possible review /assessment. I will recommend that I be on hand to answer questions and address his concerns revealed in the journal." Here he states that he removed himself and would be on hand if I had any questions because he wanted me to have the fairest most unbiased review. I **did not** ask any questions, but he was granted time by Lt Col Hammes to address these issues (**Pg 73**). He states that, "...Major Rose was granted time in the beginning of the softlook to discuss them and alleviate any concerns from the cadet point of view." Why was this then considered unbiased? This makes no sense at all to me. Why would he need to address these issues at my softlook if he had already "explained his reasoning" as he stated on his interview sheet? After reviewing the attached sheets, it is very clear to me that someone has not told the truth.

G. **Page 50** The Denver incident Form 10 is dated 20020524. Please explain how the initial processing and log in date can be 20020520, four days before the report was made?

H. Additional point – while looking at **page 44**, note that I am referred to as Henry, another correction not made. Perhaps Henry was the belligerent person stumbling all over.

I. Additional point – **page 72** of Major Rose's review sheet says "over" I was not provided a copy of the other side.

J. I only bring this to your attention because Lt Col Garvin commented to my mother about the size of my packet. Pages 34 & 39, 35 & 41, 36 & 43, 37 & 45, 38 & 47, all appear to be duplicate. And page 61 is blank.

K. **Page 70** – Form-10 indicated all the way through my chain of command that I receive 30 merits; my AOC, Major Stamos only recommended 5. I am not asking that this be adjusted because the final decision is his, I only make note that I have done some commendable things as well. This is also indicated on Page 48, with congratulations for my professionalism and leadership.

L. **Page 73** – Lt Col Hammes states twice on his softlook interview sheet that I was placed on probation for condoning underage drinking. This is a false statement. I was placed on probation for the number of accumulated demerits. I believe that these statements were written as such to make it appear that alcohol was an issue.

M. **Pages 74 & 116** - Average LAS score is referred to as 22.4 many times when my average score is in fact 20.8. Major Pleasants indicated in his response that I was right, but it was never corrected.

N. **Pages 115 & 116** - Total merits say 5 s/b 45. My LAS comments are referred to as being negative and implicating Lacrosse as a distraction from my duties. When tallying my LAS comments, I find them to be 6 positive and 5 negative. He disputed this in his return response by saying they were 6/6, but even so that would make them equal, not mostly negative as indicated on both **pages 115 and 116**. This also states that Lacrosse was a negative influence when there is no comment made to lacrosse in the LAS comments. It appears that this was just another way to emphasis the negative and not include the positive and when the truth is stretched, it appears that there is nothing positive to report

2

about Cadet Berardi. There is also a Memorandum on page 103 stating that the fall 2000 LAS report is missing and that it cannot be recreated.

O. **Pages 74, 115, and 116** all refer to me missing an M-5, which was zeroed out due to a legitimate absence. The point is missed in Major Pleasants response. I have recently found that it is the way of many in the Air Force to respond to a question that does not even address the answer. People are making spurious statements in my packet. Whether or not they carry the same weight or can be related to another hit in an abstract is irrelevant. The fact is that no one read my packet close enough to notice that they were citing a zeroed out form-10. This was also zeroed out on the Cadet Conduct Summary on **page 27**. If they did not read the packet thoroughly enough to catch something this simple, I ask how I can expect them to make an accurate decision on my career?

P. **Page 78** - Penciled in comments on this page are incorrect; my number of career demerits at this time were 166 not 186; also the comment that was underlined was in reference to the comment made by Capt Harris on page 83. I find it more than unsettling that someone is allowed to go through my packet and make hand notes on pages that were not written by them. Especially if these comments are not even correct. For what reasons were they added? Why make comments, especially false ones that are obviously directed at harming me?

Q. Page 86 – states that I play water polo, this is not the case nor has it ever been.

R. Page 98 -only one comment was referred to as being unfounded, which was the fourth one made, but the fifth comment was also unfounded as indicated by the asterisks at the side. There is also a missing MFR from Capt Harris detailing his investigation into this incident and his findings. However unnecessary Major Pleasants may think it is to re-write the comment, I feel it is worth the sentence of writing to ensure that no one mistakes that comment to be true. Furthermore, there is still no answer concerning the MFR wrote by Capt Harris that disappeared from my CPR-II.

