**ATTACHMENT 5**



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS UNITED STATES AIR FORCE ACADEMY
USAF ACADEMY, COLORADO

May 3, 2003

Lieutenant Colonel David E. Zeh
Inspector General
2304 Cadet Drive, Suite 329
USAF Academy CO  80840-5001

Mr. and Mrs. Anthony Berardi
1288 Telephone Road
Rush NY 14543

Dear Mr. and Mrs. Berardi

   This is in reply to our May 2, 2003 phone conversation regarding your request of information on your son, Chris.

   The documents I have already sent to you electronically on May 3, 2003 include the Proposed Congressional Response and the USAFA Inspector General findings.

   Here is a listing of the 15 attachments included in the package I forwarded to Lt Gen Dallager for consideration. I have indicated which documents that I am providing to you as requested. The documents not being forwarded is information that you provided to my office for consideration or they were in the original Military Review Committee package.

   1. Incoming Congressional Inquiry (not included)

   2. Proposed Congressional Response (included)

   3. Berardi's and Lawyer Ltrs, 14/15 Apr 03 (not included)

   4. USAFA/IG Findings (included)

   5. Cadet Berardi Ltr, 21 Mar 03 (included)

   6. Email ref Missing ID card demerits, 1 Apr 03 (included)

   7. Cadet Berardi MRF & Journal, 8 Aug 02 (included)

   8. Cadet Berardi Email, 8 Apr 03  (included)

   9. Errors in CPR-II Ltr, 5 Apr 03 (not included)

   10. Counseling Accountability Email, 3 Apr 03 (not included)


Commitment To Excellence

11. AFCW Form 36, 6 Aug 02 (not included)

12. USAFA Form 0-299, 23 Oct 02 (not included)

13. USAFA/JA SSS, 20 Feb 03 (not included)

14. Blank Form 10 Email, 8 Apr 03 (included)

15. Cadet Berardi MRC pkg, 20 Feb 03 (not included)

You have my full support in your proceedings and whatever else I can do, I make myself available to you. I trust this information is helpful.

                                                                  Sincerely

                                                                  DAVID E. ZEH, Lt Col, USAF
                                                                  Inspector General

8 Attachments:
 1. Proposed Congressional Response
 2. USAFA/IG Findings
 3. Cadet Berardi Ltr, 21 Mar 03
 4. Email ref Missing ID card demerits, 1 Apr 03
 5. Cadet Berardi MRF, 8 Aug 02
 6. Cadet Berardi Email, 8 Apr 03
 7. USAFA/JA SSS w/Cadet Status Form, 20 Feb 03
 8. Blank Form 10 Email, 8 Apr 03

cc: Mr. Charles Lucy, Holland & Hart LLP