# ATTACHMENT 8

# STAFF SUMMARY SHEET

0300379/ard
24 Feb /1243

| | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE | | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE |
|---|---|---|---|---|---|---|---|
| 1 | USAFA/CV | Coord | | 6 | | | |
| 2 | USAFA/CC | Sign | | 7 | | | |
| 3 | JACD | Dispatch | | 8 | 03 MAR 2003 | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

| SURNAME OF ACTION OFFICER AND GRADE | SYMBOL | PHONE | TYPIST'S INITIALS | SUSPENSE DATE |
|---|---|---|---|---|
| Miles, GS-11 | JACD | 3-9601 | sqm | FEB 28 2003 |

| SUBJECT | DATE |
|---|---|
| Discharge of Cadet - Berardi, Christopher W., 04-224627586 | FEB 20 2003 |

## SUMMARY

1. On 9 January 2003, Cadet Berardi was recommended for disenrollment by a Military Review Committee (MRC) after he received a current deficient Military Performance Average (MPA), received excessive demerits, and failed conduct and aptitude probation. At the time of his MRC, Cadet Berardi has a career total of 291 demerits. He was placed on conduct and aptitude probation on 5 August 2002 after he accumulated 86 demerits in a 6-month period. While on probation, Cadet Berardi received an additional 125 demerits (25 for being outside cadet limits and 100 for underage drinking at a USAFA home football game). Cadet Berardi's AOC commented to the MRC that *Cadet Berardi's track record shows an unwillingness to follow the rules.* Cadet Berardi accepts responsibility and sees his flaws in poor decision making but denies learning anything from probation because he felt he was too bitter over being placed on probation for losing his I.D. card. The Commandant of Cadets concurred with the recommendation of the MRC and forwarded the case to the Superintendent.

2. Cadet Berardi has submitted additional matters for review to include an explanation of the events surrounding the 25 demerits he received for being outside cadet limit and his belief that the demerits he received for losing his military identification card were too harsh in comparison to another cadet who incurred the same infraction. Cadet Berardi believes that had he not received a class D hit for losing his I.D. card, he would not have had to face an MRC for excessive demerits. Major Pleasants, Cadet Berardi's AOC explained that the 34 TRG/CC, Col Coffman, established a policy of a mandatory 40 demerits for losing military identification cards. When C2C Jaina Wright received her demerits for losing her I.D., Col Coffman was no longer the 34 TRG Commander and therefore the policy had been changed. Cadet Berardi explains his irrational behavior on severe stress from the molestation of his younger sister. He elaborates that he did not bring this to the attention of the MRC because he was under the impression he was legally prohibited to speak of the events while in litigation and because of his sisters age.

3. He will be given a rating of 3 on the DD Form 785. His DD Form 785 will read as follows: "Cadet Berardi was recommended for disenrollment by a Military Review Committee (MRC) for a current deficient Military Performance Average (MPA), excessive demerits and failing conduct and aptitude probation. At the time of disenrollment, Cadet Berardi was on athletic, conduct and aptitude probation. His cumulative Grade Point Average was 3.25, cumulative Military Performance Average was 2.58, and cumulative Physical Education Average was 2.43. Cadet Berardi incurred a two-year Active Duty Service Commitment. Cadet Berardi was given and took advantage of an opportunity for a commission and an Air Force career and should not be considered for future commissioning without weighing the needs of the service against the reason for disenrollment."

4. Cadet Berardi has incurred a two-year an Active Duty Service Commitment. HQ USAFA/CC may exercise the following options:

   a. Send the case to the USAF Academy Board.

   b. Place the cadet on involuntary excess leave and recommend to the Secretary of the Air Force that the cadet be disenrolled and ordered to active duty for a period of two years.

   c. Place the cadet on involuntary excess leave and recommend to the Secretary of the Air Force that the cadet be disenrolled and ordered to reimburse the government for the cost of his Academy education.

   d. Retain the cadet with or without probation.

5. RECOMMENDATION. Superintendent send the case to the Academy Board; or the Superintendent can direct the appropriate disposition by circling the option listed above in paragraph 4 and initialing in block 2.

JAMES E. MOODY, Colonel, USAF
Staff Judge Advocate

3 Tabs
1. MRC Review
2. Appeal
3. Personal Data Summary

AF FORM 1768, 19840901 (EF-V5)   PREVIOUS EDITION WILL BE USED.