# ATTACHMENT 9

USOO41/24 11May 03                                STAFF SUMMARY SHEET

| | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE | | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE |
|---|---|---|---|---|---|---|---|
| 1 | USAFA/CV | Coord | | 6 | | | |
| 2 | USAFA/CC | Approve/Disapprove | 29 May 03 | 7 | | | As below please |
| 3 | JACD | Dispatch | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

| SURNAME OF ACTION OFFICER AND GRADE | SYMBOL | PHONE | TYPIST'S INITIALS | SUSPENSE DATE |
|---|---|---|---|---|
| Miles, GS-11 | JACD | 3-9601 | sqm | |

SUBJECT

Discharge of Cadet - Berardi, Christopher W., 04-024627586            DATE

SUMMARY

1. On 14 March 2003, the Superintendent (SUPT) considered the facts and circumstances presented to the Academy Board regarding the recommendation for disenrollment of C2C Christopher Berardi for aptitude deficiency (Tab 1) and placed Cadet Berardi on involuntary excess leaving pending a decision by the Secretary of the Air Force (SECAF) (Tab 1). Some time after the Academy Board, the SUPT was informed by the IG about Col Slavec's (34 TRG/CC) alleged comments, which could have biased the recommendations of the chain of command. The SUPT confirmed that he would not have altered his disenrollment decision on that point alone.

2. Cadet Berardi appealed the decision of disenrollment and filed an Inspector General (IG) complaint. The IG report was completed on 17 Apr 03 (Tab 3) and contained 8 issues, including the comments by TRG/CC. The report found that Cadet Berardi's AOC incorrectly told the cadet he could not correct mistakes in his record before Academy Board review and recent instances when AOCs were not supportive of the cadet during the probation process. Otherwise, the IG's observations relate to administrative matters that would not have substantial impact on the MRC, Academy Board or disenrollment decision. The IG requests the SUPT review the case one more time before the disenrollment is forwarded to SECAF for final action. C2C Berardi's attorney, Mr. Charles Lucy (former USAFA/JA), submitted a letter on 9 May 03 (Tab 3), echoing the IG's findings as command influence, due process and fundamental fairness concerns.

3. We do not believe that the IG report or Mr. Lucy's comments render the MRC, Academy Board or SUPT decision to disenroll legally insufficient. However, we concur with the IG that it makes procedural sense to give the decision-makers an opportunity to consider the new information before forwarding the action for SECAF review.

4. If disenrolled he will be given a rating of 3 on the DD Form 785. His DD Form 785 will read as follows: "Cadet Berardi was recommended for disenrollment by a Military Review Committee (MRC) for a current deficient Military Performance Average (MPA), excessive demerits and failing conduct and aptitude probation. At the time of disenrollment, Cadet Berardi was on athletic, conduct and aptitude probation. His cumulative Grade Point Average was 3.25, cumulative Military Performance Average was 2.58, and cumulative Physical Education Average was 2.43. Cadet Berardi incurred a two-year Active Duty Service Commitment. Cadet Berardi was given and took advantage of an opportunity for a commission and an Air Force career and should not be considered for future commissioning without weighing the needs of the service against the reason for disenrollment."

5. Cadet Berardi has incurred a two-year an Active Duty Service Commitment. HQ USAFA/CC may exercise the following options:

   a. Review the additional matters and present the case to the USAF Academy Board.

   b. Review the additional matters, rescind original disenrollment recommendation, and return Cadet Berardi to the Cadet Wing with or without probation.

   c. Review the additional matters and uphold the original decision to recommend disenrollment to the SECAF.

6. RECOMMENDATION. Review the additional matters and present the case to the Academy Board; or direct the appropriate disposition by circling the option listed above in paragraph 4 and initialing in block 3.

JAMES E. MOODY, Colonel, USAF
Staff Judge Advocate

3 Tabs
1. Casefile
2. IG Report
3. Additional Matters

AF FORM 1768, 19840901 (EF-V5)                    PREVIOUS EDITION WILL BE USED.