**ATTACHMENT 10**

| | | STAFF SUMMARY SHEET | | | | |
|---|---|---|---|---|---|---|
| | **TO** | **ACTION** | **SIGNATURE (Surname), GRADE AND DATE** | **TO** | **ACTION** | **SIGNATURE (Surname), GRADE AND DATE** |
| 1 | USAFA/ CV | Coord | Cy provided | 6 | | |
| 2 | USAFA/ CC | Sign | 2 Jan 03   03 JUN 2003 | 7 | | |
| 3 | JACD | Dispatch | | 8 | | |
| 4 | | | | 9 | | |
| 5 | | | | 10 | | |

| SURNAME OF ACTION OFFICER AND GRADE | SYMBOL | PHONE | TYPIST'S INITIALS | SUSPENSE DATE |
|---|---|---|---|---|
| Miles, GS-11 | JACD | 3-9601 | sqm | |

**SUBJECT**

Discharge of Cadet – Berardi, Christopher W., 04-024627586          DATE

**SUMMARY**

1. On 14 March 2003, the Superintendent recommended to the Secretary of the Air Force (SECAF) that C2C Christopher Berardi be disenrolled for failing conduct and aptitude probation and for accumulating excess demerits. Cadet Berardi filed an Inspector General (IG) complaint and hired a civilian attorney alledging his case was handled improperly. On 29 May 2003, the Superintendent reviewed the additional matters submitted by Cadet Berardi, his civilian attorney, and the IG and elected to uphold his original decision to recommend to the SECAF that Cadet Berardi be disenrolled and ordered to active duty for a period of two years (Tab 2).

2. Cadet Berardi disagreed with the Superintendent's decision and submitted additional matters arguing the disenrollment but has not addressed his request for ROTC (Tab 3).

3. He will be given a rating of 3 on the DD Form 785. His DD Form 785 will read as follows: "Cadet Berardi was recommended for disenrollment by a Military Review Committee (MRC) for a current deficient Military Performance Average (MPA), excessive demerits and failing conduct and aptitude probation. At the time of disenrollment, Cadet Berardi was on athletic, conduct and aptitude probation. His cumulative Grade Point Average was 3.25, cumulative Military Performance Average was 2.58, and cumulative Physical Education Average was 2.43. Cadet Berardi incurred a two-year Active Duty Service Commitment. Cadet Berardi was given and took advantage of an opportunity for a commission and an Air Force career and should not be considered for future commissioning without weighing the needs of the service against the reason for disenrollment."

4. RECOMMENDATION. The Superintendent forward the case to the SECAF by signing the proposed letter at Tab 1 and initialing in block 2.

JAMES E. MOODY, Colonel, USAF
Staff Judge Advocate

3 Tabs
1. Proposed Ltr to SECAF
2. Casefile
3. Ltr of Notification

AF FORM 1768, 19840901 (EF-V5)                    PREVIOUS EDITION WILL BE USED.