# ATTACHMENT 11

# PERSONNEL SUMMARIES

## [Personal Data]

- SSAN 02627586
- Name: Berardi, Christopher W
- Squadron: 18   Race: Caucasian
- Sex: M   Prior Mil Status: NO
- Clearance: Secret
- Birth Date: 28 Nov 1981
- Rel Pref: Roman Catholic Church
- POB City: Haverhill
- POB State: Massachusetts

## [Academy Data]

- Class Year: 2004
- Entry: 29 Jun 2000
- Departure:
- Recruited Ath: Lacrosse
- HS Grad Year: 2000   PAR: 504
- HS Name: Rush-Henrietta Senior Hi
- 1799 Lehigh Station Road
- Henrietta NY 14467-

## [Appointment Data]

- Nom Name: Thomas Reynolds
- Appt Name:
- Source:
- Selected

| Composites | | |
|---|---|---|
| Leadership | 1755 | Read 545.1 |
| Weighted | 2640 | Math Sci/Read |
| Academic | 692.4 | English |

## [Educational Data]

| | SAT | | ACT |
|---|---|---|---|
| Entry | Verb 560 | Math 590 | 99 College Att |
| Current | | | 99 |
| Graduation | | | |
| Prep School | | | |

## [Medical Status Data]

- Entry: Pilot Qualified
- Current: Pilot Qualified
- NO

## [Locator Information]

- PO Box 2204
- Emerg NBR (716)533-1363
- Parents Mr & Mrs Anthony Berardi
- 1288 Telephone Rd
- Rush NY 14543-0000
- Privacy Act Parent/Legal Guardian or Congressperson
- Advisor Lt Col Steven F. Baker, DFM
- Suppl
- Contact

## [Academic]

| Academic Year | 2000 | 2000 | 2001 | 2001 | 2002 | 2002 |
|---|---|---|---|---|---|---|
| Academic Term | Summer | Fall | Spring | Summer | Fall | Spring |
| Major Mgr |  |  |  |  |  |  |
| Major GPA |  |  |  |  |  |  |
| GPA OPA | 3.05 |  |  | 1.00 | 1.00 | 3.00 3.68 |
| GPA Core | 3.18 |  |  |  |  |  |
| GPA Sem |  | 2.82 | 3.39 | 3.16 | 3.08 | 3.64 |
| GPA Cum |  | 2.82 | 3.15 | 3.15 | 3.13 | 3.25 |

## [Military Data]

| Position | | 4C ELM C1 | 4C ELM A3 | 3C ELM C1 | 3C ELM A1 | UX 3C ELM A3 |
|---|---|---|---|---|---|---|
| MPA Cum |  | 2.500 | 2.500 | 2.750 | 2.688 | 2.583 |
| MPA Sem |  | 2.500 | 2.500 | 3.250 | 2.500 | 3.750 1.000 |

## [Honor Lists]

| | | | | | | |
|---|---|---|---|---|---|---|
| Dean |  |  | Yes | Yes | Yes | Yes |
| Athletic |  |  | Yes |  |  |  |

## [Probations]

| | | | | | | |
|---|---|---|---|---|---|---|
| Academic |  |  |  |  |  |  |
| Aptitude |  |  |  |  |  |  |
| Athletic |  |  |  |  |  |  |
| Commandant |  |  |  | Yes |  |  |
| Conduct |  |  |  |  | Yes | Yes |
| Superintendent |  |  |  |  |  |  |
| Honor |  |  |  |  |  |  |

## [Athletic Data]

| | 2000 | 2000 | 2001 | 2001 | 2002 | 2002 |
|---|---|---|---|---|---|---|
| PEA Sem | 2.240 | 2.700 |  | 2.430 | 2.700 | 2.400 |
| PEA Cum | 2.240 | 2.470 |  | 2.450 | 2.490 | 2.460 |
| PPT Total | 0 | 290 |  | 269 | 269 | 295 |
| AFT Total | 270 | 280 |  | 275 | 275 | 285 |

## [Summer Courses]

- 2000 BASIC CADET TRAINING, BASIC PHYSICAL TNG
- 2001 COMBATWATER SURVL TNG, SUMMER LEAVE, GLOBAL ENGAGEMENT, COMPOSITE GROUP DUTY
- 2002 SUMMER LEAVE, OPERATION AIR FORCE, BCT CADRE (1st BCT)

## [Activities]

- 2000 VARS-Lacrosse
- 2001 VARS-Lacrosse
- 2002 VARS-Lacrosse