# ATTACHMENT 12

**Subject:** RE:
**Date:** 4/16/2004 3:08:11 PM Eastern Standard Time
**From:** christopher.berardi@seymourjohnson.af.mil
**To:** David.Zeh@USAFA.af.mil

Lt. Col. Zeh

Thank you for checking, could you please scan a copy of the new document and send a copy to Mr. Lucy, my parents, and myself? I have included their email addresses below. As always I greatly appreciate all your help.

lindacberardi@aol.com

clucy@hollandhart.com

Very Respectfully,

CHRISTOPHER BERARDI, A1C, USAF
C4 Systems Project Manager
4 CS/SCXC
DSN 722-7305
Commercial (919)-722-7305

-----Original Message-----
**From:** Zeh David E LtCol USAFA/IG [mailto:David.Zeh@USAFA.af.mil]
**Sent:** Friday, April 16, 2004 1:04 PM
**To:** Berardi Christopher W A1C 4 CS/SCX
**Subject:** RE:

Chris
I got a copy of the SF report...only one, but I need to compare it with the original one because it seems to read different..in your favor as it does not list you as defiant etc. More as soon as I have a chance to review.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."

-----Original Message-----
**From:** Berardi Christopher W A1C 4 CS/SCX [mailto:christopher.berardi@seymourjohnson.af.mil]
**Sent:** Wednesday, April 14, 2004 10:39 AM
**To:** Zeh David E LtCol USAFA/IG
**Subject:**

Lt Col Zeh,

Sir

I realize that my mother discussed this situation with you in a phone conversation, but I feel the need to personally address this issue with you.

In a response that I received from a FOIA request, I received a document that states there was a second police report issued. The document goes on to state that the second was still not correct

and a third had been requested. A following comment states that the SF refused to issue a third report and that the MFR from Major Pleasants will have to suffice.

I have a couple of concerns that I would like you to address for me. Can you please comment on each section below.
1. You have stated to us many times in the past and just recently with my mother that you asked about additional police reports and you were told that none exist. In fact when my mother called you, you were surprised at the information I had stating that there was a second report. It is quite alarming to me, but not surprising that again you were not told the truth during the investigative process. I am quite sure that the second police report did not contain identical information to the first, otherwise there would be no point in producing it. What the second police report would have shown, whether or not it was fully correct, was the fact that individuals realized the first one was less than accurate.
2. Furthermore, a second police report available to you during the investigative process would have indicated to you that you needed to make further inquiries and that the events of that evening were closer to what I described as opposed to what the original report said.
4. Who made the decision to exclude this second report from my CPR-II and to say that the correction in the MFR would suffice?
3. Also within the response that I received, there is a series of e-mails indicating that Major Pleasants and SSgt Gullickson were fully aware of the fact that the police report was incorrect because they were questioning what they were told as opposed to what was written. SSgt. Gullickson even goes as far to indicate that they needed to be sure that the comments were made about the right cadet and that they were not confusing me with someone else. This comment certainly indicated that SSgt Gullickson was aware that the contents of the report were tainted.
4. In one of the e-mail responses from the SF it states that I was argumentative on the bus and that I had to be ordered to be quiet. This is absolutely not true. Cadet Henry sat directly behind me on the bus and he was argumentative - to the point that he was made to lay face down on the seat and ordered to be quiet. What is so striking about this comment though is that no where in any other documentation was this ever written.
5. Have you ever requested to see Cadet Henry's police report? Possibly the comments that should have been made about me are in his report.
6. Why would the SF refuse to issue a third report?

I have asked for the second police report through a FOIA request, but cannot ask for comments on the scenario of e-mails. In the conversation you had with my mother you indicated that you had requested and received the entire packet of information that I received from the TRW. I am sure you understand the urgency of a reply regarding this situation.

Very Respectfully,

CHRISTOPHER BERARDI, A1C, USAF
C4 Systems Project Manager
4 CS/SCXC
DSN 722-7305
Commercial (919)-722-7305