# ATTACHMENT 13

**Subject:** Update
**Date:** 6/4/2004 6:27:01 PM Eastern Standard Time
**From:** David.Zeh@USAFA.af.mil
**To:** christopher.berardi@seymourjohnson.af.mil
**CC:** lindacberardi@aol.com, CLucy@hollandhart.com, David.Zeh@USAFA.af.mil

Chris,
Here is an update regarding:

1) The distribution of the corrected SF Report: On 8 Nov 03, the 34 TRG received the updated corrected copy of the report. The 2d Group Cmdr (Lt Col Hammes) did receive it and he passed it on to Maj Pleasants, CS18 AOC. It was up to Maj Pleasants to ensure that this new report was provided to 34 TRG/PE for your MRC package. The 34 TRG/PE office confirmed that they had not seen this version and I faxed them a copy today.

2) The tracking report: The Weekly Activities Report (WAR) that was provided to you in a FOIA response is from the 2d Group database. The Group Cmdr, Dep Group Cmdr, the AOC and MTL all have access to this database and could input information. I am still trying to see if I can dissect who wrote what (in particular, the 2d police report comment).

3) Maj Pleasants is currently on leave and I will interview him upon his return the week of June 14. I will continue to work your issues in the meantime, so I am ready for his interview at that time.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*