**ATTACHMENT 14**

Message                                                                                              Page 1 of 2

## Sandgren Marie J Civ 34 TRG/CWD2

| | |
|---|---|
| **From:** | Gullickson Dee SSgt 34 TRG/CS18 |
| **Sent:** | Monday, November 04, 2002 11:00 AM |
| **To:** | Palmer Brian H SSgt 10 SFS/SFTV |
| **Cc:** | Gates Ryan MSgt 34 TRG/CG-2; Hammes James J III LtCol USAFA/CG02; Pleasants William C Maj 34 TRG/CS 18; Rose Scott A Maj 34 TRG/CG2D; Sandgren Marie J Civ 34 TRG/CWD2 |

**Subject:** FW: Police Report - Cadet Berardi

SSgt Palmer,
   Could you please verify the following statement? When we had spoken the evening of the Notre Dame - Falcon football game, you stated that C2C Berardi was well behaved the entire time. The only difficulty you had with C2C Berardi was when he was resisting signing the arrest documentation. Were you on the bus during transportation from the stadium to the 10th SF? Our goal is to make sure that Berardi isn't unjustly being confused with any other cadets that were detained that evening. Thank you for your help.


v/r
SSgt Dee Gullickson
MTL/ CS-18



-----Original Message-----
**From:** Lambert Kit Maj 10SFS\CC
**Sent:** Monday, November 04, 2002 6:45 AM
**To:** Pleasants William C Capt 34 TRG/CS 18
**Cc:** Gullickson Dee SSgt 34 TRG/CS18; Gates Ryan MSgt 34 TRG/CG-2; Hammes James J LtCol 34TRG\CG02; Rose Scott A Maj 34 TRG/CG2D; Sandgren Marie Civ 34 TRG/CWD2
**Subject:** RE: Police Report - Cadet Berardi

He was cooperative until he got on the bus. At that point, he became verbally argumentative and refused to remain quiet. He talked back to my flight chief and me. I had to give him a direct order to cease talking.

**HENRI C. "KIT" LAMBERT, Major, USAF**
**Commander, 10th Security Forces Squadron**
**USAF Academy, CO 80840**
**DSN 333-2007 COMM 719-333-2007 Cell 719-338-5523 FAX 333-3677**

*Missions: Defend the Base*
*            Prepare to Deploy*

*One Team...One Fight...HUA!*


        -----Original Message-----
        **From:** Pleasants William C Capt 34 TRG/CS 18
        **Sent:** Friday, November 01, 2002 11:27 AM
        **To:** Lambert Kit Maj 10SFS\CC
        **Cc:** Gullickson, Dee; Gates, Ryan; Hammes, James; Rose, Scott; Sandgren, Marie
        **Subject:** Police Report - Cadet Berardi

        Sir,
           I just spoke with Capt Rose and he said I should contact you about Cadet Berardi's behavior on the evening of 19 Oct 02. According to the police report Cadet Berardi was observed "stumbling in a drunken manor and acting belligerent to all people in the surrounding area." Based on my observations that evening he was most cooperative and was released to SSgt Gullickson without further incident. I think it's important to set the record straight since Cadet Berardi may face disenrollment from the Academy. Thank you for your time in this matter.

83

v/r

**Capt Clarke Pleasants**
AOC/CS-18 "Nightriders"
2360 Vandenberg Dr Suite 6D23
USAF Academy CO  80840
DSN 333-4768

Page_____of_____pages

84