UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER W. BERARDI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05cv02269 JR |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR A SEVEN MINUTE ENLARGEMENT OF TIME**

Plaintiff Christopher Berardi ("Berardi"), hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an Order granting an enlargement of time for the filing of Plaintiff's responses to Defendant's motions to dismiss and for summary judgment filed February 22, 2006 (Doc. #13).  In support of this motion Berardi states as follows:

1.   Pursuant to a Minute Order issued by this Court on March 2, 2006, Berardi received an extension of time to and including April 5, 2006 in which to file his responses to Defendant's motions to dismiss and for summary judgment.

2.   Berardi timely filed the following documents:

   a.   Cross-motion for summary judgment, with proposed order;

   b.   Memorandum in support of the cross-motion and in opposition to Defendant's motions, with exhibits;

   c.   Plaintiff's statement of material facts in support of his cross-motion;

    d.  Plaintiff's opposition to Defendant's statement of material facts;

    e.  Declaration of Linda Berardi, with attachments;

  3.  Berardi filed the Declaration of Anthony Berardi (Doc. #21) two minutes out of time and the Declaration of Christopher Berardi (Doc. #22) seven minutes out of time.

  4.  Berardi did not file a motion for enlargement of time prior to the filing deadline based on his counsel's belief that the filing deadline could be met. This belief proved wrong as to the two declarations noted in paragraph 3 because the electronic transfer of the filings from counsel's office in Idaho to the Court consumed more time than anticipated.

  5.  Berardi's counsel sent an email to Defendant's counsel, Ms. Karen L. Melnik, concerning this motion. Ms. Melnik replied that Defendant consents to this motion.

  Wherefore, mindful of the need to meet all filing deadlines, Berardi requests a seven minute enlargement of time so that the declarations of Christopher Berardi and Anthony Berardi may be deemed timely filed.

  A proposed Order accompanies this Motion.

Respectfully submitted this 6th day of April, 2006.

                    HOLLAND & HART LLP

By: _____/s/_____
    William G. Myers III, for the firm
    D.C. Bar #408573

    HOLLAND & HART LLP
    Suite 1400, U. S. Bank Plaza
    101 South Capitol Boulevard
    Post Office Box 2527
    Boise, Idaho  83701
    Telephone: (208) 342-5000
    Facsimile:  (208) 343-8869
    E-mail:  wmyers@hollandhart.com

    Attorneys for Plaintiff Christopher Berardi

## CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

>Karen L. Melnik
>Assistant United States Attorney
>555 4th Street, N.,W., Room E-4112
>Washington, DC  20530
>karen.melnik@usdoj.gov

>    /s/ William G. Myers III
>    for Holland & Hart LLP

3538797_1.DOC