## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER W. BERARDI, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 1:05cv02269 JR |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) |
| | ) |
| Defendant. | ) |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR A SEVEN MINUTE ENLARGEMENT OF TIME

UPON CONSIDERATION of the Plaintiff's Motion For A Seven Minute Enlargement of Time, the grounds stated therefore, and the entire record in this matter,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED nunc pro tunc.

Dated this ____ day of _____, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

William G. Myers III
Holland & Hart LLP
101 S. Capitol Blvd., Suite 1400
P.O. Box 2527
Boise, ID 83701

Charles R. Lucy
Holland & Hart LLP
90 S. Cascade Ave., Suite 1000
Colorado Springs, CO 80903

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.,W., Room E-4112
Washington, DC 20530


3538824_1.DOC