**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER W. BERARDI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Crim. Action No. 05-2269 (JR) |
| | : |
| U.S. DEPARTMENT OF THE AIR FORCE, | : |
| | : |
| Defendant. | : |

## ORDER

If plaintiff's counsel had filed his opposition and cross-motion in one docket entry, or even two, instead of <u>eight</u> [Dkt. ## 15, 16, 17, 18, 19, 20, 21, 22], he might have been able to meet the deadline. Nevertheless, and with the hope that plaintiff will not be billed at counsel's regular hourly rate for time spent ascending the CM/ECF learning curve, the motion to late-file by seven minutes [Dkt. # 23] is **granted.**

                              JAMES ROBERTSON
                         United States District Judge