```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


CHRISTOPHER W. BERARDI,          :
                                 :
        Plaintiff,               :
                                 :
    v.                           :   Crim. Action No. 05-2269 (JR)
                                 :
U.S. DEPARTMENT OF THE AIR       :
FORCE,                           :
                                 :
        Defendant.               :
```

**ORDER**

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Charles R. Lucy, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                      JAMES ROBERTSON
                                 United States District Judge