UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER BERARDI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05CV2269 (JR) |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiff's Brief Opposing Defendant's Motions to Dismiss and for Summary Judgment and Supporting Plaintiff's Cross Motion for Summary Judgment ("Plaintiff's Brief"). In support of this request, the defendant states as follows:

1. The defendant's reply is due Wednesday, April 19, 2006.

2. The Plaintiff's Brief contains numerous allegations regarding alleged errors in his Air Force Academy file. In order to investigate the accuracy of plaintiff's claims, agency counsel has advised the undersigned that he requires additional time. Agency counsel expects to complete his investigation within two weeks.

3. In order to prepare and file an appropriate reply, the undersigned requires the results of agency counsel's investigation.

4. The defendant did not oppose plaintiff's 30-day extension of time to file his brief.

5.  Undersigned counsel sent an email to plaintiff's counsel, Charles Lucy, concerning this request for an enlargement. Counsel stated that plaintiff will consent to this request for an enlargement.

Wherefore the defendant requests until May 3, 2006, to file its reply. A proposed Order accompanies this motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/_____
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER BERARDI )<br>　　　Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES DEPARTMENT )<br>　OF THE AIR FORCE, )<br> )<br> )<br>　　　Defendant. )<br>_____ ) | Civil Action No. 05-2269 (JR) |

ORDER

UPON CONSIDERATION of the Defendant's Consent Motion For An Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendant will have until May 3, 2006, to file its reply.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. William G. Myers III
Holland & Hart
Suite 1400, U.S. Bank Plaza
101 South Capitol Blvd.
P.O. Box 2527
Boise, Idaho 83701

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530