UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER BERARDI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF THE AIR FORCE, )<br>)<br>Defendant. )<br>) | Civil Action No. 05CV2269 (JR) |

### DECLARATION OF SANDIE Q. MILES

Pursuant to 28 U.S.C. §1746, I, Sandie Q. Miles, hereby declare under penalty of perjury that the following is true and correct.

1.  I am the Paralegal in the Cadet Disenrollments Branch, Office of the Staff Judge Advocate, Headquarters United States Air Force Academy (USAFA). I have held this position since June 1997.

2.  My responsibilities extend to matters other than cadet disenrollments but in disenrollment cases they include reviewing and preparing case files for action by the Superintendent. When a case is pending, we hold the file in our office so that we can address issues that may arise before the Superintendent takes action on the case and so that we can incorporate changes or updated information we receive while the case is pending. After a case has been closed, we keep a copy of the file in our office to answer post-disenrollment Congressional inquiries, respond to petitions to the Air Force Board for Correction of Military Records (AFBCMR), and the like.

3. The Staff Judge Advocates for whom I have worked at the Academy have believed keeping a file in the office ensures a complete file is available if we have to answer questions on a case. In the past, we have had instances in which the archived copy maintained by Dean of Faculty Records (DFR) has not been complete. The staff in DFR had copied only the documents they felt were necessary and not the entire case file.

4. This declaration addresses the document attached to Plaintiff's Brief Opposing Defendant's Motions To Dismiss And For Summary Judgment And Supporting Plaintiff's Cross Motion For Summary Judgment as Exhibit 6 (Doc 16-12).

5. After my office received the June 24, 2004 decision of the Air Force Board for Correction of Military Records (AFBCMR), attached to Defendant's Memorandum In Support Of Motions To Dismiss And For Summary Judgment as Exhibit 2 ((Doc 13-4), I met with the then-Staff Judge Advocate, Colonel Michael McAntee, and Captain Dana Holmquist who was then the Chief, Cadet Adverse Actions, to discuss the actions that we should take. As we understood the AFBCMR decision, information concerning then-Cadet Berardi's lost identification card and the subsequent adverse actions was to be removed from his personnel file. However, the decision did not instruct us to destroy the information that was removed from the personnel file.

6. Col McAntee and Capt Holmquist concluded that the information might need to be retained. Although Col McAntee did not want the information destroyed, he wanted to be sure that the information was not used in any way adverse to Cadet Berardi and that the Training Wing did not have access to it in the normal course

of business. After removing the information specified in the AFBCMR decision from Cadet Berardi's file, I put the information I had removed in a blue pocket folder and gave the folder and Doc 16-12 to Col McAntee and Capt Holmquist for review before I filed it.

7. I put the blue folder and a copy of the rest of the disenrollment file in a locked file cabinet we have in my office area. We use the file cabinet to keep files from old cases as historical data. We keep these files segregated so they do not get mixed in with current, active official files and are not used in adverse actions against the Cadets they concern. The files in the file cabinet were not active files and were not included on the office file plan. As a consequence, we often referred to the file cabinet in various ways as "secret" or "double secret." We did so because the file cabinet was not on the office file plan, not because we were concealing the information in it from anyone who should have access to it.

8. We gave all the documents that we had relating to Cadet Berardi to the Academy Inspector General in early 2005. My office hasn't had files related to Lt Berardi since we turned the documents we had over to the Inspector General.

Executed May 3, 2006.

SANDIE Q. MILES