**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CHRISTOPHER W. BERARDI,     )
                                      )

                  Plaintiff,    )    Civil Action No. 1:05cv02269 JR

v.                              )

                                        )

UNITED STATES DEPARTMENT OF   )
THE AIR FORCE,                    )

                                        )

                  Defendant.   )

---

CONSENT MOTION FOR AN ENLARGEMENT OF TIME

---

       Plaintiff Christopher Berardi hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Defendant's Reply In Support of Motions to Dismiss and For Summary Judgment; and Opposition to Plaintiff's Motion For Summary Judgment filed May 3, 2006 (Doc. Nos. 27 and 28).  In support of this motion, Berardi states as follows:

       1.     Berardi's Reply  to Defendant's motions is due to be filed on May 10, 2006.

       2.     In support of its motions, Defendant provided Berardi's counsel with two detailed declarations regarding the 956 pages of documents produced in relation to Defendant's initial Motion to Dismiss and For Summary Judgment (Doc. No. 13).  Berardi and his counsel are currently investigating the allegations in these documents and developing a Reply to Defendant's latest submission to the Court.

       3.     Berardi is requesting an additional two weeks, until May 24, 2006, to file his Reply brief.

CONSENT MOTION FOR ENLARGEMENT OF TIME - 1

4.      Undersigned counsel contacted Ms. Karen L. Melnik, counsel for

Defendant, concerning this motion.  Ms. Melnik stated that Defendant consents to this

request for an enlargement of time.

WHEREFORE Plaintiff Berardi requests until May 24, 2006 to respond to

Defendant's motions.  A proposed order accompanies this motion.

Respectfully submitted this 8th day of May, 2006.


HOLLAND & HART LLP



By: _____/s/_____
        William G. Myers III, for the firm
        D.C. Bar #408573


        _____/s/_____
        Charles R. Lucy, for the firm
        Appearing *Pro Hac Vice*

        HOLLAND & HART LLP
        Suite 1400, U. S. Bank Plaza
        101 South Capitol Boulevard
        Post Office Box 2527
        Boise, Idaho  83701
        Telephone: (208) 342-5000
        Facsimile:  (208) 343-8869
        E-mail:  wmyers@hollandhart.com

        Attorneys for Plaintiff Christopher Berardi

CONSENT MOTION FOR ENLARGEMENT OF TIME - 2

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.,W., Room E-4112
Washington, DC  20530
karen.melnik@usdoj.gov


 /s/ William G. Myers III
for Holland & Hart LLP


3552092_1.DOC