# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER W. BERARDI,     )
                                        )
                 Plaintiff,     )     Civil Action No. 1:05cv02269 JR
v.                                )
                                         )
UNITED STATES DEPARTMENT OF     )
THE AIR FORCE,     )
                                         )
               Defendant.     )
                                         )
_____ )

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR AN ENLARGEMENT OF TIME

UPON CONSIDERATION of Plaintiff Berardi's Consent Motion For An Enlargement of Time to file a Reply to Defendant's motions, the grounds stated therefor, and the entire record in this matter,

IT IS HEREBY ORDERED that the said Motion be and is hereby granted and that Plaintiff Christopher W. Berardi shall file his response to Defendant's motions to dismiss and for summary judgment on or before May 24, 2006.

Dated this _____ day of May, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING CONSENT MOTION FOR
AN ENLARGEMENT OF TIME- 1

Copies to:

William G. Myers III
Holland & Hart LLP
101 S. Capitol Blvd., Suite 1400
P.O. Box 2527
Boise, ID  83701

Charles R. Lucy
Holland & Hart LLP
90 S. Cascade Ave., Suite 1000
Colorado Springs, CO  80903

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.,W., Room E-4112
Washington, DC  20530

3552094_1.DOC

[PROPOSED] ORDER GRANTING CONSENT MOTION FOR
AN ENLARGEMENT OF TIME- 2