UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER BERARDI,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>  OF THE AIR FORCE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05CV2269 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

Defendant in the above-captioned case hereby submits the attached Declaration, signed by John R. Dallager, as Exhibit B to Defendant's Reply in Support of Motions to Dismiss and for Summary Judgment, and Opposition to Plaintiff's Motion for Summary Judgment ("Defendant's Reply"). Doc. No. 28. When Defendant filed Defendant's Reply on May 3, 2006, Mr. Dallager had approved the text of his Declaration, but was unable to sign it in time for filing. Defendant noted in its Reply at 21 n.3, that it would file a signed copy no later than March 10, 2006.

    Respectfully submitted,

        /s/
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

        /s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

                              /s/
					 ───────────────────────────────
                              KAREN L. MELNIK DC BAR # 436452
                              Assistant United States Attorney
                              555 4TH Street, N.W. Rm. E-4112
                              Washington, D.C. 20530
                              (202) 307-0338