# Exhibit 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER W. BERARDI, )
)
               Plaintiff, )   Civil Action No. 1:05cv02269 JR
v. )
)
UNITED STATES DEPARTMENT OF )
THE AIR FORCE, )
)
               Defendant. )

## SUPPLEMENTAL DECLARATION OF CHRISTOPHER W. BERARDI

Pursuant to 28 U.S.C. § 1746, I, Christopher W. Berardi, hereby declare under penalty of perjury that the following is true and correct.

1. I am Second Lieutenant Christopher W. Berardi, the Plaintiff herein, and am familiar with the facts and circumstances of my case. I am the same Second Lieutenant Berardi who filed his declaration earlier in this matter. I am specifically familiar with and have reviewed all of the documents related to my FOIA and Privacy Act claims and the Reply Brief In Support of Motion For Summary Judgment submitted on my behalf by my attorneys, Holland & Hart, LLP.

2. When I was recommended for disenrollment from the Air Force Academy, an information file was provided to the Academy's Military Review Committee ("MRC") that considered my case. This Committee was convened to make recommendations to the Superintendent of the Air Force Academy about my retention or disenrollment, and forwarded the information file to him with its recommendations. This file would have also been seen by the Academy Board that considered my case at the request of the

1

Superintendent. The MRC file was then forwarded to the Secretary of the Air Force when the Superintendent recommended my disenrollment. This MRC file was the official record of my case and was relied upon by all decision-makers in my chain of command.

3. The MRC file consisted of 176 pages numbered AB#1-176. Page AB#176 is entitled "Personnel Summaries" and pertains to my record at the Air Force Academy. The page number appears in the upper left hand corner of the document under the heading "Personal Data" and is somewhat obscured since it is typed through the other printing in that block. Under the block entitled "Probations" page AB# 176 erroneously reflects that I was on athletic probation in the Spring of 2002 (Attachment 1). Further, page AB# 73 of the MRC file reflects negative comments on the academic performance of a Cadet Aaron McIntire (Attachment 2). Both documents would have been seen by anyone reviewing my case.

4. As a result of my Complaint in this case, the Air Force released approximately 956 pages of information related to my FOIA requests herein, including a discretionary release of information on February 19, 2006 (Attachment 3). One of the documents identified as Attachment 17 to the February 19, 2006 letter is described as an "Incident Report Summary" (Attachment 4). The "Incident Report Summary" is a summary of my arrest on October 19, 2002, which was filled out as of 20 December 2005—one day before I graduated from the Air Force Academy following my reinstatement by the Air Force Board for the Correction of Military Records ("AFBCMR"). Although the AFBCMR directed that this information be deleted from my record, it was reported on the form by the Air Force Academy from Air Force

2

academy records. This document erroneously reports that I was involved in a

disorderly conduct offense and failed to obey an order. It also reflects that I was

involved in the consumption of alcohol but that my alcohol test results were "0."

Finally this document reports that I was apprehended on 19 October 2001 but that the

offense occurred on 19 October 2002. I have never seen this document which carries

forward all of the errors about my case. These are the same errors that I have

repeatedly requested that the Academy and Air Force correct under the Privacy Act.

Upon information and belief, this information was used to evaluate my Air Force

security clearance application and resulted in a delay of my Air Force training.

    5. As indicated in the accompanying chronology of e-mails (Attachment 5), the

Air Force Academy was well aware of the errors in my MRC package and the need to

correct them. Even Major Pleasants, who submitted a Memo for Record to correct

certain errors in the file, admitted that his memo only corrected "some errors" and that

a corrected copy of the police report would be prepared (Attachment 5, p. 3).

According to the e-mail chronology, my entire chain of command was aware that a

correction was being made, and three key officials in my chain of command actually

received a copy of the corrected report but failed to include it in the MRC file

(Attachment 5, pp. 14-15). Finally, the e-mail chronology confirms that reporting

errors continued in my case even though they were confirmed to be false (Attachment 5,

pp. 4, 8).

    6. I am also familiar with the documents submitted to the AFBCMR to support

the correction of the records in my case. In addition to the Air Force Academy

Inspector General, my attorney forwarded a copy of the second police report to the

3

AFBCMR for their review and made the AFBCMR aware of all of the errors in my MRC file (Attachment 6). The AFBCMR was aware of the second corrected police report prior to taking action in my case as well as the Academy's failure to provide it during the course of my disenrollment processing.

7. The Air Force Academy was aware that I needed the information from my FOIA requests in order to defend myself regarding my disenrollment and appeal to the AFBCMR and to support several complaints to the Air Force Academy Inspector General. At no time did the Air Force Academy attempt to expedite the processing of my requests or acknowledge that due process considerations required expedited processing. In this regard, Attachment 7 contains the correspondence regarding my appeal to the Secretary of the Air Force Inspector General ("SAF IG") dated January 19, 2004 (Attachment 7A). On March 12, 2004, the SAF IG responded that the Air Force Academy Inspector General was the proper agency to address my request (Attachment 7B). When I called the SAF IG about their response, they replied that they had misunderstood my request. On April 5, 2004 I resubmitted my request to SAF IG (Attachment 7C). On April 20, 2004, SAF IG acknowledged receipt of the second FOIA request (Attachment 7D) and on July 13, 2004 referred it to the Air Force Academy Inspector General for reply (Attachment 7E). I never received an acknowledgment from the Air Force Academy that the referral had been received; in fact I never received any reply at all, and the request is still pending.

4

Executed this 23rd day of May, 2006.

/s/

_____

Christopher W. Berardi

3558173_1.DOC

5

# Attachment A to Exhibit 1

18-FEB-2003 08:11

# PERSONNEL SUMMARIES

## [Personal Data]

SSAN: 024627586
Name: Berardi, Christopher W
Sex: M   Prior Mil Status: NO
Birth Date: 28 Nov 1981
POB: State Massachusetts
Recruited Ath Lacrosse

## [Academy Data]

Class Year: 2004   PAR: 504
Nomr Name: Thomas Reynolds
Appt Name:
Source:

Entry: 29 Jun 2000
Departure:

HS Grad Year: 2000
HS Name: Rush-Henrietta Senior Hs
1799 Lehigh Station Road
Henrietta NY 14467-

## [Appointment Data]

Entry
Current
Graduation

## [Medical Status Data]

Pilot Qualified
Pilot Qualified

## [Locator Information]

PO Box: 2204
Relig NBR: (716)533-1363

Parents: Mr & Mrs Anthony Berardi
1288 Telephone Rd
Rush NY 14543-0000-

Privacy Act: Parent/Legal Guardian or Congressperson
Advisor: Lt Col Steven F. Baker, DPM
Suppl
Contact

## [Educational Data]

### ACT

| | Read | Math | Sci/Read | English |
|---|---|---|---|---|
| | 99 | | | 99 |

### SAT

| | Verb | Math | Prep School | College Att |
|---|---|---|---|---|
| | 560 | 590 | | NO |

### Composites

| | Leadership | Read | Math | Sci/Read | English |
|---|---|---|---|---|---|
| Weighted | 1755 | 545.1 | | | |
| Academic | 545.1 | 2640 | | | |
| Selected | 692.4 | | | | |

## [Academic]

| Academic Year | 2000 | 2000 | 2000 | 2000 | 2001 | 2001 | 2001 | 2002 | 2002 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Academic Term | Summer | Fall | Spring | Summer | Fall | Spring | Summer | Fall | Spring |  |
| Major Mgt | | | | | | | | | | |
| Major GPA | | | | | | | | | | |
| GPA OPA | 3.05 | | | | | | | | | |
| GPA Core | 3.18 | | | | | | | | | |
| GPA Sem | | 2.82 | 3.39 | | 3.16 | 3.08 | 3.64 | | | |
| GPA Cum | | 2.82 | 3.15 | | 3.15 | 3.13 | 3.25 | | | |

## [Military Data]

| | 2000 | 2000 | 2000 | 2001 | 2001 | 2001 | 2002 | 2002 | 2002 |
|---|---|---|---|---|---|---|---|---|---|
| | Summer | Fall | Spring | Summer | Fall | Spring | Summer | Fall | Spring |
| MPA Sem | | 2.500 | 2.500 | | 3.250 | 2.500 | 3.750 | 1.000 | | |
| MPA Cum | | 2.500 | 2.500 | | 2.750 | 2.688 | 2.900 | 2.583 | | |
| Position | | | | | | | | | |
| | 4C ELM C1 | 4C ELM A3 | | 3C ELM C1 | 3C ELM A1 | | UB 2C ELM A1 | UB 2C ELM C1 | |

