Exhibit 2

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER W. BERARDI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:05cv02269 JR |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE AIR FORCE, ) | |
| ) | |
| Defendant. ) | |

### SUPPLEMENTAL DECLARATION OF LINDA BERARDI

Pursuant to 28 U.S.C. § 1746, I, Linda Berardi, hereby declare under penalty of perjury that the following is true and correct.

1. I am the mother of Second Lieutenant Christopher W. Berardi, the Plaintiff herein. I am the same Linda Berardi who filed her Declaration earlier in this matter. I am personally familiar with and have reviewed all the documents related to my son's FOIA and Privacy Act claims

2. I have reviewed approximately 956 pages of documents released by Air Force in this matter. I have also reviewed the Declaration of Ms. Sandie Miles (Doc # 27 and 28, Exhibit A) regarding the documents in the blue pocket "double secret" folder containing the information that was removed from Second Lieutenant Berardi's Academy record at the direction of the Air Force Board for the Correction of Military Records ("AFBCMR"). I am also familiar with the documents that were deleted from Second Lieutenant Berardi's file at the direction of the AFBCMR. After reviewing all of the pages released by the Air Force in this case, I have not found any group of

1

documents that could be referred to as the "double secret' folder described by Ms. Miles or any group of documents that have been so labeled. Based upon my examination of the documents, this packet of documents has not been released, nor has it been identified as an attachment to any of the release letters from the Academy and Air Force dated January 20, February 10 and February 19, 2006.

3. I have also reviewed the discretionary release of documents by Air Force dated February 19, 2006 (Attachment 1). Attachments 34 through 38 of that document are numbered FOIA releases corresponding to specific FOIA requests submitted by Second Lieutenant Berardi (Attachments 2A through 2E). I found no other specifically numbered FOIA releases pertaining to this case in any of the documents released by Air Force. Since Second Lieutenant Berardi submitted 27 FOIA requests in this case, that means that approximately 20 specifically numbered FOIA responses similar to Attachments 2A through 2E are missing from the documents provided by the Air Force.

Executed this 23rd day of May, 2006.

/s/ Linda Berardi

Linda Berardi

3533874_1.DOC

# Attachment A to Exhibit 2



# DEPARTMENT OF THE AIR FORCE
## AIR FORCE LEGAL SERVICES AGENCY (AFLSA)

February 19, 2006

General Litigation Division
1501 Wilson Blvd, 7th Floor
Arlington, VA 22209

William G. Myers III
Holland & Hart LLP
Suite 1400, U.S. Bank Plaza
101 South Capitol Blvd.
Boise, ID 83701

Dear Mr. Myers

    After additional review, the Air Force is making an additional discretionary release of records previously withheld or released with redactions in the January 20, 2006 responses to your client, 2Lt Christopher W. Berardi, in connection with his July 6 and October 17, 2005 requests under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

    The Social Security Numbers and birth dates of individuals other than Lt Berardi havw been redacted from the records being released in order to prevent clearly unwarranted invasion of those individuals' personal privacy pursuant to FOIA Exemption 6, 5 U.S.C. § 552(b)(6). Completely clean copies of some pages released with redactions in addition to Social Security Numbers and birth dates were unavailable. For those pages we have provided the best copy possible.

Sincerely

JOHN M. PELLETT
Deputy Chief, Information Litigation Branch

Attachments:
1. List of Released Records
2 - 40. Released Records

cc:
Ms Karen Melnik (w/o Atchs 2 - 40)
USAFA/JAC (w/o Atchs 2 - 40)
10 CS/SCSF (w/o Atchs 2 - 40)

List of Released Records

Records withheld in connection with the January 20, 2006 response to the FOIA request dated July 6, 2005 (at 4:20 P.M.):

Attachment 2.    July 30, 2004 electronic mail correspondence between Mr. James Murphy and Major Paul Maraian, formerly fully withheld (1 Page).

Attachment 3.    Draft response to May 25, 2004 FOIA Appeal, formerly fully withheld (1 page).

