UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER W. BERARDI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2269 (JR) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| THE AIR FORCE, | ) | |
| | ) | |
| Defendant | ) | |
| ........................................................................ | ) | |

**ANSWER TO COMPLAINT**

Defendant United States Department of the Air Force, ("Defendant"), through counsel, hereby answers each of the specific averments in Plaintiff's Complaint in like-numbered paragraphs, as follows:

1. This paragraph consists of plaintiff's characterization of this action, which does not require an answer, but insofar as an answer may be deemed required, defendant admits only that plaintiff brings this action pursuant to 5 U.S.C. §§ 552, 552a, and 701 et seq. Defendant denies any liability.

2. Defendant denies the first sentence of this paragraph and avers plaintiff resided in Sijan Hall, a Cadet Dormitory at the United States Air Force Academy (Academy), at the time the complaint was filed. Defendant admits the second sentence of this paragraph.

3. Admit.

4. This paragraph consists of plaintiff's characterization of jurisdiction in this matter and a conclusion of law, which does not require an answer, but insofar as an answer may be deemed required, defendant admits this paragraph, but denies any liability.

5.  This paragraph consists of a conclusion of law, which does not require an answer, but insofar as an answer may be deemed required, the paragraph is denied.

6.  This paragraph consists of a conclusion of law, which does not require an answer, but insofar as an answer may be deemed required, the paragraph is denied.

7.  This paragraph consists of a conclusion of law, which does not require an answer, but insofar as an answer may be deemed required, the paragraph is denied.

8.  This paragraph consists of a conclusion of law, which does not require an answer, but insofar as an answer may be deemed required, the paragraph is denied.

9.  Defendant admits the first sentence and first phrase of the second sentence of this paragraph.  Defendant denies the second phrase of the second sentence of this paragraph.

10.  Admit.

11.  Defendant admits the first sentence of this paragraph.  Defendant admits the records used in deciding to disenroll plaintiff from the Academy consisted generally of the records identified in subparagraphs a, and d through j, of this paragraph.  Defendant denies the records identified in subparagraphs b and c of this paragraph were used in deciding to disenroll plaintiff from the Academy.

12.  Deny.

13.  Defendant admits that an attorney has been retained to represent plaintiff in the instant action.  Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining averments of this paragraph.

14 – 113.  This court has dismissed the claims for relief incorporated in paragraphs 14 – 113.

114.  Defendant incorporates its responses to paragraphs 1 – 113.

115.  This paragraph consists of plaintiff's characterization of a portion of the Privacy Act, 5 U.S.C. § 552a, which does not require an answer.

116.  Admit.

117.  Defendant denies the first sentence of this paragraph and avers that plaintiff sought corrections of his records to allow his reinstatement to the Academy.  Defendant denies the second sentence of this paragraph.  Defendant admits the third sentence of this paragraph.

118.  Defendant denies the first sentence of this paragraph.  Defendant denies the second sentence of this paragraph and avers that on June 24, 2004, the Air Force Board for Correction of Military Records recommended, inter alia, that the pertinent military records of the Department of the Air Force relating to plaintiff be corrected to show that effective July 13, 2004, plaintiff was honorably released from active duty and reenrolled in the United States Air Force Academy as a cadet on July 14, 2004.

119.  This paragraph consists of a conclusion of law, which does not require an answer but insofar as an answer may be deemed required, the paragraph is denied.

120.  Deny.

121.  Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the averments of the first sentence of this paragraph.  Defendant denies the second sentence of this paragraph.  Defendant admits the third sentence of this paragraph to the extent that it avers that plaintiff will become eligible for promotion to the grade of first lieutenant and to the grade of captain approximately 18 months later than he would have, had he been commissioned as an Air Force officer when he had originally anticipated.  Except to that extent, defendant denies the third sentence of this paragraph.

3

122.  This paragraph consists of plaintiff's averment of his damages, which requires no answer, but insofar as an answer may be deemed required, defendant denies plaintiff has suffered any damages.

123 – 126.  This court dismissed the claims for relief incorporated these paragraphs.

With respect to the Prayer for Relief, this Court dismissed the claims for relief related to paragraphs A, B, and D.  Defendant denies that plaintiff is entitled to the relief prayed for in paragraphs C and E, or to any relief whatsoever.

                              /s/
                                              
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

                              /s/
RUDOLPH CONTRERAS. D.C. Bar #434122
Assistant United States Attorney

                              /s/
KAREN L. MELNIK, D.C. BAR # 436452
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-0338
(202) 514-8780 (facsimile)