UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER W. BERARDI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-2269 (JR) |
| U.S. DEPARTMENT OF THE AIR FORCE, | : |
| Defendant. | : |

### REFERRAL TO MEDIATION ORDER

Upon consent of the parties to mediate, it is

**ORDERED** that this matter is referred to the Court's Alternative Dispute Resolution Program for mediation. It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session, provided that, if Lt. Berardi has been deployed, his attendance may be by telephone. It is

**FURTHER ORDERED** that mediation efforts shall be concluded by January 24, 2007. It is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation. It is

**FURTHER ORDERED** that if no settlement is reached, a further status conference will be held at **4:30 p.m. on January 29, 2007.**

JAMES ROBERTSON
United States District Judge