UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER W. BERARDI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05cv02269 JR |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) ) | |
| | ) | |
| Defendant. | ) | |

CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff Christopher Berardi hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to complete settlement negotiations in the above-captioned matter. In support of this motion, Berardi states as follows:

1. On October 24, 2006, this Court referred this matter to mediation upon consent of the Parties hereto until January 24, 2007. That date was extended by this Court until March 14, 2007.

2. The Parties have been actively engaged in mediation efforts and a draft Voluntary Stipulation of Settlement and Order of Dismissal is under review. During this period, Plaintiff Berardi was transferred overseas. For this reason, additional time is required to finalize the necessary documents, until March 30, 2007.

3. Counsel for Berardi spoke with Ms. Karen L. Melnik, counsel for Defendant, concerning this motion. Ms. Melnik stated that Defendant consents to this request for an enlargement.

CONSENT MOTION FOR AN ENLARGEMENT OF TIME - 1

WHEREFORE Plaintiff Berardi requests until March 30, 2007 to complete settlement negotiations and report back to this Court concerning the status thereof. A proposed order accompanies this motion.

Respectfully submitted this 13th day of March, 2007.

HOLLAND & HART LLP

By: ⎯⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯
William G. Myers III, for the firm
D.C. Bar #408573

⎯⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯
Charles R. Lucy, for the firm
Appearing *Pro Hac Vice*

HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
Post Office Box 2527
Boise, Idaho 83701
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
E-mail: wmyers@hollandhart.com

Attorneys for Plaintiff Christopher Berardi

## CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

> Karen L. Melnik
> Assistant United States Attorney
> 555 4th Street, N.,W., Room E-4112
> Washington, DC  20530
> karen.melnik@usdoj.gov

           /s/ William G. Myers III
           for Holland & Hart LLP

3682296_1.DOC