**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER W. BERARDI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:05cv02269 JR |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE AIR FORCE, ) | |
| ) | |
| Defendant. ) | |

CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Plaintiff Christopher Berardi hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to complete settlement negotiations in the above-captioned matter. In support of this motion, Berardi states as follows:

1. On October 24, 2006, this Court referred this matter to mediation upon consent of the Parties hereto until January 24, 2007. That date was extended by this Court until March 14, 2007.

2. The Parties have been actively engaged in mediation efforts and a draft Voluntary Stipulation of Settlement and Order of Dismissal is under review. Plaintiff Berardi is currently stationed overseas, making it difficult to contact him. For this reason, additional time is required to finalize the necessary documents, until April 13, 2007.

CONSENT MOTION FOR AN ENLARGEMENT OF TIME - 1

3. Counsel for Berardi spoke with Ms. Karen L. Melnik, counsel for Defendant, concerning this motion. Ms. Melnik stated that Defendant consents to this request for an enlargement of time.

WHEREFORE Plaintiff Berardi requests until April 13, 2007 to complete settlement negotiations and report back to this Court concerning the status thereof. A proposed order accompanies this motion.

Respectfully submitted this 29th day of March, 2007.

HOLLAND & HART LLP

By:    /s/ William G. Myers
    William G. Myers III, for the firm
    D.C. Bar #408573

    /s/ Charles R. Lucy
    Charles R. Lucy, for the firm
    Appearing *Pro Hac Vice*

    HOLLAND & HART LLP
    Suite 1400, U. S. Bank Plaza
    101 South Capitol Boulevard
    Post Office Box 2527
    Boise, Idaho 83701
    Telephone: (208) 342-5000
    Facsimile: (208) 343-8869
    E-mail: wmyers@hollandhart.com

    Attorneys for Plaintiff Christopher Berardi

# CERTIFICATE OF SERVICE

  I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

    Karen L. Melnik
    Assistant United States Attorney
    555 4th Street, N.,W., Room E-4112
    Washington, DC  20530
    karen.melnik@usdoj.gov


       /s/ Charles R. Lucy
       for Holland & Hart LLP


3682296_1.DOC