UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER W. BERARDI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05cv02269 JR |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

[PROPOSED] ORDER GRANTING CONSENT MOTION
FOR AN ENLARGEMENT OF TIME

Upon consideration of Plaintiff Berardi's Consent Motion for an Enlargement of Time to complete settlement negotiations, the grounds started therefor, and the record in this matter,

IT IS HEREBY ORDERED that the Parties shall have until April 13, 2007 to complete settlement negotiations and report back to this Court concerning the status thereof.

Dated this ____ day of _____, 2007.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING CONSENT MOTION FOR
AN ENLARGEMENT OF TIME- 1

Copies to:

William G. Myers III
Holland & Hart LLP
101 S. Capitol Blvd., Suite 1400
P.O. Box 2527
Boise, ID 83701

Charles R. Lucy
Holland & Hart LLP
90 S. Cascade Ave., Suite 1000
Colorado Springs, CO 80903

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.,W., Room E-4112
Washington, DC 20530

3682315_2.DOC

[PROPOSED] ORDER GRANTING CONSENT MOTION FOR
AN ENLARGEMENT OF TIME- 2