S. Page 105 – the way this is written makes it sound like I lost my journal entries. My computer crashed losing the first three entries I had made, however there was still a hard copy that Major Pleasants had. In the next statement, he says, … "even though I do not have old ones to reflect on." If the old ones are not around then how did Major Rose get a hold of them to comment on? His comments were not justified or written correctly.

T. **Page 113** - refers to speculative insubordination, which was not true, I asked Major Pleasants to remove this email because of the negative connotation that speculation carries. The information in this email is incomplete, leaving a negative reflection on what really happened. The three girls on the ramp were not with me, but with C2C Tim Lorden. I explained to Major Rose that I was walking with Tim and that the girls had tickets, but I had not taken them on the ramp. Why write that I did not look when he was calling me and others did. He speculates that I was ignoring him, when in fact when I did hear him I promptly responded. When returning to the field, I did make the request that the other cadets roll down their sleeves. They ignored to follow my request. Perhaps he should have followed this up himself with the cadets or the lacrosse coach instead of placing blame for their sleeves on me. Perhaps they should have addressed C2C Tim Lorden and added an email to his packet. Again, his speculation made it sound like I did not do as he requested. Brig Gen Gilbert came onto the field, as he often did during games, just to talk to us. He did not come onto the field to address the sleeve issue. All this email should have stated was that I was walking down the ramp with my sleeves rolled up. No matter what speculative comments are supplied from Major Pleasants in his reply, the bottom line is if it is meant to report my conduct it should be a form-10, and

3

should therefore be filed with the rest. I see no reason to add emails to my packed, if it was that serious of an incident why was I not given a form-10? Had it been handled properly as a report of conduct (i.e. form-10), I would have seen it before and attested the fact that it was wrong. I was never afforded the opportunity to add emails to my packed, why should anyone else? If we are supposed to add emails, then why didn't Major Pleasants include the email that responded to these questions? Probably so there would be no evidence that I found errors that he was not willing to correct.

U. **No emphasis anywhere** on interview sheets pertaining to numerous positive comments outlined in my entire packet. I find positive comments on the following pages:

| Page | | |
|---|---|---|
| | 48 | Positive Form 10 |
| | 49 | Appreciation letter for professionalism and leadership |
| | 70 | Positive Form 10 |
| | 78 | SCRB minutes |
| | 83 | Form 0-299 Capt. Harris |
| | 88 | Military Performance Evaluation |
| | 90 | Form 101 Military Performance Evaluation |
| | 91 | Military Performance Evaluation |
| | 93 | Military Performance Evaluation |
| | 94 | Military Performance Evaluation |
| | 95 | Military Performance Evaluation |
| | 98 | Peer Rating Results |
| | 100 | Peer Rating Results |
| | 102 | Peer Rating Results |
| | 104 | Form 174 Counseling record |
| | 106 | Form 174 Counseling record |

Major Pleasants response asks, **"where is the justification for placing any emphasis on positive comments based on your actions?"** I may be mistaken, but I thought this process was put in place to give both the positive and negative and let the numerous boards make unbiased decisions based on all the facts. There seems to have been a very sordid process for including the most negative comments possible. I also put little weight into his speculations as to what Capt Harris thought; it really is not his place to put words into Capt Harris' mouth. The reply you received for the Congressional in regard to the demerits Capt Harris gave me was, "... should not be expected to second guess a previous commander's actions." If it is not allowed to speculate on a previous commander's actions, then you should probably not be allowed to speculate on his thoughts either.

It appears that proper procedures are adhered to when it suits the needs of others. When you question these procedures there seems to be an unsubstantiated answer that is supposed to be acceptable. What I am finding in regard to all of the issues that I have raised, as well as the ones my parents raised, is that we are now getting different answers from different people about the same questions, but their responses are not matching. When this is the case, how is a cadet expected to follow along if everyone is on a different page?

**Item G and L added after this document was sent to the Academy**

4