## [Honor Lists]

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dean | | | Yes | | Yes | Yes | | | | |
| Athletic | | | | | | | | | | |
| Commandant | | | | | Yes | | | | | |
| Superintendent | | | | | Yes | | | | | |

## [Probations]

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Academic | | | | | | | | Yes | Yes | |
| Aptitude | | | | | | | | Yes | Yes | |
| Athletic | | | | | | | | | | |
| Conduct | | | | | | | | Yes | Yes | |
| Honor | | | | | | | | | | |

## [Athletic Data]

| | 2000 | 2000 | 2000 | 2001 | 2001 | 2001 | 2002 | 2002 | 2002 |
|---|---|---|---|---|---|---|---|---|---|
| | Summer | Fall | Spring | Summer | Fall | Spring | Summer | Fall | Spring |
| PEA Sem | | 2.250 | 2.700 | | 2.430 | 2.700 | | 2.400 | | |
| PEA Cum | | 2.250 | 2.470 | | 2.450 | 2.490 | | 2.460 | 2.430 | |
| PFT Total | 0 | 290 | 290 | | 269 | | | 295 | 236 | |
| AFT Total | 270 | 280 | 280 | | 275 | 275 | | 285 | | |

## [Summer Courses]

2000  BASIC CADET TRAINING, BASIC PHYSICAL TNG
2001  COMBAT/WATER SURVL TNG, SUMMER LEAVE, GLOBAL ENGAGEMENT, COMPOSITE GROUP DUTY
2002  SUMMER LEAVE, OPERATION AIR FORCE), BCT CADRE (1st BCT)

## [Activities]

2000  VARS-Lacrosse
2001  VARS-Lacrosse
2002  VARS-Lacrosse, Int-Rugby

# Attachment B to Exhibit 1

# Cadet's Historical Comments

Personal Data - Privacy Act of 1974

DFRI - Q2 System
Prepared: 04 Jan 2003  06:08

## MCINTIRE AARON          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

**Instructor:** Capt Gauthier, Michael

| Course | Date | OM for Course | | Apt | Att | Part | Mil | EIs | Retain |
|---|---|---|---|---|---|---|---|---|---|
| PHYSICS 215 | 11-Mar-2002 | 445 | 478 | 4 | 3 | 3 | 3 | 0 | YES |

Comments: Cadet McIntire appears to come to class prepared and ready to learn, however his score on GR#1 was very surprising (265/700). I think Aaron can improve his grade in this course by accomplishing the reading assignments prior to class, working more homework problems, and requesting EI when encountering difficult concepts.

**Instructor:** Capt Plies, William A.

| Course | Date | OM for Course | | Apt | Att | Part | Mil | EIs | Retain |
|---|---|---|---|---|---|---|---|---|---|
| ECON 221 | 18-Oct-2001 | 377 | 472 | 4 | 3 | 4 | 3 | 0 | YES |

Comments: Cadet McIntire is too quiet in class. He doesn't fall asleep, but he often seems unprepared. As a consequence, he doesn't participate unless directly tasked. The few times I've talked with him before class, he seems good-natured, but I'd like to see his personality come out more during class. He has never scheduled EI, which is another cause for concern. My guess is that he has the potential, but his study habits for the course are lacking. His grade on the first GR, which accounted for more than half of the Prog average, was 63%.

**Instructor:** Mrs. Foster, Maha

| Course | Date | OM for Course | | Apt | Att | Part | Mil | EIs | Retain |
|---|---|---|---|---|---|---|---|---|---|
| ARABIC 221 | 20-Dec-2001 | 15 | 16 | 2 | 4 | 4 | 3 | 0 | YES |

Comments: Cadet McIntire is a bright student. Unfortunately, he did not apply himself at all in my class.

**Instructor:** Prof Burns, Robert W.

| Course | Date | OM for Course | | Apt | Att | Part | Mil | EIs | Retain |
|---|---|---|---|---|---|---|---|---|---|
| ENGLISH 111 | 07-Mar-2001 | 0 | 0 | 4 | 3 | 3 | 0 | 0 | YES |

Comments: C4C McIntire has significant writing problems and only passed Eng 111 with a 70% at prog because his Instructor Option percentage of the grade was fairly strong. He is respectful cadet with good attitude but could stand to schedule some EI and work much harder on his writing.

AB#73

Apt - Aptitude;  Att - Attitude;  Part - Participation;  Mil - Military Qualities;  EIs - Number of Extra Instructions
0 - Unobserved;  1 - Superior;  2 - Above Average;  3 - Average;  4 - Below Average;  5 - Deficient
Personal Data - Privacy Act of 1974

# Attachment C to Exhibit 1



# DEPARTMENT OF THE AIR FORCE
## AIR FORCE LEGAL SERVICES AGENCY (AFLSA)

February 19, 2006

General Litigation Division
1501 Wilson Blvd, 7th Floor
Arlington, VA 22209

William G. Myers III
Holland & Hart LLP
Suite 1400, U.S. Bank Plaza
101 South Capitol Blvd.
Boise, ID 83701

Dear Mr. Myers

After additional review, the Air Force is making an additional discretionary release of records previously withheld or released with redactions in the January 20, 2006 responses to your client, 2Lt Christopher W. Berardi, in connection with his July 6 and October 17, 2005 requests under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The Social Security Numbers and birth dates of individuals other than Lt Berardi have been redacted from the records being released in order to prevent clearly unwarranted invasion of those individuals' personal privacy pursuant to FOIA Exemption 6, 5 U.S.C. § 552(b)(6). Completely clean copies of some pages released with redactions in addition to Social Security Numbers and birth dates were unavailable. For those pages we have provided the best copy possible.

Sincerely

JOHN M. PELLETT
Deputy Chief, Information Litigation Branch

Attachments:
1. List of Released Records
2 - 40. Released Records

cc:
Ms Karen Melnik (w/o Atchs 2 - 40)
USAFA/JAC (w/o Atchs 2 - 40)
10 CS/SCSF (w/o Atchs 2 - 40)

List of Released Records

Records withheld in connection with the January 20, 2006 response to the FOIA request dated July 6, 2005 (at 4:20 P.M.):

Attachment 2.    July 30, 2004 electronic mail correspondence between Mr. James Murphy and Major Paul Maraian, formerly fully withheld (1 Page).

Attachment 3.    Draft response to May 25, 2004 FOIA Appeal, formerly fully withheld (1 page).

Attachment 4.    Draft response to May 26, 2004 FOIA Appeal, formerly fully withheld (2 pages).

Attachment 5.    Draft Staff Summary Sheet related to May 25, 2004 FOIA Appeal, formerly fully withheld (1 page).

Attachment 6.    Draft Staff Summary Sheet related to May 26, 2004 FOIA Appeal, formerly fully withheld (1 page).

Records withheld or released with redactions in connection with the response to the FOIA request dated October 17, 2005:

Attachment 7.    Draft USAFA/JA legal reviews, formerly fully withheld (26 pages).

Attachment 8.    Draft FOIA responses to Cadet Berardi, formerly fully withheld (17 pages).

Attachment 9.    Draft Staff Summary Sheets that relate to Cadet Berardi, formerly fully withheld (3 pages).

Attachment 10.    Two talking papers by Maj Pleasants on Cadet Berardi dated April 15, 2003, formerly fully withheld (3 copies of each, 6 pages).

Attachment 11.    Two Draft Congressional responses, formerly fully withheld (3 copies of one draft, 5 pages each, 15 pages; 2 copies of another draft, 6 pages each, 12 pages; 27 total pages).

Attachment 12.    A note from "Jim" to "Brian," formerly fully withheld (4 copies, 1 page each, 4 pages).

Attachment 13.    Questions and answers concerning Cadet Berardi, formerly fully withheld (2 copies, 1 page each, 2 pages).

Attachment 14.    Major Pleasants' draft response to Anthony and Linda Berardi's May 7, 2003 letter, formerly fully withheld (2 copies, 2 pages each, 4 pages).

Attachment 15.    Memorandum for record by Major Scott A. Rose regarding Cadet Berardi's Probation Journal dated 25 October 2002, formerly fully withheld (3 pages).

Attachment 16.    Draft memorandum from Lt Col Joseph A. Milner regarding Cadet Berardi and FOIA request tracking number 06-006, formerly fully withheld (1 page).

Attachment 17.    Incident report summary found in a USAFA Security Forces electronic database (5 pages), released in part in Attachment 6 of the January 20, 2006 response to 2Lt Berardi's October 17, 2005 FOIA request.

Attachment 18.    68 of the 419 pages released in part in Attachment 8 of the January 20, 2006 response to 2Lt Berardi's October 17, 2005 FOIA request.  The 350 pages that were fully released are not included.