Attachment 4.    Draft response to May 26, 2004 FOIA Appeal, formerly fully withheld (2 pages).

Attachment 5.    Draft Staff Summary Sheet related to May 25, 2004 FOIA Appeal, formerly fully withheld (1 page).

Attachment 6.    Draft Staff Summary Sheet related to May 26, 2004 FOIA Appeal, formerly fully withheld (1 page).

Records withheld or released with redactions in connection with the response to the FOIA request dated October 17, 2005:

Attachment 7.    Draft USAFA/JA legal reviews, formerly fully withheld (26 pages).

Attachment 8.    Draft FOIA responses to Cadet Berardi, formerly fully withheld (17 pages).

Attachment 9.    Draft Staff Summary Sheets that relate to Cadet Berardi, formerly fully withheld (3 pages).

Attachment 10.    Two talking papers by Maj Pleasants on Cadet Berardi dated April 15, 2003, formerly fully withheld (3 copies of each, 6 pages).

Attachment 11.    Two Draft Congressional responses, formerly fully withheld (3 copies of one draft, 5 pages each, 15 pages; 2 copies of another draft, 6 pages each, 12 pages; 27 total pages).

Attachment 12.    A note from "Jim" to "Brian," formerly fully withheld (4 copies, 1 page each, 4 pages).

Attachment 13.    Questions and answers concerning Cadet Berardi, formerly fully withheld (2 copies, 1 page each, 2 pages).

Attachment 14.   Major Pleasants' draft response to Anthony and Linda Berardi's May 7, 2003 letter, formerly fully withheld (2 copies, 2 pages each, 4 pages).

Attachment 15.   Memorandum for record by Major Scott A. Rose regarding Cadet Berardi's Probation Journal dated 25 October 2002, formerly fully withheld (3 pages).

Attachment 16.   Draft memorandum from Lt Col Joseph A. Milner regarding Cadet Berardi and FOIA request tracking number 06-006, formerly fully withheld (1 page).

Attachment 17.   Incident report summary found in a USAFA Security Forces electronic database (5 pages), released in part in Attachment 6 of the January 20, 2006 response to 2Lt Berardi's October 17, 2005 FOIA request.

Attachment 18.   68 of the 419 pages released in part in Attachment 8 of the January 20, 2006 response to 2Lt Berardi's October 17, 2005 FOIA request. The 350 pages that were fully released are not included.

Attachment 19.   Document titled "Probation Placement, MRC, or Class D" (1 page), released in part in Attachment 9 of the January 20, 2006 response to 2Lt Berardi's October 17, 2005 FOIA request.

Attachment 20.   October 27, 2002 Memorandum for Record from Cadet Berardi (1 page), released in part in Attachment 10 of the January 20, 2006 response to 2Lt Berardi's October 17, 2005 FOIA request.

Attachment 21.   July 8, 2004 electronic mail message from Richard Peterson to Colonel Michael McAntee, formerly fully withheld (1 page).

Attachment 22.   October 4, 2002 electronic mail message from Capt William Pleasants to Maj Scott Rose, formerly fully withheld (1 page).

Attachment 23.   September 9, 2002 electronic mail message from Maj Scott Rose to Capt William Pleasants, formerly fully withheld (1 page).

Attachment 24.   March 25, 2004 electronic mail message from 1st Lt Brian Holinka to Sandie Miles, formerly fully withheld (2 pages).

Attachment 25.   January 23, 2004 electronic mail message from James Murphy to Sandie Miles, formerly fully withheld (1 page).

Attachment 26.   Miscellaneous notes from Sandie Miles, formerly fully withheld (2 pages).

Attachment 27.    Four USAFA/JA internal suspense sheets (1 page each, 4 pages) and four Staff Summary Sheets (1 page each, 4 pages), formerly fully withheld (8 pages total).

Attachment 28.    One USAFA/JA internal suspense sheet (1 page) with a tasker page (1 page) and a fax cover sheet (1 page) attached, formerly fully withheld (3 pages total).