Attachment 19.    Document titled "Probation Placement, MRC, or Class D" (1 page), released in part in Attachment 9 of the January 20, 2006 response to 2Lt Berardi's October 17, 2005 FOIA request.

Attachment 20.    October 27, 2002 Memorandum for Record from Cadet Berardi (1 page), released in part in Attachment 10 of the January 20, 2006 response to 2Lt Berardi's October 17, 2005 FOIA request.

Attachment 21.    July 8, 2004 electronic mail message from Richard Peterson to Colonel Michael McAntee, formerly fully withheld (1 page).

Attachment 22.    October 4, 2002 electronic mail message from Capt William Pleasants to Maj Scott Rose, formerly fully withheld (1 page).

Attachment 23.    September 9, 2002 electronic mail message from Maj Scott Rose to Capt William Pleasants, formerly fully withheld (1 page).

Attachment 24.    March 25, 2004 electronic mail message from 1st Lt Brian Holinka to Sandie Miles, formerly fully withheld (2 pages).

Attachment 25.    January 23, 2004 electronic mail message from James Murphy to Sandie Miles, formerly fully withheld (1 page).

Attachment 26.    Miscellaneous notes from Sandie Miles, formerly fully withheld (2 pages).

3

Attachment 27.    Four USAFA/JA internal suspense sheets (1 page each, 4 pages) and four Staff Summary Sheets (1 page each, 4 pages), formerly fully withheld (8 pages total).

Attachment 28.    One USAFA/JA internal suspense sheet (1 page) with a tasker page (1 page) and a fax cover sheet (1 page) attached, formerly fully withheld (3 pages total).

Attachment 29.    October 25, 2002 Memorandum for Record from Major Scott A. Rose regarding Cadet Berardi's Probation Journal (2 copies: one 3 pages and one, apparently incomplete, 2 pages; 5 pages total), formerly fully withheld.

Attachment 30.    November 6, 2003 USAFA Legal Office legal review related to Cadet Berardi's Air Force Board for the Correction of Military Records application (2 copies, 4 pages each; 8 pages) and a related fax coversheet (1 page), formerly fully withheld (9 pages total).

Attachment 31.    February 10, 2004 AFLSA/JACL memorandum for HQ USAFA/DS (2 copies, 2 pages each; 4 pages), formerly fully withheld.

Attachment 32.    March 26, 2004 memorandum for AFLSA/JACL from 10 CS/SCSF, formerly fully withheld (1 page).

Attachment 33.    Documents (recorder's notes and executive summary) related to 2Lt Berardi's Military Review Committee that were previously given to him in redacted form in response to his August 16, 2003 FOIA Request, USAFA FOIA number 03-078, formerly fully withheld (13 pages).

Attachment 34.    The FOIA file, including tracking and processing documents, related to 2Lt Berardi's July 21, 2003 FOIA Request, USAFA FOIA number 03-070, formerly fully withheld (131 pages).

Attachment 35.    The FOIA file, including tracking and processing documents, related to 2Lt Berardi's April 27, 2004, USAFA FOIA number 04-058, formerly fully withheld (36 pages).

Attachment 36.    The FOIA file, including tracking and processing documents, related to 2Lt Berardi's September 6, 2003, USAFA FOIA number 03-81, formerly fully withheld (10 pages).

Attachment 37.    The FOIA file, including tracking and processing documents, related to 2Lt Berardi's August 16, 2003, USAFA FOIA number 03-078, formerly fully withheld (40 pages).

Attachment 38.     The FOIA file, including tracking and processing documents, related to 2Lt Berardi's September 29, 2003, USAFA FOIA number 04-002, formerly fully withheld (3 pages).

Attachment 39.     The file, including tracking and processing documents, related to a June 9, 2003 Congressional Inquiry from Representative Thomas M. Reynolds, formerly fully withheld (20 pages).

Attachment 40.     21 of the 43 pages of police reports that had previously been provided and were re-released with redactions in Attachment 11 of the January 20, 2006 response to 2Lt Berardi's October 17, 2005 FOIA request. The 22 pages that were released without redactions are not included.

# Attachment D to Exhibit 1

| ORI NUMBER | CASE NUMBER | AGENCY | AS OF DATE |
|---|---|---|---|
| CO02107DS | I2002100093 | USAF Academy | 20 Dec 2005 |

## Privacy Act Statement

PRIVACY ACT-1974 as Amended applies - This memo may contain information which must be protected IAW DOD 5400.11, and it is For Official Use Only (FOUO)
AUTHORITY: 10 U.S.C: 8013; 44 U.S.C. 3101; and EO 93397.
PRINCIPAL PURPOSES: Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, police, special agents, etc. Used to provide information to the appropriate individuals within DOD organizations who ensure that proper legal and administrative action is taken.
ROUTINE USES: Information may be disclosed to local, county, state, and federal law enforcement or investigatory authorities for investigation and possible criminal prosecution or civil action. Information extracted from this form may be used in other criminal and/or civil proceedings.
DISCLOSURE IS VOLUNTARY: SSN is used to positively identify the individual making the statement and as a conduit to check past criminal activity records.

| DATE RECEIVED | TIME RECEIVED | HOW COMPLAINT RECEIVED |
|---|---|---|
| 19 Oct 2002 | 21 20 | TELEPHONE |

| OCCURRED BEGIN DATE | OCCURRED BEGIN TIME | OCCURRED END DATE | OCCURRED END TIME |
|---|---|---|---|
| 19 Oct 2002 | 2100 | 19 Oct 2002 | 2119 |

| OFFENSE NUMBER | OFFENSE TYPE DESCRIPTION | STATUTORY BASIS | OFFENSE RESULT | BIAS CODE | LOCATION/ADDRESS | IN US (Y/N) | SECTOR CODE | ON BASE (Y/N) |
|---|---|---|---|---|---|---|---|---|
| 01 | Disorderly Conduct Other | Ucmj | Completed | Unknown Bias | Front Entrance, Falcon Stadium, CO | Y | 3 | Y |

| CRIMINAL ACTIVITY 1 | CRIMINAL ACTIVITY 2 | CRIMINAL ACTIVITY 3 | ILLEGAL ENTRIES | NUMBER OF PREMISES |
|---|---|---|---|---|
| N/A | N/A | N/A | Not Forced | 0 |

| OFFENSE NUMBER | OFFENSE TYPE DESCRIPTION | STATUTORY BASIS | OFFENSE RESULT | BIAS CODE | LOCATION/ADDRESS | IN US (Y/N) | SECTOR CODE | ON BASE (Y/N) |
|---|---|---|---|---|---|---|---|---|
| 02 | Consumption Of Alcohol By | Ucmj | Completed | Unknown Bias | Front Entrance, Falcon Stadium, CO | Y | 3 | Y |

| CRIMINAL ACTIVITY 1 | CRIMINAL ACTIVITY 2 | CRIMINAL ACTIVITY 3 | ILLEGAL ENTRIES | NUMBER OF PREMISES |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | 0 |

| OFFENSE NUMBER | OFFENSE TYPE DESCRIPTION | STATUTORY BASIS | OFFENSE RESULT | BIAS CODE | LOCATION/ADDRESS | IN US (Y/N) | SECTOR CODE | ON BASE (Y/N) |
|---|---|---|---|---|---|---|---|---|
| 03 | Fail To Obey Other Order | Ucmj | Completed | Unknown Bias | Front Entrance, Falcon Stadium, CO | Y | 3 | Y |

| CRIMINAL ACTIVITY 1 | CRIMINAL ACTIVITY 2 | CRIMINAL ACTIVITY 3 | ILLEGAL ENTRIES | NUMBER OF PREMISES |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | 0 |

| LAST NAME | FIRST NAME | MIDDLE NAME | CADENCY | SSN/ALIEN REG # | INVOLVEMENT |
|---|---|---|---|---|---|
| Berardi | Christopher | W | N/A | 024627586 | Principal |

| ALIAS LAST NAME | ALIAS FIRST NAME | DRIVERS LICENSE NO. | | DRIVERS LICENSE SOURCE |
|---|---|---|---|---|
| N/A | N/A | N/A | | N/A |

| DOB | AGE | CITY OF BIRTH | STATE OF BIRTH | COUNTRY OF BIRTH |
|---|---|---|---|---|
| 28 Nov 1981 | 24 | N/A | N/A | N/A |

| STREET ADDRESS | CITY | STATE | COUNTRY | ZIP |
|---|---|---|---|---|
| 1130 Wright Brothers Ave Ste 1 | Goldsboro | NC | United States of America | 27531 |

| STUDENT | PERMANENT PARTY |
|---|---|
| Yes | No |

| PERSONNEL STATUS | MILITARY SERVICE BRANCH | MILITARY COMPONENT | PAY PLAN | PAY GRADE | ORGANIZATION | OFFICE SYMBOL | DUTY PHONE | HOME PHONE |
|---|---|---|---|---|---|---|---|---|
| UNIFORMED SERVICE | Air Force | Regular | Cadet/Midshipman | N/A | USAF ACADEMY DU | Scx | 7227305 | 7199308907 |

| RACE | SEX | ETHNICITY | COMPLEXION | IDENTIFYING MARKS AND LOCATION | DESCRIPTION | HAIR CLR | EYE CLR | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| Unknown | Male | N/A | N/A | N/A/N/A | N/A | Brown | Brown | 74 Inches | 190 lbs. |

| APPREHENSION DATE | APPREHENSION/ DETENTION TYPE | DETENTION TYPE | JUVENILE DISPOSITION | MULTIPLE INCIDENT CLEARED |
|---|---|---|---|---|
| 19 Oct 2001 | Taken into Custody | Uniformed Service | N/A | N/A |

| ALCOHOL TEST RESULT | DRUG TEST RESULT | WEAPON ARMED WITH 1 | WEAPON ARMED WITH 2 |
|---|---|---|---|
| 0 | N/A | Unarmed | N/A |