Attachment 29.    October 25, 2002 Memorandum for Record from Major Scott A. Rose regarding Cadet Berardi's Probation Journal (2 copies: one 3 pages and one, apparently incomplete, 2 pages; 5 pages total), formerly fully withheld.

Attachment 30.    November 6, 2003 USAFA Legal Office legal review related to Cadet Berardi's Air Force Board for the Correction of Military Records application (2 copies, 4 pages each; 8 pages) and a related fax coversheet (1 page), formerly fully withheld (9 pages total).

Attachment 31.    February 10, 2004 AFLSA/JACL memorandum for HQ USAFA/DS (2 copies, 2 pages each; 4 pages), formerly fully withheld.

Attachment 32.    March 26, 2004 memorandum for AFLSA/JACL from 10 CS/SCSF, formerly fully withheld (1 page).

Attachment 33.    Documents (recorder's notes and executive summary) related to 2Lt Berardi's Military Review Committee that were previously given to him in redacted form in response to his August 16, 2003 FOIA Request, USAFA FOIA number 03-078, formerly fully withheld (13 pages).

Attachment 34.    The FOIA file, including tracking and processing documents, related to 2Lt Berardi's July 21, 2003 FOIA Request, USAFA FOIA number 03-070, formerly fully withheld (131 pages).

Attachment 35.    The FOIA file, including tracking and processing documents, related to 2Lt Berardi's April 27, 2004, USAFA FOIA number 04-058, formerly fully withheld (36 pages).

Attachment 36.    The FOIA file, including tracking and processing documents, related to 2Lt Berardi's September 6, 2003, USAFA FOIA number 03-81, formerly fully withheld (10 pages).

Attachment 37.    The FOIA file, including tracking and processing documents, related to 2Lt Berardi's August 16, 2003, USAFA FOIA number 03-078, formerly fully withheld (40 pages).

Attachment 38.    The FOIA file, including tracking and processing documents, related to 2Lt Berardi's September 29, 2003, USAFA FOIA number 04-002, formerly fully withheld (3 pages).

Attachment 39.    The file, including tracking and processing documents, related to a June 9, 2003 Congressional Inquiry from Representative Thomas M. Reynolds, formerly fully withheld (20 pages).

Attachment 40.    21 of the 43 pages of police reports that had previously been provided and were re-released with redactions in Attachment 11 of the January 20, 2006 response to 2Lt Berardi's October 17, 2005 FOIA request. The 22 pages that were released without redactions are not included.

# Attachment B to Exhibit 2

# February 19, 2006

# Discretionary Release

1.  Attachment 34 to February 19, 2006 Air Force (AFLSA) letter

**New Suspenses**

| | |
|---|---|
| Received From | H-10 CS/SCSF |
| Date Received | 20-Aug-03 |
| Suspense Date | 25-Aug-03 |
| Category | FOIA |
| Description | BERARDI |
| Action Officer | MURPHY  *MILES* |
| Date Out | |
| Sent To | |
| Comments | |

ID: 735

## STAFF SUMMARY SHEET

| | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE | | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE |
|---|---|---|---|---|---|---|---|
| 1 | USAFA/ JA | Coord | J Murphy 6 Aug 03 | 6 | | | |
| 2 | USAFA/ CV | Sign | SR Eddy Col 8/7 07 AUG 2003 | 7 | | | |
| 3 | 10 CS/ SCSF | Mail | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

| SURNAME OF ACTION OFFICER AND GRADE | SYMBOL | PHONE | TYPIST'S INITIALS | SUSPENSE DATE |
|---|---|---|---|---|
| Miles, GS-11 | JA | 3-9601 | sm | |

| SUBJECT | DATE |
|---|---|
| FOIA Request 03-070 - Christopher Berardi | 6 Aug 03 |

SUMMARY

1. Former cadet, Christopher Berardi has requested documents reviewed by the Superintendent prior to his disenrollment (Tab 2).