AF Form 3545A

| OFFENSE # | OFFENSE | | TICKET TYPE | TICKET NUMBER | POINTS | FINES | DISPOSITION |
|---|---|---|---|---|---|---|---|
| N/A | N/A | | N/A | N/A | N/A | N/A | |

| LAST NAME | FIRST NAME | | MIDDLE NAME | | SSN | | |
|---|---|---|---|---|---|---|---|
| N/A | N/A | | N/A | | | N/A | |

| ADDRESS | CITY | STATE | COUNTRY | | ZIP |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

| TYPE VICTIM | DD2701 | DOB | AGE | RACE | SEX |
|---|---|---|---|---|---|
| | N/A | N/A | N/A | N/A | N/A |

| PERSONNEL STATUS | MILITARY SERVICE BRANCH | MILITARY COMPONENT | PAY PLAN | PAY GRADE | ORGANIZATION | OFFICE SYMBOL | DUTY PHONE | HOME PHONE |
|---|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| RELATIONSHIP TO OFFENDER | OFFENDER NO/SSN |
|---|---|
| N/A | Offender # N/A / N/A |

| JUSTIFIABLE HOMICIDE CIRCUMSTANCES CODES 1 | JUSTIFIABLE HOMICIDE CIRCUMSTANCES CODES 2 |
|---|---|
| N/A | N/A |

**INJURY TYPE DESCRIPTION** N/A

| AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES CODES 1 | AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES CODES 2 |
|---|---|
| N/A | N/A |

| NAME (Last, First) | MILITARY SERVICE | MILITARY COMPONENT BRANCH | PAY PLAN | PAY GRADE | ORGANIZATION EMPLOYER | OFFICE SYMBOL | DUTY PHONE | HOME PHONE |
|---|---|---|---|---|---|---|---|---|
| N/A, N/A | | | N/A | Grade N/A | N/A | | N/A | N/A |

| LAST NAME | FIRST NAME | | MIDDLE NAME | | SSN | | |
|---|---|---|---|---|---|---|---|
| N/A | N/A | | N/A | | | N/A | |

| ADDRESS | CITY | STATE | COUNTRY | | ZIP |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

| DOB | AGE | RACE | SEX |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| PERSONNEL STATUS | MILITARY SERVICE BRANCH | MILITARY COMPONENT | PAY PLAN | PAY GRADE | ORGANIZATION | OFFICE SYMBOL | DUTY PHONE | HOME PHONE |
|---|---|---|---|---|---|---|---|---|
| | N/A | N/A | N/A | N/A | N/A | | N/A | N/A |

| NAME (Last, First) | MILITARY SERVICE | MILITARY COMPONENT BRANCH | PAY PLAN | PAY GRADE | ORGANIZATION EMPLOYER | OFFICE SYMBOL | DUTY PHONE | HOME PHONE |
|---|---|---|---|---|---|---|---|---|
| N/A, N/A | | | N/A | Grade N/A | | | N/A | N/A |

| DESCRIPTION | SERIAL NUMBER | SECURITY | LOSS DESCRIPTION | |
|---|---|---|---|---|
| N/A | | N/A | DRUG QTY | DRUG MEASUREMENT |
| QTY | OWNERSHIP | VALUE | DATE RECOVERED | DATE RET'D | DRUG DESC | | |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| LAST NAME | FIRST NAME | | MIDDLE NAME | | SSN | | |
|---|---|---|---|---|---|---|---|
| Cowie | Justin | | M | | | | |

| ADDRESS | CITY | STATE | COUNTRY | | ZIP |
|---|---|---|---|---|---|
| 10 Sfs/Sfoc | Usafa | CO | United States Of America | | 80840 |

| DOB | AGE | RACE | SEX |
|---|---|---|---|
| N/A | 0 | N/A | N/A |

| PERSONNEL STATUS | MILITARY SERVICE BRANCH | MILITARY COMPONENT | PAY PLAN | PAY GRADE | ORGANIZATION | OFFICE SYMBOL | DUTY PHONE | HOME PHONE |
|---|---|---|---|---|---|---|---|---|
| UNIFORMED SERVICE | Air Force | Regular | Enlisted | Grade 4 | 10 SFS | SFO | 7193332000 | N/A |

| LAST NAME | FIRST NAME | MIDDLE NAME | SSN |
|---|---|---|---|
| Hill | John | J | UNK |

| | CITY | STATE | COUNTRY | ZIP |
|---|---|---|---|---|
| | Usafa | CO | United States Of America | 80840 |

| ADDRESS | | | | | |
|---|---|---|---|---|---|
| 10 Sfs/Sfod | | | | | |

| | RACE | | SEX |
|---|---|---|---|
| | N/A | | M |

| DOB | AGE | | | | |
|---|---|---|---|---|---|
| N/A | 0 | | | | |

| PERSONNEL STATUS | MILITARY SERVICE BRANCH | MILITARY COMPONENT | PAY PLAN | PAY GRADE | ORGANIZATION | OFFICE SYMBOL | DUTY PHONE | HOME PHONE |
|---|---|---|---|---|---|---|---|---|
| UNIFORMED SERVICE | Air Force | Regular | Enlisted | Grade 5 | 10 SFS | SFOD | 333-2000 | 719 333-2005 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SSN |
|---|---|---|---|
| Krause | Bradley | S | |

| | CITY | STATE | COUNTRY | ZIP |
|---|---|---|---|---|
| | San Antonio | TX | United States Of America | 78249 |

| ADDRESS |
|---|
| 6103 Windbrooke St |

| | RACE | SEX |
|---|---|---|
| | White | M |

| DOB | AGE |
|---|---|
| | 29 |

| PERSONNEL STATUS | MILITARY SERVICE BRANCH | MILITARY COMPONENT | PAY PLAN | PAY GRADE | ORGANIZATION | OFFICE SYMBOL | DUTY PHONE | HOME PHONE |
|---|---|---|---|---|---|---|---|---|
| UNIFORMED SERVICE | Air Force | Reserve | Enlisted | Grade 5 | 0343 TRAINING SQ | DOB2 | 2106712337 | 2108772468 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SSN |
|---|---|---|---|
| Lambert | Henri | C | |

| | CITY | STATE | COUNTRY | ZIP |
|---|---|---|---|---|
| | Phoenix | AZ | United States Of America | 85048 |

| ADDRESS |
|---|
| 25049 Rocky Slope Dr |

| | RACE | SEX |
|---|---|---|
| | N/A | M |

| DOB | AGE |
|---|---|
| | 38 |

| PERSONNEL STATUS | MILITARY SERVICE BRANCH | MILITARY COMPONENT | PAY PLAN | PAY GRADE | ORGANIZATION | OFFICE SYMBOL | DUTY PHONE | HOME PHONE |
|---|---|---|---|---|---|---|---|---|
| UNIFORMED SERVICE | Air Force | Regular | Commissioned Officer | Grade 5 | 56 MSG | CD2 | 8966305 | 4807503246 |

| LAST NAME | FIRST NAME | MIDDLE NAME | SSN |
|---|---|---|---|
| Palmer | Brian | H | |

| | CITY | STATE | COUNTRY | ZIP |
|---|---|---|---|---|
| | Patrick AFB | FL | United States Of America | 32925 |

| ADDRESS |
|---|
| 726 Sequoia Trl |

| | RACE | SEX |
|---|---|---|
| | Unknown | M |

| DOB | AGE |
|---|---|
| | 36 |

| PERSONNEL STATUS | MILITARY SERVICE BRANCH | MILITARY COMPONENT | PAY PLAN | PAY GRADE | ORGANIZATION | OFFICE SYMBOL | DUTY PHONE | HOME PHONE |
|---|---|---|---|---|---|---|---|---|
| UNIFORMED SERVICE | Air Force | Regular | Enlisted | Grade 6 | 45 SFS | SPO | 3214942008 | N/A |

| ACTION REQUIRED | SENT TO ORGANIZATION | SENT TO UNIT |
|---|---|---|
| FILED/COMPLETED | 10 SFS | SFAR |

| NUMBER OF VICTIMS NOTIFIED USING DD2701 | NUMBER OF WITNESSES NOTIFIED USING DD2701 | INCIDENT REASON CLEARED REASON CODE | EXCEPTIONAL CLEARANCE DATE |
|---|---|---|---|
| 0 | 0 | Arrest or Arrest Equivalent | N/A |

| FROM | | | THRU | | TO | | | |
|---|---|---|---|---|---|---|---|---|
| LAST NAME<br>Berardi | | FIRST NAME<br>Christopher | | MIDDLE NAME<br>W | CADENCY<br>NA | SSN/ALIEN REG #<br>024627586 | | INVOLVEMENT<br>Principal |