2. The proposed response provides Mr. Berardi copies of the legal reviews in the form of Staff Summary Sheets and all documents reviewed by General Dallager and the Academy Board (including a redacted MRC Executive Summary). The MRC Executive Summary provides internal advice and recommendations and is protected by the deliberative process exemption of the FOIA. Accordingly, the proposed response partially denies that record. The IG documents reviewed by General Dallager were previously provided to Cadet Berardi. There is no transcript of the MRC and therefore a "no record" response is provided concerning that request. Ordinarily, I would recommend denial of the JA Staff Summary Sheets (as internal documents under exemption 5), however, since Col Moody provided Mr. Berardi a copy of the initial SSS, I believe it is best to provide him the second and third SSSs regarding his case.

3. RECOMMENDATION: CV sign letter at Tab 1.

MICHAEL R. MCANTEE, Colonel, USAF
Staff Judge Advocate

4 Tabs
1. Ltr for CV Signature
2. Mr. Berardi's Request
3. Releasable Documents
4. Denied Documents

AF FORM 1768, 19840901 (EF-V5)                    PREVIOUS EDITION WILL BE USED.                    195



## New Suspenses

Received From: SCBD          ID: 630

Date Received: 25-Jul-03

Suspense Date: 01-Aug-03

Category: FOIA

Description: BERARDI

Action Officer: MILES/MURPHY

Date Out:

Sent To:

Comments:

03-070

197

Attachment B to
Exhibit 2

February 19, 2006

Discretionary Release

2.  Attachment 35 to
February 19, 2006 Air
Force (AFLSA) letter

```
┌─────────────────────────────────────────────┐
│      TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────────┘

                          TIME  : 07/06/2004 14:09
                          NAME  : USAFA LEGAL OFFICE
                          FAX   : 719-333-3644
                          TEL   : 719-333-3642
                          SER.# : BROH3J586065

┌─────────────────────────────────────────────┐
│  DATE,TIME              07/06  14:00           │
│  FAX NO./NAME           948571814             │
│  DURATION              00:08:12               │
│  PAGE(S)               34                     │
│  RESULT                OK                     │
│  MODE                  STANDARD               │
│                        ECM                    │
└─────────────────────────────────────────────┘
```

01

## FACSIMILE ELECTRO MAIL TRANSMITTAL
(This information collection is not subject to OMB review under PL-96, The Paperwork Reduction Act.)

**WARNING!! - DO NOT TRANSMIT CLASSIFIED INFORMATION OVER UNSECURED TELECOMMUNICATIONS SYSTEMS. OFFICIAL DOD TELECOMMUNICATIONS SYSTEMS ARE SUBJECT TO MONITORING AND USE OF DOD TELECOMMUNICATIONS SYSTEMS CONSTITUTES CONSENT TO MONITORING.**

| SECTION I - TO BE COMPLETED BY ORIGINATOR | | |
|---|---|---|
| CLASSIFICATION | TRANSMISSION ☐ IMMEDIATE  ☐ ROUTINE | PAGE 1 OF 34 PAGES |
| FOR OFFICIAL USE ONLY | | |

| TO (Office Symbol, Point of Contact, and Address) | FAX NO. | |
|---|---|---|
| Vic Donovan | DSN | COMMERCIAL |
| | VOICE NO. | |
| | DSN | COMMERCIAL |

| ELECTRONIC MAIL ADDRESS (E-Mail) |
|---|

| SUBJECT |
|---|

| FROM (Office Symbol, Point of Contact, and Address) | FAX NO. | |
|---|---|---|
| | DSN | COMMERCIAL |
| | VOICE NO. | |
| | DSN | COMMERCIAL |

| ELECTRONIC MAIL ADDRESS (E-Mail) |
|---|

| REMARKS |
|---|
| |

| RELEASER'S SIGNATURE | DATE | TIME |
|---|---|---|

| SECTION II - TO BE COMPLETED BY ELECTRO MAIL OPERATOR | | |
|---|---|---|
| DATE TRANSMITTED | TIME TRANSMITTED | TRANSMITTER'S SIGNATURE |
| DATE ADDRESSEE CONTACTED | TIME ADDRESSEE CONTACTED | CONTACTOR'S SIGNATURE |