**REFERRALS**

| TYPE | REFERRAL DATE | RESPONSE DATE | TYPE | REFERRAL DATE | RESPONSE DATE |
|---|---|---|---|---|---|
| Family Advocacy | | | Drug Alcohol Abuse Office | | |
| Equal Opportunity | | | Legal Office | | |
| Mental Health | | | Special Referral (Explain) | | |
| Relief Agency | | | | | |

**COMMANDER'S ACTION TAKEN** ☐ NO ACTION TAKEN

**ADMINISTRATIVE ACTION TAKEN**

| TYPE ACTION | ORAL | WRIT | INITIATION DATE | COMPLETION DATE | TYPE ACTION | ORAL | WRIT | INITIATION DATE | COMPLETION DATE |
|---|---|---|---|---|---|---|---|---|---|
| Withholding of Privileges | | | | | Clearance Revocation | | | | |
| Withholding of Promotion | | | | | Control Roster | | | | |
| Mandatory Reassignment | | | | | Promotion Revocation | | | | |
| Transfer | | | | | Resignation | | | | |
| Adverse Record Entries | | | | | Retirement | X | | | |
| Delay of Promotion | | | | | Counseling | | X | N/A | N/A |
| Extra Duty | | | | | Fines | | | | |
| Reduction in Grade | | | | | Restricted | | | | |
| Denial of Reenlistment or Continuation | | | | | Retirement at a Lower Grade of | | | | |
| Nonpunitive Admonition (Reprimand, Censure) | | | | | Transfer to Inactive Reserve Status | | | | |
| Adverse Performance Evaluation | | | | | Military Occupational Specialty Reclassification | | | | |
| Correctional Custody | | | | | | | | | |
| Administrative Separation | | | HONORABLE | GENERAL | UOTHC | UNCHARACTERIZED | | | |
| Administrative Separation in lieu of trial | | | HONORABLE | GENERAL | UOTHC | UNCHARACTERIZED | | | |

**NON-JUDICIAL ACTION**

| COMPANY GRADE | FIELD GRADE | GENERAL OFFICER | GENERAL COURT-MARTIAL CONVENING AUTHORITY | | PRINCIPAL ASSISTANT | |
|---|---|---|---|---|---|---|
| | | | SUSPENSION | INITIATION DATE | APPEAL DATE | COMPLETION DATE |

| TYPE ACTION | AMOUNT | | | | |
|---|---|---|---|---|---|
| REDUCTION | TO: | | | | |
| FORFEITURE | TOTAL: | | | | |
| CORRECTIONAL CUSTODY | DAYS: | | | | |
| RESTRICTION/ARREST | DAYS: | | | | |
| EXTRA DUTIES | DAYS: | | | | |
| REPRIMAND | YES | NO | | | |

**JUDICIAL ACTION**

| REFERRED TO COURT-MARTIAL | | | REMANDED TO CIVILIAN CRIMINAL COURT | |
|---|---|---|---|---|
| SUMMARY COURT-MARTIAL | | SPECIAL COURT-MARTIAL | GENERAL COURT-MARTIAL | |
| PENDING | TRIAL COMPLETED | PENDING | TRIAL COMPLETED | PENDING | TRIAL COMPLETED |

**CIVILIAN CRIMINAL COURT DISPOSITION**

| GUILTY | NOT GUILTY | DEFERRED | NOLO CONTENDERE |
|---|---|---|---|

**CIVILIAN CRIMINAL OFFENSE CATEGORY**

| FELONY | MISDEMEANOR |
|---|---|
| CIVILIAN COURT LOCATION ZIP CODE | CIVILIAN COURT LOCATION COUNTRY CODE |

**COMMANDER'S COMMENTS**

REFERRAL REMARKS

SANCTION REMARKS

| TYPE NAME AND GRADE OF COMMANDING OFFICER | SIGNATURE | DATE |
|---|---|---|

AF Form 3545A

Article 134/Disorderly Conduct/Drunkenness.

# Attachment E to Exhibit 1

May-09-06 08:58  SSD-IM Office                585 269 5673        P.01

# Mr. Lucy
# FAX            719-634-2461

## 17 pages including cover

Second Submission

Message                                                                                    Page 1 of 1

## Sandgren Marie J Civ 34 TRG/CWD2

| | |
|---|---|
| **From:** | Hammes James J LtCol 34TRG\CG02 |
| **Sent:** | Monday, October 21, 2002 2:44 PM |
| **To:** | Garner Todd C1C CS17; Coker William C Maj 34 TRW/CS 15; Pleasants William C Maj 34 TRG/CS 18; Kafer James R Capt 34 TRW/CCQ |
| **Cc:** | Ryles Dale E TSgt USAFA/CS16; Rose Scott A Maj 34 TRG/CG2D; Ray Audrey D TSgt 34 TRS/DOS; Gullickson Dee A SSgt USAFA/CS14 |

**Subject:** FW: form 10s

All,

I guess the cadet wing direct to Col S is handling these Form 10s. Why not the SQ? Please review and provide thoughts.

I know that Berardi is on CON/APT Prob for condoning underage drinking, Trigoso is on Honor Prob for falsify a passport to get into a club but what about Henry? If his case is similar then he deserves the same hit if not similar then a lesser hit is due.

Quick turn Please.
JJH
-----Original Message-----
**From:** Garner Todd C1C CS17
**Sent:** Monday, October 21, 2002 1:48 PM
**To:** Blaettler Daniel C LtCol 34 TRG CG1/CC; Harden James Lt Col 34 TRG/CG4; Gallagher James M LtCol 34 TRG/CG-3 CC; Hammes James J LtCol 34TRG\CG02; Hickie Mark C1C CS24; Burich William C1C CS03; Donley Kristen C1C CS34; Fallon Charles C1C CS12
**Subject:** form 10s

Sir,
I wanted to forward theses to you all for revisions, we were told to get punishment out as soon as possible so to avoid red tape, I want to ensure you concur with what we have right now. We are trying to get final copies submitted to Col Slavec by tonight.


V/R
C1C Todd Garner
-----Original Message-----
**From:** Magruder Daniel C1C CS01
**Sent:** Monday, October 21, 2002 11:33 AM
**To:** Garner Todd C1C CS17
**Subject:** form 10s

# REPORT OF CONDUCT

| | DATE |
|---|---|
| | 20021020 |

| CADET NAME (Last, First, MI) | | CLASS YEAR | SQUADRON |
|---|---|---|---|
| Beradi, Christopher | | 2004 | CS-18 |

**CONDUCT NARRATIVE** (Include all pertinent facts - date(s), time(s), other cadet(s) involved, etc.)

On the night of 19 Oct 2002, C2C Berardi was intoxicated at the Air Force vs. Notre Dame football game. C2C Berardi is 20 years of age and is currently under Conduct/ Aptitude Probation for Alcohol Condonation.