102

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 07/06/2004 14:03
                                    NAME  : USAFA LEGAL OFFICE
                                    FAX   : 719-333-3644
                                    TEL   : 719-333-3642
                                    SER.# : BROH3J586086
```

```
DATE,TIME              07/06  14:00
FAX NO./NAME           948571814
DURATION               00:08:12
PAGE(S)                34
RESULT                 OK
MODE                   STANDARD
                       ECM
```

## FACSIMILE ELECTRO MAIL TRANSMITTAL
(This information collection is not subject to OMB review under PL-96, The Paperwork Reduction Act.)

**WARNING!! - DO NOT TRANSMIT CLASSIFIED INFORMATION OVER UNSECURED TELECOMMUNICATIONS SYSTEMS. OFFICIAL DOD TELECOMMUNICATIONS SYSTEMS ARE SUBJECT TO MONITORING AND USE OF DOD TELECOMMUNICATIONS SYSTEMS CONSTITUTES CONSENT TO MONITORING.**

**SECTION I - TO BE COMPLETED BY ORIGINATOR**

| CLASSIFICATION | TRANSMISSION | | | |
|---|---|---|---|---|
| | ☐ IMMEDIATE | ☐ ROUTINE | PAGE 1 OF 34 | PAGES |

FOR OFFICIAL USE ONLY

| TO (Office Symbol, Point of Contact, and Address) | FAX NO. | |
|---|---|---|
| Vic Donovan | DSN | COMMERCIAL |
| | VOICE NO. | |
| | DSN | COMMERCIAL |
| ELECTRONIC MAIL ADDRESS (E-Mail) | | |

SUBJECT

| FROM (Office Symbol, Point of Contact, and Address) | FAX NO. | |
|---|---|---|
| | DSN | COMMERCIAL |
| | VOICE NO. | |
| | DSN | COMMERCIAL |
| ELECTRONIC MAIL ADDRESS (E-Mail) | | |

REMARKS

| RELEASER'S SIGNATURE | DATE | TIME |
|---|---|---|
| | | |

**SECTION II - TO BE COMPLETED BY ELECTRO MAIL OPERATOR**

| DATE TRANSMITTED | TIME TRANSMITTED | TRANSMITTER'S SIGNATURE |
|---|---|---|
| | | |
| DATE ADDRESSEE CONTACTED | TIME ADDRESSEE CONTACTED | CONTACTOR'S SIGNATURE |
| | | |

# Attachment B to Exhibit 2

# February 19, 2006

# Discretionary Release

3.  Attachment 36 to February 19, 2006 Air Force (AFLSA) letter

**New Suspenses**

| | | | |
|---|---|---|---|
| Received From | H-10 CS/SCSF | ID | 97 |
| Date Received | 10-Sep-03 | | |
| Suspense Date | 17-Sep-03 | | |
| Category | FOIA | | |
| Description | CHRISTOPHER BERARDI | | |
| Action Officer | MURPHY *Sandie* | | |
| Date Out | 16 Sep 03 | | |
| Sent To | | | |
| Comments | | | |

(P1)

## STAFF SUMMARY SHEET

| | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE | | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE |
|---|---|---|---|---|---|---|---|
| 1 | USAFA/ JA | Coord | | 6 | | | |
| 2 | USAFA/ DS | Sign | | 7 | | | |
| 3 | 10 CS/ SCSF | Mail | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

| SURNAME OF ACTION OFFICER AND GRADE | SYMBOL | PHONE | TYPIST'S INITIALS | SUSPENSE DATE |
|---|---|---|---|---|
| Miles, GS-11 | JACD | 3-9601 | sqm | |

| SUBJECT | DATE |
|---|---|
| FOIA Request 03-081 - Christopher Berardi | 20030910 |

SUMMARY

1. Former cadet, Christopher Berardi has requested, under FOIA, a copy of a legal review he believes was written by Lt Col Wolusky formerly of the USAFA/JA office. We have no such legal review.

2. The proposed letter provides a "no records" response to Mr Berardi's request.

3. RECOMMENDATION: DS sign letter at Tab 1.

JAMES J. MURPHY, GS-14, USAF
Attorney-Advisor

2 Tabs