Recommend:

Code 500 (Alcohol)

D    Unauthorized possession or consumption (underage, in unauthorized location, drinking in uniform without authorization, etc.)
D    Drinking or being under the influence of alcohol while on duty

100D/100T/6 months

| REPORTING OFFICIAL (RO) (Typed or Printed) | GRADE | ORGANIZATION | DUTY PHONE | MEMO FOR RECORD (MFR) ATTACHED |
|---|---|---|---|---|
| Dave Burshtein | C/Maj | CS-18 | x4777 | |

## INITIAL PROCESSING

| 'LOG-IN' DATE | INITIAL COMPUTER CODE | CLASS (A, B, C, D) | SQUADRON AOC INITIALS | SQUADRON OPERATIONS OFFICER (OPS) INITIALS | SQUADRON OPS NCO INITIALS |
|---|---|---|---|---|---|
| 20 Oct 02 | 500 | D | WG 21Oct02 | DB | MF |

| DATE CADET RECEIVED AFCW FORM 10 | CHAIN-OF-COMMAND RECOMMENDATIONS (Place your recommendation(s) and initials in the appropriate box below) |
|---|---|

| CADET OPTIONS | ELEMENT LEADER | FLIGHT/CC | COMMANDER (SQ/GP/Wing) | SQUADRON AOC |
|---|---|---|---|---|
| NO EXCUSE | CONCUR | Concur | 100 D/100 T/ 6 months  RWW | 100D/100T/6 MOS DFBLC/ALCOHOL AWARENESS LOSS of CAR-ROCC  NG 23 Oct 02 |
| HELD REPORT | | | | |
| MFR ATTACHED  CB | GROUP (GP) AOC Non Concur 100 D/100 T/6 months Loss of Veh for 1 year (Oct 03)/DFBLC/Alc. Awareness Seminar Hnrs Brd/AOC/Discmnt/mtg | 34TRG/CC 100 Demerits 100 Tours 6 months restriction 3rd further until pbtn Jul 03 | MILITARY REVIEW COMMITTEE (MRC) | 34TRW/CC |
| CADET'S INITIALS  CB | | | | |

## FINAL PROCESSING

| | | | AWARD | | | |
|---|---|---|---|---|---|---|
| COUNSELING | DEMERIT(S) | TOUR(S) | CONFINEMENT(S) | RESTRICTION(S) | IMPOUNDMENT | OTHER |
| Alc/Beh/ Leadership | 100 | 100 | 0 | 6M | ROCC | — |

| AWARDING OFFICIAL'S SIGNATURE | DATE | ORGANIZATION | CADET'S SIGNATURE | | DATE |
|---|---|---|---|---|---|
| | 12NOV02 | 34TRG/CC | | | 3 Jan 03 |

| FINAL COMPUTER CODE | SQUADRON OPS NCO INITIALS | SQUADRON OPS OFFICER INITIALS | SQUADRON AOC INITIALS | DATE RO NOTIFIED |
|---|---|---|---|---|

AFCW FORM 10, 20010201 (EF-V1)     PREVIOUS EDITION IS OBSOLETE
AB#32

11.2 (2)

Message                                                                  Page 1 of 1

## Sandgren Marie J Clv 34 TRG/CWD2

**From:**  Pleasants William C Capt 34 TRG/CS 18
**Sent:**  Monday, October 28, 2002 4:57 PM
**To:**  Rose Scott A Maj 34 TRG/CG2D
**Cc:**  Gullickson Dee A SSgt USAFA/CS14

**Subject:** RE: Berardi Package

Sir,
  Errors fixed with MFR from Chris. I put an additional MFR from myself in the folder to explain some errors in the police report. They will send us a corrected copy.

**Capt Clarke Pleasants**
AOC/CS-18 "Nightriders"
2360 Vandenberg Dr Suite 6D23
USAF Academy CO  80840
DSN 333-4768
-----Original Message-----
**From:** Rose Scott A Maj 34 TRG/CG2D
**Sent:** Monday, 28 October, 2002 09:10
**To:** Pleasants William C Capt 34 TRG/CS 18
**Cc:** Gullickson Dee A SSgt 34 TRG/CS18
**Subject:** Berardi Package

Clarke,

Sorry...there are a few things I need on Berardi's package:

-   He needs to write an MFR to attach to the Form 10 he received at the game
-   There are a few corrections to your Page 1 of the 0-299 that you might want to fix

The package is on Lt Col Hammes' desk.

**Maj Scott Rose**
Deputy Commander, Cadet Group Two
DSN 333-4372, Comm (719) 333-4372

7-6   (3)

Message                                                                          Page 1 of 1

## Sandgren Marie J Civ 34 TRG/CWD2

| | |
|---|---|
| **From:** | Lambert Kit Maj 10SFS\CC |
| **Sent:** | Monday, November 04, 2002 6:45 AM |
| **To:** | Pleasants William C Maj 34 TRG/CS 18 |
| **Cc:** | Gullickson Dee A SSgt USAFA/CS14; Gates Ryan MSgt 34 TRG/CG-2; Hammes James J III LtCol USAFA/CG02; Rose Scott A Maj 34 TRG/CG2D; Sandgren Marie J Civ 34 TRG/CWD2 |
| **Subject:** | RE: Police Report - Cadet Berardi |

He was cooperative until he got on the bus. At that point, he became verbally argumentative and refused to remain quiet. He talked back to my flight chief and me. I had to give him a direct order to cease talking.

HENRI C. "KIT" LAMBERT, Major, USAF
Commander, 10th Security Forces Squadron
USAF Academy, CO 80840
DSN 333-2007 COMM 719-333-2007 Cell 719-338-5523 FAX 333-3677

*Missions:  Defend the Base*
*Prepare to Deploy*

*One Team...One Fight...HUA!*

-----Original Message-----
**From:** Pleasants William C Capt 34 TRG/CS 18
**Sent:** Friday, November 01, 2002 11:27 AM
**To:** Lambert Kit Maj 10SFS\CC
**Cc:** Gullickson, Dee; Gates, Ryan; Hammes, James; Rose, Scott; Sandgren, Marie
**Subject:** Police Report - Cadet Berardi

Sir,
    I just spoke with Capt Rose and he said I should contact you about Cadet Berardi's behavior on the evening of 19 Oct 02. According to the police report Cadet Berardi was observed "stumbling in a drunken manor and acting belligerent to all people in the surrounding area." Based on my observations that evening he was most cooperative and was released to SSgt Gullickson without further incident. I think it's important to set the record straight since Cadet Berardi may face disenrollment from the Academy. Thank you for your time in this matter.

v/r

**Capt Clarke Pleasants**
AOC/CS-18 "Nightriders"
2360 Vandenberg Dr Suite 6D23
USAF Academy CO  80840
DSN 333-4768

(4)

3/1/2004

Message                                                                    Page 1 of 2

---

**Sandgren Marie J Civ 34 TRG/CWD2**

---

**From:**  Gullickson Dee SSgt 34 TRG/CS18

**Sent:**   Monday, November 04, 2002 11:00 AM

**To:**     Palmer Brian H SSgt 10 SFS/SFTV

**Cc:**     Gates Ryan MSgt 34 TRG/CG-2; Hammes James J III LtCol USAFA/CG02; Pleasants William C Maj 34 TRG/CS
            18; Rose Scott A Maj 34 TRG/CG2D; Sandgren Marie J Civ 34 TRG/CWD2

**Subject:** FW: Police Report - Cadet Berardi

SSgt Palmer,
    Could you please verify the following statement? When we had spoken the evening of the Notre Dame - Falcon football
game, you stated that C2C Berardi was well behaved the entire time. The only difficulty you had with C2C Berardi was when he
was resisting signing the arrest documentation. Were you on the bus during transportation from the stadium to the 10th SF?
Our goal is to make sure that Berardi isn't unjustly being confused with any other cadets that were detained that evening.
Thank you for your help.

v/r
SSgt Dee Gullickson
MTL/ CS-18

-----Original Message-----
**From:** Lambert Kit Maj 10SFS\CC
**Sent:** Monday, November 04, 2002 6:45 AM
**To:** Pleasants William C Capt 34 TRG/CS 18
**Cc:** Gullickson Dee SSgt 34 TRG/CS18; Gates Ryan MSgt 34 TRG/CG-2; Hammes James J LtCol 34TRG\CG02; Rose Scott A Maj
34 TRG/CG2D; Sandgren Marie Civ 34 TRG/CWD2
**Subject:** RE: Police Report - Cadet Berardi

He was cooperative until he got on the bus.  At that point, he became verbally argumentative and refused to remain quiet.  He
talked back to my flight chief and me.  I had to give him a direct order to cease talking.