1. Ltr for DS Signature
2. FOIA Request

AF FORM 1768, 19840901 (EF-V5)          PREVIOUS EDITION WILL BE USED.

# Attachment B to Exhibit 2

## February 19, 2006

## Discretionary Release

4.  Attachment 37 to February 19, 2006 Air Force (AFLSA) letter

# STAFF SUMMARY SHEET

| | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE | | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE |
|---|---|---|---|---|---|---|---|
| 1 | USAFA/ JA | Coord | *Murphy* 3 Sep 03 | 6 | | | |
| 2 | USAFA. CV | Sign | | 7 | | | |
| 3 | 10 CS/ SCSF | Mail | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

| SURNAME OF ACTION OFFICER AND GRADE | SYMBOL | PHONE | TYPIST'S INITIALS | SUSPENSE DATE |
|---|---|---|---|---|
| Miles, GS-11 | JACD | 3-9601 | sqm | |

| SUBJECT | DATE |
|---|---|
| FOIA Request 03-078 - Christopher Berardi | 3 Sep 03 |

SUMMARY

1. Former cadet, Christopher Berardi has again requested documents under FOIA.

2. The proposed response provides Airman Berardi copies of documents not previously provided and advises that certain documents have already been provided. In addition, the proposed response denies full release of notes taken by the Recorder at the MRC but provides a redacted version of the notes and provides a "no records" response to the request for an explanation.

3. RECOMMENDATION: CV sign letter at Tab 1.


*James J. Murphy*
JAMES J. MURPHY, GS-14, USAF
Senior Attorney Advisor


4 Tabs
1. Ltr for CV Signature
2. Amn Berardi's request
3. Releasable Documents
4. Denied Documents

AF FORM 1768, 19840901 *(EF-V5)*          PREVIOUS EDITION WILL BE USED.          91

# Attachment B to Exhibit 2

# February 19, 2006

# Discretionary Release

## 5. Attachment 38 to February 19, 2006 Air Force (AFLSA) letter



## New Suspenses

| | |
|---|---|
| Received From | H-10 CS/SCSF | ID | 11300 |
| Date Received | 02-Oct-03 | | |
| Suspense Date | 10-Oct-03 | | |
| Category | FOIA | | |
| Description | CHRISTOPHER BERARDI | | |
| Action Office | MURPHY | | |
| Date Out | | | |
| Sent To | | | |
| Comments | | | |



## STAFF SUMMARY SHEET

| | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE | | TO | ACTION | SIGNATURE (Surname), GRADE AND DATE |
|---|---|---|---|---|---|---|---|
| 1 | USAFA/DS | Sign | | 6 | | | |
| 2 | 10 CS/SCSF | Dispatch | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

| SURNAME OF ACTION OFFICER AND GRADE | SYMBOL | PHONE | TYPIST'S INITIALS | SUSPENSE DATE |
|---|---|---|---|---|
| Miles, GS-11 | JACD | 3-9601 | sqm | |

| SUBJECT | DATE |
|---|---|
| FOIA Request 04-002 – Christopher Berardi | 7 Oct 03 |

SUMMARY

1. Former cadet, Christopher Berardi has requested, under FOIA, documentation, including, but not limited to, notes, memorandum, emails, correspondence, etc., that were generated from the legal department regarding his case.

2. The proposed letter informs Mr. Berardi that he has previously been provided copies of all documentation generated from legal regarding his case.

3. RECOMMENDATION: DS sign letter at Tab 1.
     ⟶ Director of Staff

*James J. Murphy*

JAMES J. MURPHY, GS-14, USAF
Attorney-Advisor

2 Tabs
1. Ltr for DS Signature
2. FOIA Request

AF FORM 1768, 19840901 *(EF-V5)*          PREVIOUS EDITION WILL BE USED.          (R2)