**HENRI C. "KIT" LAMBERT, Major, USAF**
**Commander, 10th Security Forces Squadron**
**USAF Academy, CO 80840**
**DSN 333-2007 COMM 719-333-2007 Cell 719-338-5523 FAX 333-3677**

*Missions:* ***Defend the Base***
              ***Prepare to Deploy***

*One Team...One Fight...HUA!*

-----Original Message-----
**From:** Pleasants William C Capt 34 TRG/CS 18
**Sent:** Friday, November 01, 2002 11:27 AM
**To:** Lambert Kit Maj 10SFS\CC
**Cc:** Gullickson, Dee; Gates, Ryan; Hammes, James; Rose, Scott; Sandgren, Marie
**Subject:** Police Report - Cadet Berardi

Sir,
    I just spoke with Capt Rose and he said I should contact you about Cadet Berardi's behavior on the evening of 19 Oct
02. According to the police report Cadet Berardi was observed "stumbling in a drunken manor and acting belligerent to
all people in the surrounding area." Based on my observations that evening he was most cooperative and was

Sir,
   I just spoke with Capt Rose and he said I should contact you about Cadet Berardi's behavior on the evening of 19 Oct 02. According to the police report Cadet Berardi was observed "stumbling in a drunken manor and acting belligerent to all people in the surrounding area." Based on my observations that evening he was most cooperative and was released to SSgt Gullickson without further incident. I think it's important to set the record straight since Cadet Berardi may face disenrollment from the Academy. Thank you for your time in this matter.

3/1/2004                              Page____of____pages                         $8\ 3$  (5)
                                      Page____of_____                          $\approx 7$  (0)
   6/4/2004
   answer in the future. I don't think they have any more ...

Basically the Berardi's are concerned that the proper procedures were followed. Specifically they had issues with the following:
-40 demerits for loss of ID card when other cadets got less
-Form 10 from me for missing counseling
-Alcohol being an issue in the December incident when he was of age
-Journal entries about Lt Col Rose and his rebuttal at the Softlook MRC
-Inappropriate conversation with Col Slavec at the football game

They have been in contact with a Lt Garvin in the Superintendent's office who is taking their questions. Chris has spoken to his parents and he has his cell phone to call them. He declined calling them from my office or SSgt Gullickson's. He went to see his sponsor, Lt Col Sartori at the hospital and see his academic advisor this afternoon. I've notified Cadet High of the Superintendent's decision and to keep an eye on Chris until he departs.

Please let me know if you have any questions.

**Maj Clarke Pleasants**
AOC/CS-18 "Nightriders"                Page____of____pages                          $\mathcal{CC}$  (1)



# DEPARTMENT OF THE AIR FORCE
### 34TH TRAINING GROUP
#### UNITED STATES AIR FORCE ACADEMY, COLORADO



MEMORANDUM FOR RECORD

6 Apr 04

FROM: 34TRG/CS-14

SUBJECT: Berardi FOIA request

1. This memorandum is in response to a request for additional information from an email dated 4 Nov 2002. This email was from myself to SSgt Brian Palmer, 10th Security Forces and asked for clarification on C2C Berardi's attitude and actions during his detainment on the night of 20 Oct 2002 at the Notre Dame/USAFA football game. SSgt Brian Palmer signed the AF Form 1168 as the witness/interviewer.

2. I did not receive an email response to this request. I did however have a telephone conversation with SSgt Palmer, exact date unknown. During this conversation he stated that at all times during his interactions with Cadet Berardi on the night in question, Cadet Berardi was professional and courteous and never became "belligerent" as was stated in the SF report.

3. This MFR and the previous documents that I have submitted is the extent of information that I have in my possession on Cadet Christopher Berardi. Future FOIA requests will not result in any new documents from this office.

4. Please contact me at (719) 333-6720 with further questions.

DEE A. GULLICKSON, SSgt, USAF
Military Training Leader, Cadet Squadron 14

(8)

-----Original Message-----
**From:** Berardi Christopher W A1C 4 CS/SCX [mailto:christopher.berardi@seymourjohnson.af.mil]
**Sent:** Wednesday, April 14, 2004 10:39 AM
**To:** Zeh David E LtCol USAFA/IG
**Subject:**

Lt Col Zeh,

Sir

I realize that my mother discussed this situation with you in a phone conversation, but I feel the need to personally address this issue with you.

In a response that I received from a FOIA request, I received a document that states there was a second police report issued.  The document goes on to state that the second was still not correct and a third had been requested.  A following comment states that the SF refused to issue a third report and that the MFR from Major Pleasants will have to suffice.

I have a couple of concerns that I would like you to address for me. Can you please comment on each section below.
1. You have stated to us many times in the past and just recently with my mother that you asked about additional police reports and you were told that none exist.  In fact when my mother called you, you were surprised at the information I had stating that there was a second report. It is quite alarming to me, but not surprising that again you were not told the truth during the investigative process.  I am quite sure that the second police report did not contain identical information to the first, otherwise there would be no point in producing it.  What the second police report would have shown, whether or not it was fully correct, was the fact that individuals realized the first one was less than accurate.
2. Furthermore, a second police report available to you during the investigative process would have indicated to you that you needed to make further inquiries and that the events of that evening were closer to what I described as opposed to what the original report said.
4. Who made the decision to exclude this second report from my CPR-II and to say that the correction in the MFR would suffice?
3. Also within the response that I received, there is a series of e-mails indicating that Major Pleasants and SSgt Gullickson were fully aware of the fact that the police report was incorrect because they were questioning what they were told as opposed to what was written.  SSgt. Gullickson even goes as far to indicate that they needed to be sure that the comments were made about the right cadet and that they were not confusing me with someone else.  This comment certainly indicated that SSgt Gullickson was aware that the contents of the report were tainted.
4. In one of the e-mail responses from the SF it states that I was argumentative on the bus and that I had to be ordered to be quiet.  This is absolutely not true.  Cadet Henry sat directly behind me on the bus and he was argumentative - to the point that he was made to lay face down on the seat and ordered to be quiet.  What is so striking about this comment though is that no where in any other documentation was this ever written.
5. Have you ever requested to see Cadet Henry's police report?  Possibly the comments that should have been made about me are in his report.
6. Why would the SF refuse to issue a third report?

I have asked for the second police report through a FOIA request, but cannot ask for comments on the scenario of e-mails. In the conversation you had with my mother you indicated that you had requested and received the entire packet of information that I received from the TRW.  I am sure you understand the urgency of a reply regarding this situation.

Very Respectfully,

CHRISTOPHER BERARDI, A1C, USAF
C4 Systems Project Manager
4 CS/SCXC
DSN 722-7305
Commercial (919)-722-7305

1

(9)

-----Original Message-----
**From:** Zeh David E LtCol USAFA/IG [mailto:David.Zeh@USAFA.af.mil]
**Sent:** Friday, April 16, 2004 1:04 PM
**To:** Berardi Christopher W A1C 4 CS/SCX
**Subject:** RE:

Chris
I got a copy of the SF report...only one, but I need to compare it with the original one because it seems to read different..in your favor as it does not list you as defiant etc.  More as soon as I have a chance to review.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only.  Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*


| | |
|---|---|
| **Subject:** | **RE:** |
| **Date:** | 4/16/2004 3:08:11 PM Eastern Standard Time |
| **From:** | christopher.berardi@seymourjohnson.af.mil |
| **To:** | David.Zeh@USAFA.af.mil |

Lt. Col. Zeh

Thank you for checking, could you please scan a copy of the new document and send a copy to Mr. Lucy, my parents, and myself?  I have included their email addresses below.  As always I greatly appreciate all your help

lindacberardi@aol.com
clucy@hollandhart.com

Very Respectfully,

CHRISTOPHER BERARDI, A1C, USAF
C4 Systems Project Manager
4 CS/SCXC
DSN 722-7305
Commercial (919)-722-7305


-----Original Message-----
**From:** LindaCBerardi@aol.com [mailto:LindaCBerardi@aol.com]
**Sent:** Tuesday, April 20, 2004 9:01 PM
**To:** david.zeh@usafa.af.mil
**Subject:** Second Police Report

Lt Col Zeh,

Have you notified the General Counsel and the BCMR of the second police report?

Linda Berardi

2

**Subject:**    **RE: Second Police Report**
**Date:**    4/21/2004 6:48:02 PM Eastern Standard Time
**From:**    David.Zeh@USAFA.af.mil
**To:**    LindaCBerardi@aol.com
**CC:**    christopher.berardi@seymourjohnson.af.mil

Ma'am,
No, not yet. I am trying to figure out their sequence of events and what happened to the first one...and who got what.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*

**Subject:**    **FOIA**
**Date:**    4/27/2004 7:43:26 AM Eastern Standard Time
**From:**    christopher.berardi@seymourjohnson.af.mil
**To:**    Laurence.Mcdanel@USAFA.af.mil

Mr. McDanel

Sir

I am writing to make a request under the Freedom of Information Act.

The requester is I, Christopher Berardi. I am currently stationed at Seymour Johnson AFB. I would like any information from this request sent to my home address which is:
1288 Telephone Road
Rush, NY 14543

I can be reached at 919-722-7305.

I agree to pay the cost of all processing fees. Please inform me if the cost will exceed $50.00.

I am requesting any and all information from the 10th SFS-SFA that applies to me. I am especially interested in receiving all documentation from the office that pertains to the Notre Dame incident of October 19, 2002, to include copies of all police reports generated.

Very Respectfully,

CHRISTOPHER BERARDI, A1C, USAF
C4 Systems Project Manager
4 CS/SCXC
DSN 722-7305
Commercial (919)-722-7305

| | |
|---|---|
| **Subject:** | **RE: Second Police Report** |
| **Date:** | 4/28/2004 3:08:13 PM Eastern Standard Time |
| **From:** | David.Zeh@USAFA.af.mil |
| **To:** | LindaCBerardi@aol.com |

I talked to them today and will be faxing them information.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*

| | |
|---|---|
| **Subject:** | **Report** |
| **Date:** | 5/4/2004 2:06:52 PM Eastern Standard Time |
| **From:** | Mike.Meyer@USAFA.af.mil |
| **To:** | LindaCBerardi@aol.com |

Ms. Berardi,

I contacted our FOIA office directly and they informed me that Chris has FOIA'd
USAFA and the 10th Security Forces for the requested information.  The package to
be sent to Chris is currently being reviewed by our Legal team.  Lt Col Zeh is
continuing to work with the Personnel Counsel and USAFA even though he is TDY in VA
this week.  As of today, he is still awaiting information from security forces and
relays that the Corrections Board is aware of that.

*V/R,*
*Michael C. Meyer, Maj, USAF*
*USAFA Deputy Inspector General*
*(719) 333-3490  DSN 333-3490/4452*
*email: mike.meyer@usafa.af.mil*

| | |
|---|---|
| **Subject:** | **SF Report** |
| **Date:** | 5/14/2004 10:10:56 AM Eastern Standard Time |
| **From:** | David.Zeh@USAFA.af.mil |
| **To:** | christopher.berardi@seymourjohnson.af.mil |

Chris
I promised your mother an update today on the status of your FOIA request for the copy of the Security Forces
report. The legal office did review this latest FOIA request for your new "updated" SF report copy and is
recommending release to you.  It seems that the recent "non-release" response from Col Kellenbence was based
on your request for reports involving other people.  I am following up on who has the FOIA package today so we
can get it signed out to you ASAP.  I will keep you updated as well the BCMR office.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only.  Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*

4
(12)

**Subject:**      **RE: SF Report**
**Date:**      5/14/2004 5:54:27 PM Eastern Standard Time
**From:**      David.Zeh@USAFA.af.mil
**To:**      christopher.berardi@seymourjohnson.af.mil
**CC:**      lindacberardi@aol.com, David.Zeh@USAFA.af

Chris,
I just spoke with your mother and I wanted to relay the same information. I did confirm that the TRG received the updated copy of the SF Report on 6 Nov 03. I have notified Mr Weller at the BCMR office to that info. I am contineing to pursue who in the TRG or TRW had access to this new report and why it was not made available to the Supt ( & others) as part of your disenrollment package. I will continue to update you.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*


**Subject:**      **Status of FOIA**
**Date:**      5/21/2004 9:52:27 AM Eastern Standard Time
**From:**      Mike.Meyer@USAFA.af.mil
**To:**      LindaCBerardi@aol.com
**CC:**      Wendy.Everson@USAFA.af.mil

Mrs. Berardi,
MSgt Everson informed me she contacted our FOIA office and the requested document was sent out on Wednesday, 19 May. You/Chris should be receiving it soon.

*V/R,*
*Michael C. Meyer, Maj, USAF*
*USAFA Deputy Inspector General*
*(719) 333-3490   DSN 333-3490/4452*
*email: mike.meyer@usafa.af.mil*

5

(13)

**Subject:**       **Need clarification please**
**Date:**          5/22/2004 7:20:29 PM Eastern Standard Time
**From:**          Linda C Berardi
**To:**    david.zeh@usafa.af.mil
**CC:**    clucy@hollandhart.com, christopher.berardi@seymourjohnson

Lt Col Zeh,

I need to ask for clarification to an e-mail that you sent. On 5/14/2004 you sent Chris and I the following e-mail:

Chris,
I just spoke with your mother and I wanted to relay the same information. I did confirm that the TRG received the updated copy of the SF Report on 6 Nov 03. I have notified Mr Weller at the BCMR office to that info. I am contineing to pursue who in the TRG or TRW had access to this new report and why it was not made available to the Supt ( & others) as part of your disenrollment package. I will continue to update you.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*

There is a little confusion with this date. The Notre Dame incident was October 19, 2002, and Chris left the Academy in March of 2003. Was this report actually dated November 6, 2003? If this is the case, it would have been written 7 months after he left the Academy. Or should it read 6 Nov 02?

Please let me know as soon as possible.

Linda Berardi


**Subject:**       **RE: E-mail from Lt Col Zeh**
**Date:**          5/24/2004 4:53:40 PM Eastern Standard Time
**From:**          Wendy.Everson@USAFA.af.mil
**To:**    LindaCBerardi@aol.com

Ma'am,
I confirmed the date as the TRG receiving the updated version of the SF report as 6 Nov 02.
Vr,
MSgt Everson
Wendy J. Everson, MSgt, USAF

*Supt, Office of Inspector General*

*USAFA/IG*

*2304 Cadet Drive, Suite 329*

*USAF Academy CO 80840*

*DSN 333-3490/Comm: (719)333-3490*

*FAX 333-4004/Comm: (719)333-4004*

(14)

4

**Subject:**      **Update**
**Date:**      6/4/2004 6:27:01 PM Eastern Standard Time
**From:**      David.Zeh@USAFA.af.mil
**To:**  christopher.berardi@seymourjohnson.af.mil
**CC:**  lindacberardi@aol.com, CLucy@hollandhart.com, David.Zeh@USAFA.af.mil

Chris,
Here is an update regarding:

1)  The distribution of the corrected SF Report:  On 8 Nov 02, the 34 TRG received the updated corrected copy of the report.  The 2d Group Cmdr (Lt Col Hammes) did receive it and he passed it on to Maj Pleasants, CS18 AOC.  It was up to Maj Pleasants to ensure that this new report was provided to 34 TRG/PE for your MRC package.  The 34 TRG/PE office confirmed that they had not seen this version and I faxed them a copy today.

2)  The tracking report:  The Weekly Activities Report (WAR) that was provided to you in a FOIA response is from the 2d Group database.  The Group Cmdr, Dep Group Cmdr, the AOC and MTL all have access to this database and could input information.  I am still trying to see if I can dissect who wrote what (in particular, the 2d police report comment).

3)  Maj Pleasants is currently on leave and I will interview him upon his return the week of June 14.  I will continue to work your issues in the meantime, so I am ready for his interview at that time.

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only.  Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*

(15)

Message                                                           Page 2 of 3

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*

-----Original Message-----
**From:** Pleasants William C Maj 34 TRG/CS 18
**Sent:** Tuesday, June 01, 2004 7:50 PM
**To:** Zeh David E LtCol USAFA/IG
**Subject:** RE: Corrected Police Reports

Sir,
    I received two police reports. The first had two errors that I noted in my attached
MFR. These were not corrected in the second report that I saw. The only thing
that I saw different in the second report was some clarification on names.   I will be
on leave tomorrow but can answer any other questions by phone. Please feel free
to call my cell 719-651-1856.

v/r
Clarke

WILLIAM C. PLEASANTS, Major, USAF
Commander, Cadet Squadron 18

This e-mail may contain FOR OFFICIAL USE ONLY (FOUO) information which must be protected under the Privacy Act and AFI
33-332.

-----Original Message-----
**From:** Zeh David E LtCol USAFA/IG
**Sent:** Tuesday, 01 June, 2004 16:26
**To:** Pleasants William C Maj 34 TRG/CS 18
**Subject:** Corrected Police Reports

Clarke
Do you recall the TRG sending this corrected report regarding Cadet Christopher Berardi
to you at the Group or Sq level for review?

DAVID E. ZEH, Lt Col
USAFA Inspector General
DSN 333-3490
*"This information is For Official Use Only. Protect IAW AFI 33-332 and DoD Regulation 5400.11 & Privacy Act of 1974."*

-----Original Message-----
**From:** Lambert Kit C LtCol 10 SFS/CC
**Sent:** Friday, May 14, 2004 1:45 PM
**To:** Zeh David E LtCol USAFA/IG
**Subject:** FW: Corrected Police Reports


**HENRI C. "KIT" LAMBERT, Lt Col, USAF**
**Commander, 10th Security Forces Squadron**
**USAF Academy, CO 80840**
**DSN 333-2007 COMM 719-333-2007 Cell 719-339-1532 FAX 333-3677**